Form B1 (Official Form-1) - (Rev. 12/07)

| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA | **Voluntary Petition** |
|---|---|

| Name of Debtor (If Individual, enter Last, First, Middle):<br>**Universal Guardian Holdings, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names): | All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. No./Complete EIN or other Tax I.D. No.<br>(if more than one, state all):  **33-0379106** | Last four digits of Soc. Sec. No./Complete EIN or other Tax I.D. No.<br>(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State, & Zip Code):<br>**4695 MacArthur Court, #300, Newport Beach, CA**<br>**Zip Code 92660** | Street Address of Debtor (No. & Street, City, State, & Zip Code):<br>**Zip Code** |
| County of Residence or of the<br>Principal Place of Business:  **Orange** | County of Residence or of the<br>Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**Zip Code** | Mailing Address of Debtor (if different from street address):<br>**Zip Code** |

Location of Principal Assets of Business Debtor
(if different from street address above):

| Type of Debtor (Form of Organization)<br>(Check one box.) | Nature of Business<br>(Check one box.) | Chapter of Bankruptcy Code Under Which<br>The Petition is Filed (Check one box) |
|---|---|---|
| ☐ Individual (included Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☒ Corporation (included LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entitled, check this box and provide the information requested below.)<br>State type of entity: | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. §101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☒ other | ☒ Chapter 7    ☐ Chapter 11    ☐ Chapter 15 for Recognition of a Foreign Main Proceeding<br>☐ Chapter 9    ☐ Chapter 12<br>☐ Chapter 13    ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |
| | **Tax-Exempt Entity**<br>(Check one box, if applicable)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | **Nature of Debts** (Check one box)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. §101(8) as "incurred by an individual primarily for a personal, family, or house-hold purpose."    ☒ Debts are primarily business debts. |

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ☒ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (Applicable to individuals only)<br>Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments.  Rule 1006(b).  See Official Form 3A.<br><br>☐ Filing Fee waiver requested (Applicable to chapter 7 individuals only).<br>Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business as defined in 11 U.S.C. §101(5ID).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. §101(5ID).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2 million<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. §1126(b) |

| Statistical/Administrative Information | |
|---|---|
| ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors | **THIS SPACE FOR<br>COURT USE ONLY** |

**Estimated Number**

| Of Creditors | 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|---|
| | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Assets**

| $0-$10,000 | $10,001-$100,000 | $100,001-$1 million | $1 Million to $100 million | $1,000,001 million - $500 million | $500,000,001-$1 Billion | Over $1 Billion |
|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ |

**Estimated Debts**

| $0-$10,000 | $10,001-$100,000 | $100,001-$1 million | $1 Million to $100 million | $1,000,001 million - $500 million | $500,000,001-$1 Billion | Over $1 Billion |
|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ |

Form B1 (Official Form 1) Page 2 - (12/07)

| **Voluntary Petition** *(This page must be completed and filed in every case)* | **Name of Debtor(s):** Universal Guardian Holdings, Inc. | **FORM B1,Page 2** |
|---|---|---|

**Prior Bankruptcy Case Filed Within Last 8 Years (If more than one, attach additional sheet)**

| Location Where Filed: | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by an Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet)**

| Name of Debtor: | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit "A"** | **Exhibit "B"** |
|---|---|
| (To be completed if debtor is required to file periodic reports, e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)<br><br>☒  Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.  I further certify that I have delivered to the debtor the notice required by 11 U.S.C. §342(b)<br><br>X _____  _____<br>   Signature of Attorney for Debtor(s)          Date |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐  Yes, and Exhibit "C" is attached and made a part of this petition
☒  No.

