# 'United States Bankruptcy Court

| CENTRAL | District of | CALIFORNIA |
|---|---|---|

In re: **UNIVERSAL GUARDIAN HOLDINGS, INC.**

Debtor

Case No.  **8:08-bk-13532-ES**

(If known)

Chapter:

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amount from schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities."

| NAME OF SCHEDULE | | ATTACHED (YES/NO) | NO. OF SHEETS | AMOUNTS SCHEDULED | | |
|---|---|---|---|---|---|---|
| | | | | ASSETS | LIABILITIES | OTHER |
| A | Real Property | Yes | 1 | $0.00 | | |
| B | Personal Property | Yes | 4 | $5,115,123.36 | | |
| C | Property Claimed as Exempt | No | 0 | | | |
| D | Creditor Holding Secured Claims | Yes | 8 | | $889,011.00 | |
| E | Creditors Holding Unsecured Priority Claims | Yes | 5 | | $25,688.00 | |
| F | Creditors Holding Unsecured Nonpriority Claims | Yes | 20 | | $6,587,859.00 | |
| G | Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H | Codebtors | Yes | 1 | | | |
| I | Current Income of Individual Debtor(s) | No | 0 | | | $ |
| J | Current Expenditures of Individual Debtor(s) | No | 0 | | | $ |
| | Total Number of Sheets in All Schedules | | 40 | | | |
| | Total Assets | | | $5,115,123.36 | | |
| | Total Liabilities | | | | $7,502,558.00 | |

FORM 6- Summary
(10/05)

Form B6A
(10/05)

In re: **UNIVERSAY GUARDIAN**
_____
Debtor

Case No. **8:08-bk-13532-ES**
_____
(If known)

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned by a co-tenant, community property, or in which the debtor has a life estate.  Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit.  If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."  If the debtor holds no interest in real property, write "none" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.

If any entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim.  See Schedule D.  If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | Husband, Wife, Joint or Community | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **NONE** | | | $ | |

Page 1 of 1

Schedule Total   $        0.00

Form B6B
(10/05)

In re:  UNIVERSAL GUARDIAN                                    Case No.  **8:08-bk-13532-ES**
              Debtor                                                              (If known)

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind.  If the debtor has no property in one or more of the categories, place an "X" in the appropriate position in the column labeled "None"  If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category.  If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."  If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1.   Cash on hand. | X | | | 0.00 |
| 2.   Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage house, or cooperatives. | | Escrow account held by Winthrop Couchot P.C., 660 Newport Center Dr., 4th Fl., Newport Beach, A 92660 | | $40,123.36 |
| 3.   Security deposits with public utilities, telephone companies, landlords, and others. | X | | | 0.00 |
| 4.   Household goods and furnishings, including audio, video, and computer equipment. | X | | | 0.00 |
| 5.   Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | 0.00 |
| 6.   Wearing apparel. | X | | | 0.00 |
| 7.   Furs and jewelry. | X | | | 0.00 |
| 8.   Firearms and sports, photographic, and other hobby equipment. | X | | | 0.00 |
| 9.   Interests in insurance policies.  Name insurance company of each policy and itemize surrender or refund value of each. | X | | | 0.00 |
| 10.  Annuities.  Itemize and name each issuer. | X | | | 0.00 |
| 11.  Interests in an education IRA as defined in 26 U>S>C> § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1).  Give particulars.  (File separately the record(s) of any such interest(s).  11 U.S.C. § 521(c); Rule 1007(b). | X | | | 0.00 |
| 12.  Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans.  Itemize. | X | | | 0.00 |
| 13.  Stock and interests in incorporated and unincorporated businesses.  Itemize. | | See attached | | 4,000,000.00 |
| 14.  Interests in partnerships or joint ventures. Itemize. | X | | | 0.00 |
| 15.  Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | 0.00 |

Form B6B
(10/05)

In re:  UNIVERSAL GUARDIAN                                      Case No.    8:08-bk-13532-ES
                          Debtor                                                    (If known)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 16.  Accounts receivable. | | Minimum Royalty Receivable from Tagistics Corporation, from sale of Total Asset Guardian | | 1,075,000.00 |
| 17.  Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | 0.00 |
| 18.  Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | 0.00 |
| 19.  Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | 0.00 |
| 20.  Contingent or non-contingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | 0.00 |
| 21.  Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | 0.00 |
| 22.  Patents, copyrights, and other intellectual property. Give particulars. | X | | | 0.00 |
| 23.  Licenses, franchises, and other general intangibles. Give particulars. | X | | | 0.00 |
| 24.  Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | 0.00 |
| 25.  Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | 0.00 |
| 26.  Boats, motors, and accessories. | X | | | 0.00 |
| 27.  Aircraft and accessories. | X | | | 0.00 |
| 28.  Office equipment, furnishings, and supplies. | X | | | 0.00 |
| 29.  Machinery, fixtures, equipment and supplies used in business. | X | | | 0.00 |
| 30.  Inventory. | X | | | 0.00 |
| 31.  Animals. | X | | | 0.00 |
| 32.  Crop - growing or harvested. Give particulars. | X | | | 0.00 |
| 33.  Farming equipment and implements. | X | | | 0.00 |

Form B6B
(10/05)

In re:  UNIVERSAL GUARDIAN _____     Case No.  8:08-bk-13532-ES _____
                    Debtor                                                          (If known)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 34.  Farm supplies, chemicals, and feed. | X | | | 0.00 |
| 35.  Other personal property of any kind not already listed.  Itemize. | X | | | 0.00 |
| | | | Total: | $5,115,123.36 |