**Exhibit D**

**(To be completed by every individual debtor.  If a joint petition is filed, each spouse must complete and attach a separate Exhibit D).**
☐  Exhibit D completed and signed by the debtor is attached and made a part of this petition.
If this is a joint petition:
☐  Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**

(Check any applicable box)

☐  Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐  There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐  Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding (in a federal or state court) in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Statement by a Debtor Who Resides as a Tenant of Residential Property**

Check all applicable boxes

☐  Landlord has a judgment against the debtor for possession of debtor's residence.  (If box checked, complete the following)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐  Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐  Debtor has included in this petition the deposit with the court for any rent that would become due during the 30-day period after the filing of the petition.

☐  Debtor certified that he/she has served the Landlord with this certification. (11 U.S.C. §362(1).

Form B1 (Official Form 1) Page 3 - (12/07)

| **Voluntary Petition** | Name of Debtor(s): | FORM B1, Page 3 |
|---|---|---|
| *(This page must be completed and filed in every case)* | **Universal Guardian Holdings, Inc.** | |

**Signatures)**

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct. [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of the title 11, United States Code, specified in this petition.

X _____
  (Signature of Debtor)

_____
  (Signature of Joint Debtor)

_____
Telephone and Fax Number (If not represented by attorney)

Date: _____

### Signature of a Foreign Representative of a Recognized Foreign Proceedings

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign main proceeding, and that I am authorized to file this petition. (Check one box)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1515, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition is attached.

X _____
  (Signature of Foreign Representative)

_____
  (Printed Name of Foreign Representative)

_____
  (Date)

### Signature of Attorney

X _____
Signature of Attorney for Debtor(s)
Marc J. Winthrop

Printed Name of Attorney for Debtor
Winthrop Couchot Professional Corporation
Firm Name
'660 Newport Center Drive, 4th Floor
Newport Beach, CA 92660

Telephone: 949-720-4100

Date: June 23, 2008        Bar No. 63218

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United Stats Code, specified in this petition.

X _____
  Signature of Authorized Individual
Kevin Pickard

Printed Name of Authorized Individual
President
Title of Authorized Individual
Date: June 20, 2008

### Signature of Non-Attorney Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§110(b), 110(h), and 342(b); and (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. §110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19B is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. §110.)

Address
_____

X _____

  Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.

Names and Social Security numbers for all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §156.*

Form B1, Exh.A - (Rev. 3/98)                                    1998 USBC, Central District of California

## Exhibit "A"

[If debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11 of the Bankruptcy Code, this Exhibit "A" shall be completed and attached to the petition.]

In re:    **Universal Guardian Holdings, Inc.**                    Case No. _____
                                                                  Chapter _____

## Exhibit " A " to Voluntary Petition

1.  If any of the debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is ___**000-24755**_____ .

2.  The following financial data is the latest available information and refers to the debtor's condition on __**September 30, 2007**_____ .

    a.  Total assets                                        $ _____**7,795,840**_____

    b.  Total debts (including debts listed in 2.c., below)  $ _____**6,600,314**_____

                                                                          Approximate
                                                                          number of
                                                                          holders

    c.  Debt securities held by more than 500 holders.

        ☐ secured    ☐ unsecured    ☐ subordinated    _____    _____

        ☐ secured    ☐ unsecured    ☐ subordinated    _____    _____

        ☐ secured    ☐ unsecured    ☐ subordinated    _____    _____

        ☐ secured    ☐ unsecured    ☐ subordinated    _____    _____

        ☐ secured    ☐ unsecured    ☐ subordinated    _____    _____

    d.  Number of shares of preferred stock               _____    __**600**__

    e.  Number of shares of common stock                  _____    __**55,968,781**__

        Comments, if any:

3.  Brief description of debtor's business:

    Universal Guardian Holdings, Inc. is a holding company with one active operating subsidiary, the UG Services Group which provides comprehensive risk mitigation solutions as well as tactical and strategic security services. The Company's inactive subsidiary, the UG Products Group which markets non-lethal or less-lethal personal protection devices

    The UG Services Group is principally comprised of Universal Guardian Services Group, Ltd. (formerly known as Secure Risks Singapore, PTE). The UG Products Group is comprised of Universal Guardian Products, Ltd., formerly known as Shield Defense International Ltd. ("*UG Products*"), and Shield Defense Corporation ("*SDC*"). Each of these subsidiaries is wholly-owned.