Universal Guardian Holdings, Inc.
Attachment to Schedule B

13.  Stock and interest in incorporated and unincorporated businesses.

| Description of Property | Current Market Value |
|---|---|
| Universal Guardian Services Group, Ltd. (formerly known as Secure Risks Singapore, PTE) – 100% | $3,000,000.00 |
| Universal Guardian Products, Ltd., formerly known as Shield Defense International Ltd. – 100% | 0.00 |
| Shield Defense Corporation – 100% | 0.00 |
| ISR Systems Corporation – 100% | 0.00 |
| Universal Guardian Systems, Ltd., formerly known as MeiDe Information Technologies – 100% | 0.00 |
| Secure Risks Ltd. – 100% | 0.00 |
| Strategic Security Solutions International, Ltd. – 100% | 0.00 |
| Shield Defense Europe GmbH, Inc. – 100% | 0.00 |
| Shield Defense Technologies, Inc. – 100% Amount listed is estimate | 1,000,000.00 |
| Shield Defense (Macao) Ltd. 100% | 0.00 |
| Secure Risks Asia Pacific, Ltd. – 100% | 0.00 |
| Universal Guardian Corporation – 89% | 0.00 |
| The Harbour Group, Inc. – 100% owned by Universal Guardian Corporation | 0.00 |
| Tagistics Corporation (5% ownership interest) | 0.00 |

Form B6D - (10/05)

| In re: UNIVERSAL GUARDIAN | Debtor. | Case No. **8:08-bk-13532-ES** |
|---|---|---|
| | | (If known) |

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding claims secured by property of the debtor as of the date of filing petition. The complete account number of any account of the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interest such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interest. List creditors in alphabetical order to the extent practicable. If all secured creditors will not fit on this page, use the continuation sheet provided.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 I.S.C. §112; Fed.R.Bankr.P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C," in the column labeled "Husband, Wife, Joint or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral; also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Allan B. Bakalian<br>16911 236th Ave., NE<br>Woodinville, WA  98077 | | | | | | | | 18,750 |
| Andrew P. Geiss<br>35 Pinyon Pine Rd.<br>Littleton, CO 80127 | | | | | | | | 18,750 |
| Brent Benkovic<br>1735 York Ave., #23G<br>New York, NY 10128 | | | | | | | | 18,750 |

_____ Continuation Sheets attached

Form B6D - (10/05)                                                    (Report total also on Summary of Schedules)

| In re: UNIVERSAL GUARDIAN | Case No. |
|---|---|
| Debtor. | 8:08-bk-13532-ES |
| | (If known) |

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| BridgePoint Master Fund Ltd. c/o Eric S. Swartz 1125 Santuary Pkwy, #275 Alpharetta, GA 30004 | | | Last four digits of ACCOUNT NO.  Value $ | | | | | 168,133 |
| Bristol Investment Fund Ltd. c/o Amy Wang Esq. 10990 Wilshire Blvd., #1410 Los Angeles, CA 90024 | | | | | | | | 37,500 |
| Charles H. Brusco 405 Green Island Rd. American Canyon, CA 94503 | | | | | | | | 18,750 |
| D. Chadwick Calvert 5299 DTC Blvd., #750 Greenwood Village, CO 80111 | | | | | | | | 37,500 |
| Doris M. Scott Testamentary Trust c/o Jeffrey Scott 27 Jayne Ave. Melville, NY 11747 | | | | | | | | 4,688 |

Sheet no. 1 of 7 Continuation Sheets
attached to Schedule of Creditors Holding Secured Claims

Form B6D - (10/05)                                                    (Report total also on Summary of Schedules)

| In re: UNIVERSAL GUARDIAN<br>Debtor. | Case No. 8:08-bk-13532-ES<br>(If known) |
| --- | --- |

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Douglas E. Schimmel<br>711 5th Ave.<br>New York, NY 10022 | | | | | | | | 18,750 |
| Dr. Gary Gelbfish<br>2502 Ave. I<br>Brooklyn, NY 11210 | | | | | | | | 30,000 |
| George Karfunkel<br>1671 52nd St.<br>Brooklyn, NY 11204 | | | | | | | | 18,750 |
| George T. Schirripa<br>75 W. Hartsdale Ave., Unit 21<br>Hartsdale, NY 10530 | | | | | | | | 37,500 |
| **Harborview Master Fund LP<br>c/o Dale J. Elliott<br>Harbour Hse 2d Fl Waterfront Dr Rd<br>Tortola British Virgin Islands** | | | | | | | | 30,000 |

Sheet no. 2 of 7 Continuation Sheets
attached to Schedule of Creditors Holding Secured Claims

Form B6D - (10/05)                                                    (Report total also on Summary of Schedules)

| In re: UNIVERSAL GUARDIAN | Case No. |
|---|---|
| Debtor. | 8:08-bk-13532-ES |
| | (If known) |

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Harvey Sandler Revocable Trust c/o Harvey Sandler 17591 Lake Estate Dr. Boca Raton, FL 33496 | | | | | | | | 9,375 |
| Hirsch J. Ziegler 50 E Concord Dr. Monsey, NY 10952 | | | | | | | | 18,750 |
| John M. Krieger 106 Canterbury Ct. Saginaw, MI 48638 | | | | | | | | 9,375 |
| John M. or Diann Eberhardt-JTWROS 12612 Hillcross Parkway Prospect KY 40059 | | | | | | | | 4,688 |
| Keith C. Ferrell 8610 FM 725 McQueeney, TX 78123 | | | | | | | | 9,375 |

Sheet no. 3 of 7 Continuation Sheets
attached to Schedule of Creditors Holding Secured Claims

Form B6D - (10/05)                                              (Report total also on Summary of Schedules)

| In re: UNIVERSAL GUARDIAN<br>Debtor. | Case No.<br>**8:08-bk-13532-ES**<br>(If known) |
|---|---|