4.  List the name of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:

| Name | Common Stock(1) | |
|---|---|---|
| | Amount | % |
| Kevin A. Westcott (2) pj | 1,959,779(6) | 3.4% |
| Kevin F. Pickard (2) | 852,620(7) | 1.5% |
| Bruce M. Braes (2) | 1,311,363(8) | 2.3% |
| Mel R. Brashears (3) | 2,200,000(9) | 3.7% |
| Michael D. Bozarth (3) | 1,000,000(10) | 1.7% |
| Kenneth A. Merchant (3) | 700,000(11) | 1.2% |
| Michael J. Skellern (4) | 9,735,667(12) | 16.7% |
| BridgePointe Master Fund Ltd. (4)(5) | 2,884,615(13) | 4.9% |
| Directors and executive officers, as a group | 8,023,762(14) | 12.9% |

\*      Less than one-tenth of one percent.

(1)    Pursuant to Rules 13d-3 and 13d-5 of the Exchange Act, beneficial ownership includes any shares as to which a shareholder has sole or shared voting power or investment power, including any shares acquirable under derivative securities over which the selling shareholder holds voting power or investment power. These derivative securities would include common shares acquirable upon the exercise of shares purchase options or warrants currently exercisable or exercisable within 60 days (regardless of whether the options or warrants are currently vested or are "in-the-money"). The number of common shares outstanding as of December 13, 2007 is 56,553,576 shares.

(2)    Executive officer

(3)    Director

(4)    5% shareholder.

(5)    The address of BridgePointe Master Fund Ltd. is 1125 Santuary Parkway, Suite 275, Alpharetta, Georgia 30004.

(6)    Includes 1,000,000 common shares issuable to Mr. Westcott upon the exercise of fully vested common share purchase options and warrants.

(7)    Includes 375,000 common shares issuable to Mr. Pickard upon the exercise of fully vested common share purchase options and warrants.

(8)    Includes 400,000 common shares issuable to Mr. Braes upon the exercise of fully vested common share purchase options.

(9)    Includes 2,200,000 common shares issuable to Mr. Brashears upon the exercise of fully vested common share purchase options and warrants.

(10)   Includes 900,000 common shares issuable to Mr. Bozarth upon the exercise of fully vested common share purchase options.

(11)   Includes 700,000 common shares issuable to Mr. Merchant upon the exercise of fully vested common share purchase options

(12)   Includes 1,054,167 common shares held by Pacific International, Inc., a corporation owned and controlled by Mr. Skellern; and 1,650,000 common shares issuable upon the exercise of fully vested common share purchase options.

(13)   Includes 1,923,077 and 961,538 common shares issuable upon conversion of convertible debentures and exercise of stock purchase warrants sold or issued to BridgePoint Master Fund Ltd. The convertible debenture contains a provision prohibiting any conversion of the debenture that would result in the holder or its affiliates beneficially owning more than 9.99% of our outstanding common shares as determined under Section 13(d) of the Exchange Act. As a result of these provisions, BridgePoint Master Fund Ltd. disclaims beneficial ownership in excess of 9.99% of our outstanding common shares

(14)   Includes 5,575,000 common shares issuable to directors and executive officers as a group upon the exercise of fully vested common share purchase options and warrants.