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Louis J. Perona<br>515 W. Minnestoa St.<br>Spring Valley, IL 61362 | | | | | | | | 9,375 |
| María de los Angeles de García Barella | | | Last four digits of ACCOUNT NO.<br><br>Value $ | | | | | 93,688 |
| Mark Gorelik Trust UAD 04/22/96<br>Attn: Authorized Agent<br>1240 Crofton Ave.<br>North Highland Park, IL 60035 | | | | | | | | 18,750 |
| Mark Leider<br>950 Wheeler Ct.<br>Libertyville, IL 60048 | | | | | | | | 9,375 |
| Michael F. & Karen D. Mitri<br>783 Galloping Hill Rd<br>Fairfield, CT 06824 | | | | | | | | 9,375 |

Sheet no. 4 of 7 Continuation Sheets
attached to Schedule of Creditors Holding Secured Claims

Form B6D - (10/05)                                                    (Report total also on Summary of Schedules)

| In re: UNIVERSAL GUARDIAN | Case No. |
|---|---|
| Debtor. | **8:08-bk-13532-ES** (If known) |

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Michael M. Levine 5900 SW 73rd St., H300 South Beach, FL 33143 | | | | | | | | 9,375 |
| Paul M. Cooney 3124 Shore Road Bellmore, NY 11710 | | | Last four digits of ACCOUNT NO. <br><br> Value $ | | | | | 37,500 |
| R. Neal Keesee, Jr. P.O. Box 14125 Ronoake, VA 24038 | | | | | | | | 18,750 |
| Ribo C.V. Attn: Corporate Officer | | | Last four digits of ACCOUNT NO. <br><br> Value $ | | | | | 93,750 |
| Richard Adler 41 Shore Dr. South Hampton, NY 11968 | | | Last four digits of ACCOUNT NO. <br><br> Value $ | | | | | 37,500 |

Sheet no. 5 of 7 Continuation Sheets
attached to Schedule of Creditors Holding Secured Claims

Form B6D - (10/05)                                              (Report total also on Summary of Schedules)

| In re: UNIVERSAL GUARDIAN | Case No. |
|---|---|
| Debtor. | 8:08-bk-13532-ES |
| | (If known) |

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Rick A. Robinson 1636 S. Lake Crest Way Eagle, ID 83616 | | | | | | | | 9,375 |
| Robert Easton PSP 21530 Lupine Ct. West Linn, OR 97068 | | | | | | | | 4,688 |
| Robert K. or Judith L. Carr-JTWROS 2533 Cherokee Pkwy Louisville, NY 40204 | | | | | | | | 9,375 |
| SERF Investment Holdings, LLC c/o Douglas Schimmel 711 5th Ave. New York, NY 10022 | | | | | | | | 4,688 |
| WD Partners I, L.P. c/o Josh Davis 6800 Jericho Turnpike Syosset, NY 11791 | | | | | | | | 4,688 |

Sheet no. 6 of 7 Continuation Sheets
attached to Schedule of Creditors Holding Secured Claims

Form B6D - (10/05)                                                (Report total also on Summary of Schedules)

| In re: UNIVERSAL GUARDIAN Debtor. | Case No. 8:08-bk-13532-ES (If known) |
|---|---|

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|
| WM. D. Bonham 4900 Woodway, #900 Houston, TX 77056 | | | | | | | 9,375 |
| | | | | | Total | $ 0.00* | 889,011 |

(Report total also on Summary of Schedules)

---

**\* FOOTNOTE TO SCHEDULE D**

The Debtor has made no determination to date as to whether any of the contracts, termed "leases," in the following listings are true leases or secured financing transactions and, accordingly, reserves all rights with respect to same. The following information is provided for information purposes in this Schedule as well as in Schedule G (Executory Contracts).

Sheet no. 7 of 7 Continuation Sheets
attached to Schedule of Creditors Holding Secured Claims

Form B6E - (4/07)

| In re:<br>UNIVERSAL GUARDIAN | | Case No.<br> |
|---|---|---|
| | Debtor | **8:08-bk-13532-ES** <br>(If known) |

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. §112; Fed.R.Bankr.P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C," in the column labeled "Husband, Wife, Joint or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all claims listed on Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts who file a case under chapter 7 or 13 report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts who file a case under chapter 7 report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations.** Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extend provided in 11 U.S.C. §507(a)(1).

☐ **Extensions of credit in an involuntary case:** Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before earlier of the appointment of a trustee or the order for relief. 11 U.S.C.§ 507(a)(3).

☒ **Wages, salaries, and commissions:** Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 18 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans.** Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. §507(a)(5).

☐ **Certain farmers and fishermen:** Claims of certain farmers and fishermen, up to $4,925* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals:** Claims of individuals up to a maximum of $2,225* for deposits for the purchase, lease, or rental of property or services for personal, family, household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

Form B6E - (4/07)

☒ **Taxes and certain other debts owed to governmental units:** Taxes, customs, duties, and penalties owing to federal, state and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution:** Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9)

☐ **Claims for Death or Personal Injury While Debtor was Intoxicated.** Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or other substance. 11 U.S.C. §50&(a)(10).

\* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____ Continuation Sheets attached

Form B6E – Contd.
(10/05)

| In re:<br>**UNIVERSAL GUARDIAN**<br>Debtor | Case No.    **8:08-bk-13532-ES**<br>(If known) |
|---|---|

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

Wages, Salaries and Commissions
TYPE OF PRIORITY

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Mark Asdourian<br>4695 MacArthur Ct., #1000<br>Newport Beach, CA 92660 | | | | | | | $40,000 | $10,950.00 | $29,050.00 |
| Kevin Pickard<br>28382 Constellation Road<br>Valencia, CA 91355 | | | | | | | $50,000 | $10,950.00 | $39,050.00 |

|  |  | | |
|---|---|---|---|
| **Subtotal** | $ | $21,900.00 | |
| **Total** | $ | | |
| **Totals:** | | $21,900.00 | $68,100.00 |

(Use only on last page of the completed Schedule E.  Report also on the Summary of Schedules

(Use only on last page of the completed Schedule E.  If applicable report on the Statistical Summary of Certain Liabilities and Related Data).