Form B21 (Official Form 21) - (12/07)

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re *(set forth here all names, including married, maiden, and trade names used by the debtor within last 8 years):*<br><br>UNIVERSAL GUARDIAN HOLDINGS, INC.<br><br>Debtor. | FOR COURT USE ONLY |
| --- | --- |
| Address:<br>28382 Constellation Road, Valencia, CA 91355 | Case No.:<br><br>Chapter: 7 |

## STATEMENT OF SOCIAL SECURITY NUMBER(S)*
## (or other Individual Taxpayer-Identification Number(s) (ITIN(s)))

1. Name of Debtor *(enter Last, First, Middle):* Universal Guardian Holdings, Inc.
   *(Check the appropriate box and, if applicable, provide the required information.)*

   ☐ Debtor has a Social Security Number and it is: ___ ___ ___ - ___ ___ - ___ ___ ___ ___
   *(if more than one, state all.)*
   ☐ Debtor does not have a Social Security Number, but has as Individual Taxpayer Identification No. (ITIN), and it is . _____
   ☐ Debtor does not have either a Social Security Number, or an Individual Taxpayer Identification No. (ITIN).
   ☒ Debtor has a federal identification number of **33-0379106**

2. Name of Joint Debtor *(enter Last, First, Middle):* _____
   *(Check the appropriate box and, if applicable, provide the required information.)*

   ☐ Joint Debtor has a Social Security Number and it is: ___ ___ ___ - ___ ___ - ___ ___ ___ ___
   *(if more than one, state all.)*
   ☐ Joint Debtor does not have a Social Security Number, but has as Individual Taxpayer Identification Number (ITIN), and it is . _____
   ☐ Joint Debtor does not have either a Social Security Number or an Individual Taxpayer Identification Number (ITIN)..

I declare under penalty of perjury that the foregoing is true and correct.

_____          June **20** , 2008
Signature of Debtor                     Date
Kevin Pickard, President

_____
Signature of Joint Debtor               Date

*Joint debtors must provide information for both spouses.

*Penalty for making a false statement:* Fine of up to $250,000 or up to 5 years imprisonment or both.
18 U.S.C. §§ 152 and 3571

## United States Bankruptcy Court

## Central District of California

In re :   **Universal Guardian Holdings, Inc.**

                                          Case No.
                              Debtor      Chapter   7

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, Kevin Pickard, declare under penalty of perjury that I am the President of the above-named Debtor, and that on June 20, 2008 the following resolution was duly adopted by the Board of Directors of this Corporation:

"Whereas, it is in the best interest of this Corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 7 of Title 11 of the United States Code;

Be It Therefore Resolved, that Kevin Pickard, the President of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 7 voluntary bankruptcy on behalf of this Corporation; and

Be It Further Resolved, that Kevin Pickard, the President is authorized and directed to appear in all bankruptcy proceedings on behalf of the Corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Corporation in connection with such bankruptcy case; and

Be It Further Resolved, that Kevin Pickard, the President is authorized and directed to employ the law firm of Winthrop Couchot Professional Corporation to represent the Corporation in such bankruptcy case."

Executed on:  June **20** , 2008               Signed: _____

                                                      **Kevin Pickard**
                                                      **President**

# STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LOCAL RULE 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1.  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of such prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof.  If none, so indicate.  Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

**NONE**

2.  (If petitioner is a partnership or joint venture)  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows:  (Set forth the complete number and title of such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof.  If none, so indicate.  Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

**Not Applicable**

3.  (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows:  (Set forth the complete number and title of such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof.  If none, so indicate.  Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

**NONE**

4.  (If petitioner is an individual) A petition under the Bankruptcy Reform Act, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof.  If none, so indicate.  Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

**Not Applicable**

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at ___Valencia___ , California

Dated ___June **20**, 2008___

_____
Debtor
By:  Kevin Pickard, President

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

| | |
|---|---|
| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number<br><br>Marc J. Winthrop– State Bar No. 63218<br>**WINTHROP COUCHOT PROFESSIONAL CORPORATION**<br>660 Newport Center Drive, Fourth Floor<br>Newport Beach, CA 92660<br>Telephone: (949) 720-4100/Facsimile:  (949)720-4111<br>☒ *Attorney for: Debtor* | FOR COURT USE ONLY |