Sheet no. 1 of 3 Continuation
Sheets attached to Schedule of Creditors
Holding Unsecured Priority Claims

Form B6E – Contd.
(10/05)

| In re:<br>UNIVERSAL GUARDIAN<br>Debtor | Case No.    **8:08-bk-13532-ES**<br><br>(If known) |
|---|---|

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

Taxes and Certain Other Debts Owed to Governmental Units

TYPE OF PRIORITY

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| County of Orange Unsecured Property Tax<br>Attn: Authorized Agent<br>P.O. Box 1438<br>Santa Ana, CA 92702 | | | | | | | 1,859 | 1,859 |
| Franchise Tax Board<br>Attn: Bankruptcy<br>PO Box 2952<br>Sacramento, CA 95812-2952 | | | Last four digits of<br>ACCOUNT NO.<br>Minimum due for 2006 and 2007 | | | | $1,600.00 | $1,600.00 |
| Internal Revenue Service<br>Insolvency Group 1 Mailstop 5501<br>24000 Avila Road<br>Laguna Niguel, CA 92677 | | | Last four digits of<br>ACCOUNT NO. | | | | 0.00 | 0.00 |
| Orange County Tax Collector<br>630 N. Broadway<br>Santa Ana, CA 92701 | | | Last four digits of<br>ACCOUNT NO.<br>For notice purposes only | | | | 0.00 | 0.00 |

Sheet no. 2 of 3 Continuation
Sheets attached to Schedule of Creditors
Holding Unsecured Priority Claims

**Form B6E – Contd.**
**(10/05)**

| In re:<br>UNIVERSAL GUARDIAN<br><div align="right">Debtor</div> | Case No.<br><div align="center">8:08-bk-13532-ES</div><div align="right">(If known)</div> |
| --- | --- |

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

<div align="center">(Continuation Sheet)</div>

<div align="right">Taxes and Certain Other Debts Owed to<br>Governmental Units</div>
<div align="center">TYPE OF PRIORITY</div>

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| State Board of Equalization<br>450 N. Street<br>PO Box 94287<br>Sacramento, CA 94279-0001 | | | | | | | 329.00 | 329.00 |
| | | | | | | Total | $3,788.00 | $3,788.00 |

<div align="center">(Report total also on Summary of Schedules)</div>

Sheet no. 3 of 3 Continuation
Sheets attached to Schedule of Creditors
Holding Unsecured Priority Claims

Form B6F (Official Form 6F) - (10/05)                                                              2005 USBC, Central District of California

| In re: | Case No. | |
|--------|----------|-|
| **Universal Guardian Holdings, Inc.** <br><br> Debtor | **8:08-bk-13532-ES** <br><br> (If known) | |

## SCHEDULE F - CREDITORS HOLDING UNSECURED NON-PRIORITY CLAIMS

State the name, mailing address, including zip code, and the last four digits of the account number of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. §112; Fed.R.Bankr.P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Co-Debtor," include the entity on the appropriate schedule of creditors, and complete schedule H - Co-Debtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C," in the column labeled "Husband, Wife, Joint or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed in this schedule on the box labeled "Total" on the last sheet of the completed schedule. Repeat this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts filing a case under chapter 7, report this total also on the Statistical Summary of Certain Liabilities and Related Data..

☐ Check this box if debtor has no creditors holding unsecured non-priority claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Accountemps <br> Attn: Corporate Officer | | | | | | | $3,000 |
| Adair Office Furniture <br> Attn: Corporate Officer | | | | | | | 2,878 |
| AICCO, Inc. Acct#16-022-048007-8 <br> Attn: Corporate Officer <br> 1630 E. Shaw Ave., #160 <br> Fresno, CA 93710 | | | | | | | 5,468 |

18 Continuation Sheets attached

Form B6F (Official Form 6F) - (10/05)

| In re:<br><br>**UNIVERSAL GUARDIAN HOLDINGS, INC.**<br><div align="right">Debtor</div> | Case No.    **8:08-bk-13532-ES**<br><div align="right">(If known)</div> |
| --- | --- |

## SCHEDULE F - CREDITORS HOLDING UNSECURED NON-PRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
| --- | --- | --- | --- | --- | --- | --- | --- |
| AICCO, Inc. Acct#16-022-056688-6<br>Attn: Corporate Officer<br>1630 E. Shaw Ave., #160<br>Fresno, CA 93710 | | | | | | | 17,008 |
| AJ Robbins, P.C.<br>Attn: Corporate Officer<br>216 Sixteenth St., #600<br>Dener, CA 80202 | | | Account No. | | | | 50,768 |
| Allan B. Bakalian<br>16911 236th Ave. NE<br>Woodinville, WA 98077 | | | | | | | 104,504 |
| American Express<br>Attn: Corporate Officer<br>P.O. Box 53852<br>Phoenix, AZ 85072-3852 | | | | | | | 6 |
| Andrew P. Geiss<br>35 Pinyon Pine Rd<br>Littleton, CO 80127 | | | | | | | 104,504 |

Sheet no. 1 of 18 sheets
attached to Schedule of Creditors Holding
Unsecured Non-Priority Claims

Form B6F (Official Form 6F) - (10/05)

| In re: | | Case No. | |
|---|---|---|---|
| UNIVERSAL GUARDIAN HOLDINGS, INC. | Debtor | 8:08-bk-13532-ES | (If known) |