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA** | |
| In re:<br><br>UNIVERSAL GUARDIAN HOLDINGS, INC.<br><br>                                                    Debtor.(s). | CASE NO.:<br>CHAPTER: 7<br>ADV. NO.: |

**ELECTRONIC FILING DECLARATION**
**(CORPORATION/PARTNERSHIP)**

☒   Petition, statement of affairs, schedules or lists                Dated Filed: Concurrently_____

☒   Amendments to the petition, statement of affairs, schedules or lists    Dated Filed: _____

☒   Other: Any and all documents & pleadings necessary in the case       Dated Filed: _____

**PART I - DECLARATION OF AUTHORIZED SIGNATORY DEBTOR OR OTHER PARTY**

I, the undersigned, hereby declare under penalty of perjury that:  (1) I have been authorized by the Debtor or other party on whose behalf the above-referenced document is being filed (Filing Party) to sign and to file, on behalf of the Filing Party, the above-referenced document being filed electronically (Filed Document); (2) I have read and understand the Filed Document; (3) the information provided in the Filed Document is true, correct and complete; (4) the "/s/," followed by my name, on the signature lines for the Filing Party in the Filed Document serves as my signature on behalf of the Filing Party and denotes the making of such declarations, requests, statements, verifications and certifications by me and by the Filing Party to the same extent and effect as my actual signature on such signature line(s); (5) I have actually signed a true and correct hard copy of the Filed Document in such places on behalf of the Filing Party and provided the executed hard copy of the Filed Document to the Filing Party's attorney; and (6) I, on behalf of the Filing Party, have authorized the Filing Party's attorney to file the electronic version of the Filed Document and this Declaration with the United States Bankruptcy Court for the Central District of California.

_____            June **20**, 2008  _____

*Signature of Authorized Signatory of Filing  Party*          Date

Kevin Pickard_____  _____  _____

*Printed Name of Authorized Signature of Filing Party*

President_____  _____  _____

*Title of Authorized Signature of Filing Party*

**PART II - DECLARATION OF ATTORNEY FOR SIGNING PARTY**

I, the undersigned Attorney for the Filing Party, hereby declare under penalty of perjury that: (1) the "/s/," followed by my name, on the signature lines for the Attorney for the Filing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature lines; (2) an authorized signatory of the Filing Party signed the *Declaration of Authorized Signatory of Debtor or Other Party* before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (3) I have actually signed a true and correct hard copy of the Filed Document in the locations that are indicated by "/s/," followed by my name, and have obtained the signature of the authorized signatory of the Filing Party in the locations that are indicated by "/s/," followed by the name of the Filing Party's authorized signatory, on the true and correct hard copy of the Filed Document; (4) I shall maintain the executed originals of this *Declaration*, the *Declaration of Authorized Signatory of Debtor, or Other Party*, and the Filed Document for a period of five years after the closing of the case in which they are filed; and (5) I shall make the executed originals of this *Declaration*, the *Declaration of Debtor(s) or Other Party*, and the Filed Document available for review upon request of the Court or other parties.

_____            June **23**, 2008  _____

*Signature of Attorney for Filing Party*              Date

Marc J. Winthrop_____  _____  _____

*Printed Name of Attorney for Filing Party*

---

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California

Verification of Creditor Mailing List - (Rev. 10/05)                                                        Central District of California

# MASTER MAILING LIST
## Verification Pursuant to Local Bankruptcy Rule 1007-2(d)

Name        Marc J. Winthrop – State Bar No. 63218
            Winthrop Couchot P.C.