## SCHEDULE F - CREDITORS HOLDING UNSECURED NON-PRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Arkadin Inc.<br>Attn: Corporate Officer | | | Account No. | | | | 1,342 |
| Aurelius<br>Attn: Corporate Officer | | | | | | | 8,000 |
| Avaya Financial Services<br>Attn: Corporate Officer<br>P.O. Box 550599<br>Jacksonville, FL 32255-0599 | | | | | | | 3,472 |
| BA Merchant<br>Attn: Corporate Officer | | | | | | | 72 |
| Bradford E. & Lisa C. Crandell-JTWROS<br>306 Burleigh Ct.<br>Winter Spirngs, FL 32708 | | | | | | | 0.00 |

Sheet no. 2 of 18 sheets
attached to Schedule of Creditors Holding
Unsecured Non-Priority Claims

#122612 v2 - Universal Guardian Schedule F

Form B6F (Official Form 6F) - (10/05)

| In re: **UNIVERSAL GUARDIAN HOLDINGS, INC.** | Case No. **8:08-bk-13532-ES** |
|---|---|
| Debtor | (If known) |

## SCHEDULE F - CREDITORS HOLDING UNSECURED NON-PRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Brent Benkovic 1735 York Ave. #23G New York, NY 10128 | | | | | | | 104,504 |
| BridgePoint Master Fund Ltd. c/o Eric S. Swartz 1125 Santuary Pkwy, #275 Alpharetta, GA 30004 | | | | | | | 1,306,301 |
| Bristol Investment Fund Ltd. c/o Amy Wang Esq. 10990 Wilshire Blvd., #1410 Los Angeles, CA 90024 | | | | | | | 182,882 |
| Broadridge Attn: Corporate Officer P.O. Box 23487 Newark, NJ 07189 | | | | | | | 11,696 |
| Carol Grossman 6 Lynridge Lane Huntington NY 11743 | | | | | | | 52,252 |

Sheet no. 3 of 18 sheets
attached to Schedule of Creditors Holding
Unsecured Non-Priority Claims

Form B6F (Official Form 6F) - (10/05)

| In re: | | Case No. | |
|---|---|---|---|
| **UNIVERSAL GUARDIAN HOLDINGS, INC.** Debtor | | **8:08-bk-13532-ES** (If known) | |

## SCHEDULE F - CREDITORS HOLDING UNSECURED NON-PRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| CCH<br>Attn:  Corporate Officer | | | | | | | 4,765 |
| Ceridian<br>Attn:  Corporate Officer<br>32013 4th St. South<br>St. Petersburg, FL 33711 | | | | | | | 100 |
| CG Trust<br>c/o Judith Grossman<br>508 Ave. L<br>Brooklyn, NY 11230 | | | | | | | 78,378 |
| Charles H. Brusco<br>405 Green Island Rd.<br>American Canyon, CA 94503 | | | | | | | 104,504 |
| Chaya D. Siegfried<br>883 E. 26th St.<br>Brooklyn, NY 11210 | | | | | | | 10,450 |

Sheet no. 4 of 18 sheets
attached to Schedule of Creditors Holding
Unsecured Non-Priority Claims

Form B6F (Official Form 6F) - (10/05)

| In re: | Case No. | |
|--------|----------|---|
| UNIVERSAL GUARDIAN HOLDINGS, INC.   Debtor | 8:08-bk-13532-ES | (If known) |

## SCHEDULE F - CREDITORS HOLDING UNSECURED NON-PRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| CIT Communications Finance Corp<br>Attn: Corporate Officer<br>P.O. Box 325<br>Lawrence, MA 01842-0625 | | | | | | | 4,538 |
| CMS Shipping, Inc.<br>Attn: Corporate Officer | | | | | | | 1,800 |
| Cohen Mohr | | | | | | | 21,779 |
| Cox Communications<br>Attn: Corporate Officer<br>29947 Agenda De Las Banderas<br>RSM, CA 92688 | | | | | | | 949 |
| CPU2<br>Attn: Corporate Officer<br>6 Commerce Way<br>Arden, NC 28704 | | | | | | | 15,265 |

Sheet no. 5 of 18 sheets
attached to Schedule of Creditors Holding
Unsecured Non-Priority Claims

Form B6F (Official Form 6F) - (10/05)

| In re: | Case No. | |
|---|---|---|
| **UNIVERSAL GUARDIAN HOLDINGS, INC.**     Debtor | **8:08-bk-13532-ES** | (If known) |

## SCHEDULE F - CREDITORS HOLDING UNSECURED NON-PRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Cranshire Capital L.P.<br>c/o Mitch Kopin<br>3100 Dundee Rd., #703<br>Northbrook IL 60062 | | | | | | | 0.00 |
| D. Chadwick Calvert<br>5299 DTC Blvd., #750<br>Greenwood Village, CO 80111 | | | | | | | 209,008 |
| David R. Morgan<br>16330 Winchester Club Dr.<br>Meadow Vista, CA 95722 | | | | | | | 0.00 |
| Delaware Business Incorporators, Inc.<br>Attn: Corporate Officer<br>3422 Old Capitol Trail, #700<br>Wilmington, DE 19808-6192 | | | | | | | 100 |
| Doris M. Scott Testamentary Trust<br>Attn: Authorized Agent<br>c/o Jeffrey Scott<br>27 Jayne Ave.<br>Melville, NY 11747 | | | | | | | 26,126 |

Sheet no. 6 of 18 sheets
attached to Schedule of Creditors Holding
Unsecured Non-Priority Claims

#122612 v2 - Universal Guardian Schedule F

Form B6F (Official Form 6F) - (10/05)

| In re:<br><br>**UNIVERSAL GUARDIAN HOLDINGS, INC.** <div style="text-align:right">Debtor</div> | Case No.<br><br>**8:08-bk-13532-ES** <div style="text-align:right">(If known)</div> |
|---|---|