Address     660 Newport Center Dr., 4th Fl.
            Newport Beach, CA 92660

Telephone   949-720-4100

☒ Attorney for Debtor(s)
☐ Debtor in Pro Per

---

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| List all names including trade names, used by Debtor(s) within last 8 years: | Case No. |
|---|---|
| | Chapter 7 |
| **UNIVERSAL GUARDIAN HOLDINGS, INC.** | |

---

# VERIFICATION OF CREDITOR MAILING LIST TO ACCOMPANY PETITION

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors, consisting of _____ sheet(s) is complete, correct and consistent with the debtor's schedules pursuant to Local Rule 1007-2(d) and I/we assume all responsibility for errors and omissions.

Date: June **20** , 2008 _____          _____
                                                  Kevin Pickard, President
                                                  Debtor

_____          _____
Attorney                                          Joint Debtor

Universal Guardian Holdings, Inc.
Attn:  Kevin Pickard, President
4695 MacArthur Court, #300
Newport Beach, CA 92660


Winthrop Couchot P.C.
Attn:  Marc J. Winthrop, Esq.
660 Newport Center Dr., 4th Flr.
Newport Beach, CA 92660


Office of the U.S. Trustee
411 W. Fourth St., #9041
Santa Ana, CA 92701-4593

Accountemps
Attn:  Corporate Officer

Adair Office Furniture
Attn:  Corporate Officer

AICCO, Inc.
Attn:  Corporate Officer

AJ Robbins, P.C.
Attn:  Corporate Officer

Allan B. Bakalian
16911 236th Ave. NE
Woodinville, WA 98077

Andrew P. Geiss
35 Pinyon Pine Rd.
Littleton, CO 80127

Arkadin Inc.
Attn:  Corporate Officer


Aurelius
Attn:  Corporate Officer


Avaya Financial Services
Attn:  Corporate Officer


Bradford E. Crandell &
Lisa C. Crandell-JTWROS
306 Burleigh Ct.
Winter Springs, FL 32708


Brent Benkovic
1735 York Ave., #23G
New York, NY 10128


BridgePoint Master Fund Ltd.
c/o Eric S. Swartz
1125 Sanctuary Pkwy, #275
Alpharetta, GA 30004-7611

Bristol Investment Fund Ltd.
c/o Amy Wang, Esq.
10990 Wilshire Blvd., #1410
Los Angeles, CA 90024-3913


Broadridge
Attn:  Corporate Officer


Carol Grossman
6 Lynridge Lane
Huntington, NY 11743


CCH
Attn:  Corporate Officer


CG Trust
c/o Judith Grossman
508 Avenue L
Brooklyn, NY 11230


Charles H. Brusco
405 Green Island Rd.
American Canyon, CA 94503

Chaya D. Siegfried
883 E. 26th St.
Brooklyn, NY 11210


CMS Shipping, Inc.
Attn:  Corporate Officer


Cohen Mohr


Cranshire Capital L.P.
c/o Mitch Kopin
3100 Dundee Rd., #703
Northbrook IL 60062


D. Chadwick Calvert
5299 DTC Blvd., #750
Greenwood Village, CO 80111


David R. Morgan
16330 Winchester Club Drive
Meadow Vista, CA 95722

Doris M. Scott Testimentary Trust
c/o Jeffrey Scott
27 Jayne Ave.
Melville, NY 11747


Douglas E. Schimmel
711 5th Ave.
New York, NY 10022


Dr. Gary Gelbfish
2502 Avenue I
Brooklyn, NY 11210


Eckert's Moving & Storage
Attn: Corporate Officer


EGATNIV, LLC
c/o Shai Stern or Seth Farbman
150 W. 46th St., 6th Fl.
New York, NY 10036


Faircourt
Attn: Corporate Officer

FedEx
Attn: Corporate Officer


Frank W. Woodward


George Karfunkel


George T. Schirripa
75 W. Hartsdale Ave., Unit 21
Hartsdale, NY 10530


Harborview Master Fund LP
c/o Dale J. Elliott
Harbour Hse 2nd Fl Wtrfrnt Dr Rd


Harvey Sandler Revocable Trust
c/o Harvey Sandler
17591 Lake Estate Dr.
Boca Raton, FL 33496