## SCHEDULE F - CREDITORS HOLDING UNSECURED NON-PRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Douglas E. Schimmel<br>711 5th Ave.<br>New York, NY 10022 | | | | | | | 104,504 |
| Dr. Gary Gelbfish<br>2502 Ave. I<br>Brooklyn, NY 11210 | | | | | | | 156,756 |
| Eckert's Moving & Storage<br>Attn:  Corporate Officer<br>849 Grand Ave.<br>San Marcos, CA 92069 | | | | | | | 1,753 |
| EGATNIV, LLC<br>c/o  Shai Stern or Seth Farbman<br>150 W. 46th St., 6th Fl.<br>New York, NY 10036 | | | | | | | 0.00 |
| Faircourt<br>Attn:  Corporate Officer | | | | | | | 2,000 |

Sheet no. 7 of 18 sheets
attached to Schedule of Creditors Holding
Unsecured Non-Priority Claims

Form B6F (Official Form 6F) - (10/05)

| In re: | Case No. | |
|--------|----------|--|
| **UNIVERSAL GUARDIAN HOLDINGS, INC.** Debtor | **8:08-bk-13532-ES** (If known) | |

## SCHEDULE F - CREDITORS HOLDING UNSECURED NON-PRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| FedEx Attn: Corporate Officer P.O. Box 7221 Pasadena, CA 91109-7321 | | | For notice purposes only | | | | 53 |
| Frank W. Woodward | | | | | | | 1,644 |
| George Karfunkel 1671 52nd St. Brooklyn, NY 11204 | | | | | | | 104,504 |
| George T. Schirripa 75 W. Hartsdale Ave., Unit 21 Hartsdale, NY 10530 | | | | | | | 209,008 |
| **Harborview Master Fund LP c/o Dale J. Elliott Harbour Hse 2d Fl Waterfront Dr Rd Tortola British Virgin Islands** | | | | | | | 177,657 |

Sheet no. 8 of 18 sheets
attached to Schedule of Creditors Holding
Unsecured Non-Priority Claims

Form B6F (Official Form 6F) - (10/05)

| In re: | Case No. | |
|---|---|---|
| **UNIVERSAL GUARDIAN HOLDINGS, INC.** | **8:08-bk-13532-ES** | |
| Debtor | | (If known) |

## SCHEDULE F - CREDITORS HOLDING UNSECURED NON-PRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Harvey Sandler Revocable Trust c/o Harvey Sandler 17591 Lake Estate Dr. Boca Raton, FL 33496 | | | | | | | 52,252 |
| Hirsch J. Ziegler 50 E. Concord Dr. Monsey, NY 10952 | | | | | | | 104,504 |
| i2net Inc. Attn: Corporate Officer | | | | | | | 15,714 |
| Intelesis Technologies Corp Attn: Corporate Officer 9666 Business Park Ave., #110 San Diego, CA 92131 | | | | | | | 0.00 |
| Jebcco Mktg PSP U/A 1/1/98 fbo J. Eberhardt c/o Robert K. Carr 2533 Cherokee Pkwy Louisville, NY 40204 | | | | | | | 26,126 |

Sheet no. 9 of 18 sheets
attached to Schedule of Creditors Holding
Unsecured Non-Priority Claims

Form B6F (Official Form 6F) - (10/05)

| In re: | Case No. | |
|--------|----------|--|
| **UNIVERSAL GUARDIAN HOLDINGS, INC.**  Debtor | **8:08-bk-13532-ES** (If known) | |

## SCHEDULE F - CREDITORS HOLDING UNSECURED NON-PRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Jebcco Mktg PSP U/A 1/1/98 fbo R Carr c/o Robert K. Carr 2533 Cherokee Pkwy Louisville, NY 40204 | | | | | | | 26,126 |
| John M. Krieger 106 Canterbury Ct. Saginaw, MI 48638 | | | | | | | 52,252 |
| John M. or Diann Eberhardt-JTWROS 12612 Hillcross Pkwy Prospect KY 40059 | | | | | | | 26,126 |
| John M. Woodbury 7251 Ownsmouth Ave., #7 Canoga Park, CA 91303 | | | | | | | 201,050 |
| Jose Pacheco | | | Board of Directors fees | | | | 5,215 |

Sheet no. 10 of 18 sheets
attached to Schedule of Creditors Holding
Unsecured Non-Priority Claims

#122612 v2 - Universal Guardian Schedule F

Form B6F (Official Form 6F) - (10/05)

| In re: | Case No. | |
|---|---|---|
| **UNIVERSAL GUARDIAN HOLDINGS, INC.** Debtor | **8:08-bk-13532-ES** | (If known) |

# SCHEDULE F - CREDITORS HOLDING UNSECURED NON-PRIORITY CLAIMS

## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Keith C. Ferrell<br>8610 FM 725<br>McQueeney, TX 78123 | | | | | | | 52,252 |
| Ken Merchant | | | | | | | 26,500 |
| Kevin Pickard<br>28382 Constellation Road<br>Valencia, CA 91355 | | | Unsecured portion of wages | | | | 39,050.00 |
| Kevin Westcott<br>234 Via Graziana<br>Newport Beach, CA  92663 | | | | | | | 29,543 |
| Louis J. Perona<br>515 W. Minnestoa St.<br>Spring Valley, IL 61362 | | | | | | | 52,252 |

Sheet no. 11 of 18 sheets
attached to Schedule of Creditors Holding
Unsecured Non-Priority Claims

Form B6F (Official Form 6F) - (10/05)

| In re: | Case No. | |
|---|---|---|
| **UNIVERSAL GUARDIAN HOLDINGS, INC.** | **8:08-bk-13532-ES** | |
| Debtor | | (If known) |