Hirsch J. Ziegler
50 E. Concord Dr.
Monsey, NY 10952


i2net Inc.
Attn:  Corporate Officer


Jebcco Marketing Inc. PSP UA 1/1/98
FBO John Eberhardt-c/o Robert K Carr
2533 Cherokee Pkwy
Louisville, NY 40204


Jebcco Mktg Inc. PSP UA 1/1/98
FBO Robert Carr-c/o Robert K Carr
2533 Cherokee Pkwy
Louisville, NY 40204


John M. Krieger
106 Canterbury Ct.
Saginaw, MI 48638


John M. or Diann Eberhardt-JTWROS
12612 Hillcross Pkwy
Prospect, KY 40059

John M. Woodbury
7251 Ownsmouth Ave., #7
Canoga Park, CA 91303


Jose Pacheco



Keith C. Ferrell
8610 FM 725
McQueeney, TX 78123



Kenneth A. Merchant
4695 MacArthur Court, #300
Newport Beach, CA 92660



Kevin Pickard
28382 Constellation Rd.
Valencia, CA 91355



Kevin Westcott
234 Via Graziana
Newport Beach, CA 92663

Louis J. Perona


María de los Angeles de García Barella



Mark Asdourian, Esq.
4695 MacArthur Ct., #1000
Newport Beach, CA 92660



Mark Gorelik Trust UAD 04/22/96
Attn:  Authorized Agent
1240 Crofton Ave.
North Highland Park, IL 60035



Mark Leider
950 Wheeler Ct.
Libertyville, IL 60048



Mel R. Brashears
4695 MacArthur Court, #300
Newport Beach, CA 92660

Michael D. Bozarth
4695 MacArthur Court, #300
Newport Beach, CA 92660


Michael F. & Karen D. Mitri
783 Galloping Hill Rd.
Fairfield, CT 06824


Michael M. Levine
5900 SW 73rd St., H300
South Beach, Fl 33143


Orange County Online
Attn:  Corporate Officer


Pacific Print
Attn:  Corporate Officer


Paul M. Cooney
3124 Shore Road
Bellmore, NY 11710

PR Newswire
Attn:  Corporate Officer

Printing Direction
Attn:  Corporate Officer

Qwest
Attn:  Corporate Officer

R. Neal Keesee, Jr.
P.O. Box 14125
Ronoake, VA 24038

Ribo C.V.
Attn:  Corporate Officer

Richard Adler
41 Shore Dr.
South Hampton, NY 11968

Richardson & Patel
Attn: Corporate Officer

Rick A. Robinson
1636 S. Lake Crest Way
Eagle, ID 83616

Robert Easton PSP
21530 Lupine Ct.
West Linn, OR 97068

Robert K. or Judith L. Carr-JTWROS
2533 Cherokee Pkwy
Louisville, NY 40204

Robert Rosenberg
19 Bretton Rd.
Scarsdale, NY 10583-2730

Rockmore Inv. Master Fund Ltd.
c/o Bruce Bernstein
150 E. 58th St., 26th Fl.
New York, NY 10155-0002

Securities and Exchange Commission
Pacific Regional Office
5670 Wilshire Blvd., 11th Floor
Los Angeles CA 90036


SERF Investment Holdings, LLC
c/o Douglas Schimmel
711 5th Ave.
New York, NY 10022


Staples Business Advantage
Attn:  Corporate Officer


State Board of Equalization
Attn:  Authorized Agent


Stetina Brunda Garred & Brucker
Attn:  Corporate Officer


Tom Peck

UPS
Attn:  Corporate Officer




WD Partners I, L.P.
c/o Josh Davis
6800 Jericho Turnpike
Syosset, NY 11791



Wm. D. Bonham
4900 Wood Way, #900
Houston, TX 77056



Xerox Corporation
Attn:  Corporate Officer