## SCHEDULE F - CREDITORS HOLDING UNSECURED NON-PRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| María de los Angeles de García Barella | | | | | | | 522,521 |
| Mark Asdourian<br>4695 MacArthur Ct., #1000<br>Newport Beach, CA 92660 | | | Unsecured portion of wages | | | | 29,050.00 |
| Mark Gorelik Trust UAD 04/22/96<br>Attn: Authorized Agent<br>1240 Crofton Ave.<br>North Highland Park, IL 60035 | | | | | | | 104,504 |
| Mark Leider<br>950 Wheeler Ct.<br>Libertyville, IL 60048 | | | | | | | 52,252 |
| Mass Mutal<br>Attn: Corporate Officer<br>Box 371368<br>Pittsburgh, PA 15250-7368 | | | | | | | 7,576 |

Sheet no. 12 of 18 sheets
attached to Schedule of Creditors Holding
Unsecured Non-Priority Claims

Form B6F (Official Form 6F) - (10/05)

| In re: | | Case No. | |
|---|---|---|---|
| **UNIVERSAL GUARDIAN HOLDINGS, INC.** | Debtor | **8:08-bk-13532-ES** | (If known) |

## SCHEDULE F - CREDITORS HOLDING UNSECURED NON-PRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Mel Brashears | | | | | | | 26,500 |
| Michael Bozarth<br>111 Via Undine<br>Newport Beach, CA 92663 | | | | | | | 26,500 |
| Michael F. & Karen D. Mitri<br>783 Galloping Hill Rd.<br>Fairfield, CT 06824 | | | | | | | 52,252 |
| Michael M. Levine<br>5900 SW 73rd St., H300<br>South Beach, FL 33143 | | | | | | | 52,252 |
| Neopost<br>Attn:  Corporate Officer<br>1335 Valwood Pkwy., #111<br>Carrollton, TX 75006 | | | | | | | 28 |

Sheet no. 13 of 18 sheets
attached to Schedule of Creditors Holding
Unsecured Non-Priority Claims

Form B6F (Official Form 6F) - (10/05)

| In re:                                 | Case No. |                    |
|----------------------------------------|----------|--------------------|
| **UNIVERSAL GUARDIAN HOLDINGS, INC.**  |          | **8:08-bk-13532-ES** |
|                                 Debtor |          | (If known)         |

## SCHEDULE F - CREDITORS HOLDING UNSECURED NON-PRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Orange County Online<br>Attn: Corporate Officer | | | | | | | 1,055 |
| Pacific Print<br>Attn: Corporate Officer | | | | | | | 242 |
| Paracorp<br>Attn: Corporate Officer<br>P.O. Box 160568<br>Sacramento, CA 95816-0568 | | | | | | | 125 |
| Paul M. Cooney<br>3124 Shore Rd.<br>Bellmore, NY 11710 | | | | | | | 209,008 |
| Pickard & Green CPAs<br>Attn: Corporate Officer<br>28382 Constellation Rd.<br>Valencia, CA 91355 | | | | | | | 106,790 |

Sheet no. 14 of 18 sheets
attached to Schedule of Creditors Holding
Unsecured Non-Priority Claims

Form B6F (Official Form 6F) - (10/05)

| In re: UNIVERSAL GUARDIAN HOLDINGS, INC. | Debtor | Case No. 8:08-bk-13532-ES (If known) |
|---|---|---|

## SCHEDULE F - CREDITORS HOLDING UNSECURED NON-PRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| PR Newswire<br>Attn: Corporate Officer<br>G.P.O. Box 5897<br>New York, NY 10087-5897 | | | | | | | 5,249 |
| Printing Direction<br>Attn: Corporate Officer | | | | | | | 1,961 |
| Qwest<br>Attn: Corporate Officer | | | | | | | 1,892 |
| R. Neal Keesee, Jr.<br>P.O. Box 14125<br>Roanoake, VA 24038 | | | | | | | 104,504 |
| **Ribo C.V.**<br>**Attn: Corporate Officer**<br>**Naritaweg 165 Amsterdam**<br>**The Netherlands 1043 BW** | | | | | | | **522,521** |

Sheet no. 15 of 18 sheets
attached to Schedule of Creditors Holding
Unsecured Non-Priority Claims

#122612 v2 - Universal Guardian Schedule F

Form B6F (Official Form 6F) - (10/05)

| In re: UNIVERSAL GUARDIAN HOLDINGS, INC. | Case No. 8:08-bk-13532-ES |
|---|---|
| Debtor | (If known) |

## SCHEDULE F - CREDITORS HOLDING UNSECURED NON-PRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Richard Adler 41 Shore Dr. South Hampton, NY 11968 | | | | | | | 209,008 |
| Richardson & Patel Attn: Corporate Officer | | | Board of Directors fees | | | | 21,839 |
| Robert Easton PSP 21530 Lupine Ct. West Linn, OR 97068 | | | | | | | 52,252 |
| Robert K. or Judith L. Car-JTWROS 2533 Cherokee Pkwy Louisville, NY 40204 | | | | | | | 26,126 |
| Robert Rosenberg 19BrettonRd. Scarsdale,NY10583-2730 | | | | | | | 26,126 |

Sheet no. 16 of 18 sheets
attached to Schedule of Creditors Holding
Unsecured Non-Priority Claims

#122612 v2 - Universal Guardian Schedule F

Form B6F (Official Form 6F) - (10/05)

| In re: UNIVERSAL GUARDIAN HOLDINGS, INC. | Debtor | Case No. 8:08-bk-13532-ES (If known) |
|---|---|---|

## SCHEDULE F - CREDITORS HOLDING UNSECURED NON-PRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Rockmore Inv. Master Fund Ltd. c/o Bruce Bernstein 150 East 58th St., 26th Fl. New York, NY 10155 | | | | | | | 209,008 |
| Securities and Exchange Commission 5670 Wilshire Blvd., 11th Fl. Los Angeles, CA 90036 | | | For notice purposes only | | | | 0.00 |
| Security Equipment Corporation Attn: Corporate Officer 330 Sun Valley Circle Fenton, MO 63026 | | | | | | | 1,313 |
| SERF Investment Holdings, LLC c/o Douglas Schimmel 711 5th Ave. New York, NY 10022 | | | | | | | 26,126 |
| Staples Business Advantage Attn: Corporate Officer | | | | | | | 654 |

Sheet no. 17 of 18 sheets
attached to Schedule of Creditors Holding
Unsecured Non-Priority Claims

#122612 v2 - Universal Guardian Schedule F

Form B6F (Official Form 6F) - (10/05)

| In re: **UNIVERSAL GUARDIAN HOLDINGS, INC.** Debtor | Case No. **8:08-bk-13532-ES** (If known) |

## SCHEDULE F - CREDITORS HOLDING UNSECURED NON-PRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Stetina Brunda Garred & Brucker Attn: Corporate Officer 75 Enterprise, #250 Aliso Viejo, CA 92656 | | | Board of Directors fees | | | | 6,508 |
| Thomson Financial Attn: Corporate Officer 195B Broadway, 7th Fl. New York, NY 10007 | | | | | | | 3,299 |
| Tom Peck | | | | | | | 5,041 |
| UPS Attn: Corporate Officer 28013 Network Place Chicago, IL 60673-1280 | | | | | | | 104 |
| WD Partners I, L.P. c/o Josh Davis 6800 Jericho Turnpike Syosset, NY 11791 | | | | | | | 209,008 |

Sheet no. 18 of 18 sheets
attached to Schedule of Creditors Holding
Unsecured Non-Priority Claims

#122612 v2 - Universal Guardian Schedule F

Form B6F (Official Form 6F) - (10/05)

| In re: | Case No. | |
|---|---|---|
| **UNIVERSAL GUARDIAN HOLDINGS, INC.** | **8:08-bk-13532-ES** | |
| Debtor | | (If known) |

## SCHEDULE F - CREDITORS HOLDING UNSECURED NON-PRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| WM. D. Bonham<br>4900 Woodway, #900<br>Houston, TX 77056 | | | | | | | 52,252 |
| Xerox Corporation<br>Attn: Corporate Officer<br>1301 Ridgeview Dr<br>Lewisville, TX 75057 | | | | | | | 9,153 |
| | | Total | | | | | **$6,587,859.00** |

Sheet no. 19 of 18 sheets
attached to Schedule of Creditors Holding
Unsecured Non-Priority Claims

Form B6G
(10/05)

In re: __UNIVERSAL GUARDIAN__                                    Case No. __8:08-bk-13532-ES__
                    Debtor                                                                    (If known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. §112; Fed.R.Bankr.P. 1007(m).

**Note: A party listed on this schedule will not receive notice of the filing of this case unless the party is also scheduled in the appropriate schedule of creditors.**

☒ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT |
|---|---|
|  |  |
|  |  |

## * FOOTNOTE TO SCHEDULE G

The information set forth herein was derived from the Debtor's books and records. The Debtor reserves the right to amend any of the items set forth herein if and when more updated information becomes available.

This list of Executory Contracts is furnished for informational purposes only to apprise parties in interest of possible contractual relationships of the Debtor as of the date of filing and is derived from documents in the possession of the Debtor. **This statement is not an admission or recognition that any contractual relationship existed or that, if such relationship existed, said relationship presently exists.** The Debtor does not waive any rights of rescission or reformation or defense respecting any contract.

Similarly, this Statement is not an admission or recognition that any contractual relationship constitutes an "executory contract." Some contracts listed in this Statement may have been validly terminated or expired by their own terms prior to the date of filing but have been listed notwithstanding such possible termination or expiration in order to provide a complete presentation of the Debtor's affairs and in the event that one or more parties in interest may take the position that an executory contract existed as of the date of filing.

Similarly, this Statement is not an admission or recognition that any contractual relationship constitutes a lease or an "executory contract" nor is the characterization of a contract as a "lease" an admission that the contract is a lease and not a security agreement. In fact, an agreement entitled "lease" may constitute a security agreement.

Form B6G
(12/95)
#122782 v1 - UniversalScheduleG

Form B6H
(10/05)

In re: **Universal Guardian**                                Case No.    **8:08-bk-13532-ES**
                                                                          (If known)

## SCHEDULE H - CODEBTORS

     Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signors. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112; Fed.Bankr.P. 1007(m).

☒  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

Form B6G
(12/95)
#122783 v1 - UniversalScheduleH

Form B6 Dec -  (Rev. 10/05)                                                                    2005 USBC, Central District of California

| In re: UNIVERSAL GUARDIAN HOLDINGS, INC. | Case No. 8:08-bk-13532-ES |
|---|---|
| Debtor | (If known) |

## DECLARATION CONCERNING DEBTOR'S SCHEDULES
### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____

sheets, and that they are true and correct to the best of my knowledge, information and belief.         (Total shown on summary page plus 1)

Date _____          Signature: _____
                                                                                        Debtor

Date _____          Signature: _____
                                                                                        (Joint Debtor, if any)

                                                                        [If joint case, both spouses must sign.]

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER
#### (See 11 U.S.C. § 110)

I declare under penalty of perjury that:  (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. §110; (2) i prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. §110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____          _____
Printed or Typed Name of Bankruptcy Petition Preparer          Social Security No.
                                                                                        (Required by 11 U.S.C. § 110.)

If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.

_____
Address

X_____          _____
Signature of Bankruptcy Petition Preparer          Date

Name and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines of imprisonment or both.  11 U.S.C. §110; 18 U.S.C. §156.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, Kevin Pickard, the President of the Corporation named as debtor in this case, declare under penalty of perjury, that I have read the foregoing summary and schedules, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information and belief.

Date

    July 8, 2008                              Signature: _____
                                                                        Kevin Pickard, President

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement or concealing property:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571*

UniversalDecReSchedules