| | |
|---|---|
| **Name** | Marc J. Winthrop– State Bar No. 63218 |
| | Winthrop Couchot Professional Corporation |
| **Address** | 660 Newport Center Drive, Fourth Floor |
| | Newport Beach, CA 92660 |
| **Telephone** | (949) 720-4100 |

Attorneys For Debtor(S)

(CLERK'S STAMP)

# UNITED STATES BANKRUPTCY COURT

CENTRAL    **DISTRICT OF**    CALIFORNIA

In re

**Case No.** **8:08-bk-13532-ES**

UNIVERSAL GUARDIAN HOLDINGS, INC.

## LIST OF EQUITY SECURITY HOLDERS

Debtor(s)

(Set forth here all names, including trade names used by debtors(s) within last 6 years.)

**Social Security No.** _____

**Social Security No.** _____

**Debtor's Employer's Tax Identification No.**    33-0379106

| REGISTERED NAME OF HOLDER OF SECURITY LAST KNOW ADDRESS OR PLACE OF BUSINESS | CLASS OF SECURITY | NUMBER REGISTERED | KIND OF INTEREST REGISTERED |
|---|---|---|---|
| **See attached list of shareholders** | | | |
| | | | |
| | | | |

```
                           Stalt, Inc                              PAGE 1
                         AS OF 07/07/2008
                  Universal Guardian Holdings, Inc.

                        RUN DATE: 07/07/2008
           ALL HOLDERS WITH AT LEAST 0 AND LESS THAN 150000000 SHARES


Tax Id Name                Cert #      Issue Date          Issued       Outstanding

CEDE & Co                                                              41,042,534.00
P.O. Box 222
Bowling Green Station
New York, NY 10274
                           2003        12/20/2002         500,000.00
                           2004        12/20/2002         500,000.00
                           2005        12/20/2002         500,000.00
                           2006        12/20/2002         197,625.00
                           2038        04/03/2003          20,423.00
                           2104        05/08/2003          25,000.00
                           2108        05/14/2003          25,000.00
                           2109        05/15/2003          14,500.00
                           2110        05/16/2003         250,000.00
                           2111        05/19/2003          50,000.00
                           2112        05/20/2003          25,000.00
                           2115        05/22/2003         548,000.00
                           2116        05/23/2003         125,000.00
                           2119        06/09/2003          91,500.00
                           2128        07/02/2003          20,000.00
                           2131        07/10/2003          27,322.00
                           2132        07/16/2003          27,284.00
                           2134        08/14/2003         300,000.00
                           2143        09/17/2003          98,000.00
                           2146        09/23/2003          31,103.00
                           2147        09/26/2003         150,000.00
                           2148        09/30/2003         100,000.00
                           2163        10/24/2003          40,000.00
                           2164        10/27/2003          40,000.00
                           2166        10/28/2003         579,459.00
                           2167        11/03/2003         157,286.00
                           2168        11/06/2003         150,000.00
                           2173        11/20/2003          60,000.00
                           2176        12/01/2003         828,115.00
                           2178        12/04/2003         150,000.00
                           2179        12/08/2003         252,525.00
                           2180        12/11/2003         162,500.00
                           2181        12/11/2003          20,000.00
                           2182        12/16/2003          22,000.00
                           2183        12/30/2003         412,500.00
                           2189        01/22/2004          88,034.00
                           2190        01/23/2004         313,302.00
                           2195        01/28/2004         212,500.00
                           2196        01/29/2004         120,000.00
                           2198        02/03/2004         439,650.00
                           2199        02/03/2004         262,500.00
```

```
                              Stalt, Inc                              PAGE 2
                          AS OF 07/07/2008
                    Universal Guardian Holdings, Inc.

                           RUN DATE: 07/07/2008
          ALL HOLDERS WITH AT LEAST 0 AND LESS THAN 150000000 SHARES
```

| Tax Id Name | Cert # | Issue Date | Issued | Outstanding |
|---|---|---|---|---|
| 132555119-0 - continued | | | | |
| | 2204 | 02/17/2004 | 292,520.00 | |
| | 2207 | 02/18/2004 | 40,000.00 | |
| | 2221 | 03/04/2004 | 25,000.00 | |
| | 2226 | 03/10/2004 | 124,800.00 | |
| | 2233 | 03/16/2004 | 25,000.00 | |
| | 2235 | 03/18/2004 | 84,820.00 | |
| | 2236 | 03/18/2004 | 30,000.00 | |
| | 2237 | 03/25/2004 | 34,005.00 | |
| | 2239 | 03/31/2004 | 20,000.00 | |
| | 2244 | 04/05/2004 | 100,000.00 | |
| | 2248 | 04/14/2004 | 146,660.00 | |
| | 2258 | 04/27/2004 | 93,828.00 | |
| | 2259 | 04/27/2004 | 37,368.00 | |
| | 2262 | 05/05/2004 | 226,315.00 | |
| | 2264 | 05/11/2004 | 250,000.00 | |
| | 2265 | 05/11/2004 | 78,700.00 | |
| | 2296 | 06/07/2004 | 80,658.00 | |
| | 2298 | 06/08/2004 | 111,111.00 | |
| | 2299 | 06/08/2004 | 14,375.00 | |
| | 2302 | 06/10/2004 | 21,000.00 | |
| | 2308 | 06/16/2004 | 1,810,054.00 | |
| | 2309 | 06/17/2004 | 255,521.00 | |
| | 2310 | 06/18/2004 | 574,750.00 | |
| | 2314 | 06/23/2004 | 50,000.00 | |
| | 2316 | 06/25/2004 | 132,170.00 | |
| | 2317 | 06/28/2004 | 200,000.00 | |
| | 2318 | 06/29/2004 | 43,500.00 | |
| | 2319 | 06/30/2004 | 10,597.00 | |
| | 2320 | 07/06/2004 | 42,815.00 | |
| | 2322 | 07/21/2004 | 161,500.00 | |
| | 2325 | 07/29/2004 | 200,000.00 | |
| | 2331 | 08/09/2004 | 45,000.00 | |
| | 2332 | 08/10/2004 | 75,000.00 | |
| | 2333 | 08/11/2004 | 75.00 | |
| | 2335 | 08/13/2004 | 11,263.00 | |
| | 2338 | 08/23/2004 | 25,000.00 | |
| | 2339 | 08/24/2004 | 60,222.00 | |
| | 2355 | 09/01/2004 | 4,281.00 | |
| | 2361 | 09/27/2004 | 902,527.00 | |
| | 2362 | 09/28/2004 | 20,000.00 | |
| | 2366 | 10/04/2004 | 60,222.00 | |
| | 2368 | 10/05/2004 | 111,111.00 | |
| | 2371 | 10/07/2004 | 156,969.00 | |
| | 2374 | 10/12/2004 | 916,175.00 | |

Stalt, Inc                                    PAGE 3
AS OF 07/07/2008
Universal Guardian Holdings, Inc.

RUN DATE: 07/07/2008
ALL HOLDERS WITH AT LEAST 0 AND LESS THAN 150000000 SHARES

| Tax Id Name | Cert # | Issue Date | Issued | Outstanding |
|---|---|---|---|---|
| 132555119-0 - continued | | | | |
| | 2376 | 10/15/2004 | 13,000.00 | |
| | 2379 | 10/25/2004 | 122,789.00 | |
| | 2385 | 11/02/2004 | 21,238.00 | |
| | 2392 | 11/05/2004 | 56,510.00 | |
| | 2393 | 11/08/2004 | 216,000.00 | |
| | 2396 | 11/10/2004 | 14,270.00 | |
| | 2397 | 11/11/2004 | 6,000.00 | |
| | 2398 | 11/12/2004 | 10,650.00 | |
| | 2401 | 11/29/2004 | 3,000.00 | |
| | 2403 | 11/30/2004 | 37,100.00 | |
| | 2407 | 12/08/2004 | 25,000.00 | |
| | 2409 | 12/15/2004 | 26,881.00 | |
| | 2411 | 12/21/2004 | 21,205.00 | |
| | 2413 | 12/29/2004 | 620,000.00 | |
| | 2415 | 01/06/2005 | 5,149.00 | |
| | 2426 | 01/13/2005 | 20,408.00 | |
| | 2430 | 01/25/2005 | 790.00 | |
| | 2431 | 01/25/2005 | 350,000.00 | |
| | 2433 | 01/25/2005 | 42,932.00 | |
| | 2435 | 02/01/2005 | 10,664.00 | |
| | 2437 | 02/08/2005 | 30,000.00 | |
| | 2443 | 02/15/2005 | 350,000.00 | |
| | 2450 | 02/22/2005 | 73,000.00 | |
| | 2452 | 02/24/2005 | 50,000.00 | |
| | 2453 | 03/01/2005 | 65,000.00 | |
| | 2454 | 03/04/2005 | 119,870.00 | |
| | 2458 | 03/10/2005 | 12,817.00 | |
| | 2459 | 03/14/2005 | 16,199.00 | |
| | 2465 | 03/23/2005 | 32,032.00 | |
| | 2467 | 04/04/2005 | 213,713.00 | |
| | 2469 | 04/11/2005 | 100,000.00 | |
| | 2470 | 04/11/2005 | 31,425.00 | |
| | 2471 | 05/02/2005 | 359,000.00 | |
| | 2476 | 05/23/2005 | 34.00 | |
| | 2477 | 05/24/2005 | 1,500.00 | |
| | 2478 | 06/06/2005 | 543,527.00 | |
| | 2481 | 06/08/2005 | 10,900.00 | |
| | 2482 | 06/13/2005 | 223,000.00 | |
| | 2485 | 07/05/2005 | 40,000.00 | |
| | 2486 | 07/06/2005 | 5,260.00 | |
| | 2487 | 07/11/2005 | 191,075.00 | |
| | 2493 | 07/25/2005 | 500,500.00 | |
| | 2495 | 08/02/2005 | 501,400.00 | |
| | 2500 | 08/19/2005 | 400,400.00 | |

Stalt, Inc                                         PAGE 4
AS OF 07/07/2008
Universal Guardian Holdings, Inc.

RUN DATE: 07/07/2008
ALL HOLDERS WITH AT LEAST 0 AND LESS THAN 150000000 SHARES

| Tax Id Name | Cert # | Issue Date | Issued | Outstanding |
|---|---|---|---|---|
| 132555119-0 - continued | | | | |
| | 2502 | 08/19/2005 | 21,376.00 | |
| | 2503 | 08/22/2005 | 106,121.00 | |
| | 2504 | 08/30/2005 | 225,000.00 | |
| | 2507 | 08/31/2005 | 1,275,000.00 | |
| | 2508 | 09/09/2005 | 258,100.00 | |
| | 2512 | 09/23/2005 | 1,884,375.00 | |
| | 2513 | 09/23/2005 | 200,525.00 | |
| | 2514 | 09/28/2005 | 928,125.00 | |
| | 2517 | 10/14/2005 | 2,425.00 | |
| | 2520 | 10/18/2005 | 89.00 | |
| | 2521 | 10/28/2005 | 400.00 | |
| | 2523 | 10/28/2005 | 18,519.00 | |
| | 2533 | 11/18/2005 | 115.00 | |
| | 2542 | 11/23/2005 | 50,144.00 | |
| | 2543 | 11/28/2005 | 836,032.00 | |
| | 2549 | 12/07/2005 | 375,000.00 | |
| | 2555 | 12/19/2005 | 18,138.00 | |
| | 2556 | 12/29/2005 | 185.00 | |
| | 2566 | 01/18/2006 | 7,692.00 | |
| | 2579 | 02/02/2006 | 1,300.00 | |
| | 2581 | 02/13/2006 | 10,000.00 | |
| | 2588 | 03/23/2006 | 11,349.00 | |
| | 2589 | 03/24/2006 | 17,545.00 | |
| | 2590 | 03/28/2006 | 1,393,395.00 | |
| | 2591 | 03/29/2006 | 2,700.00 | |
| | 2594 | 04/11/2006 | 273,000.00 | |
| | 2596 | 04/27/2006 | 500.00 | |
| | 2602 | 05/17/2006 | 30,487.00 | |
| | 2603 | 05/18/2006 | 41,681.00 | |
| | 2605 | 05/23/2006 | 14,250.00 | |
| | 2607 | 05/23/2006 | 60,750.00 | |
| | 2608 | 05/23/2006 | 500.00 | |
| | 2609 | 05/25/2006 | 1,398.00 | |
| | 2612 | 05/31/2006 | 43,548.00 | |
| | 2614 | 05/31/2006 | 185,652.00 | |
| | 2617 | 06/08/2006 | 123,120.00 | |
| | 2619 | 06/08/2006 | 28,880.00 | |
| | 2621 | 06/12/2006 | 50,769.00 | |
| | 2622 | 06/19/2006 | 4,810.00 | |
| | 2623 | 06/19/2006 | 19,495.00 | |
| | 2668 | 07/14/2006 | 200,000.00 | |
| | 2674 | 08/16/2006 | 44,000.00 | |
| | 2675 | 08/22/2006 | 20,000.00 | |
| | 2676 | 08/28/2006 | 5,000.00 | |

Stalt, Inc                                              PAGE 5
AS OF 07/07/2008
Universal Guardian Holdings, Inc.

RUN DATE: 07/07/2008
ALL HOLDERS WITH AT LEAST 0 AND LESS THAN 150000000 SHARES

| Tax Id Name | Cert # | Issue Date | Issued | Outstanding |
|---|---|---|---|---|
| 132555119-0 – continued | | | | |
| | 2680 | 09/12/2006 | 100,000.00 | |
| | 2682 | 09/13/2006 | 27,777.00 | |
| | 2683 | 09/18/2006 | 231,838.00 | |
| | 2684 | 10/17/2006 | 102,500.00 | |
| | 2688 | 10/18/2006 | 159,915.00 | |
| | 2691 | 10/26/2006 | 90,448.00 | |
| | 2693 | 11/16/2006 | 333,334.00 | |
| | 2695 | 11/16/2006 | 100,000.00 | |
| | 2696 | 11/17/2006 | 33,334.00 | |
| | 2698 | 11/17/2006 | 179,000.00 | |
| | 2701 | 11/28/2006 | 172,609.00 | |
| | 2706 | 12/04/2006 | 33,334.00 | |
| | 2708 | 12/04/2006 | 50,000.00 | |
| | 2710 | 12/05/2006 | 102,210.00 | |
| | 2711 | 12/11/2006 | 2,000.00 | |
| | 2713 | 12/12/2006 | 66,668.00 | |
| | 2715 | 12/13/2006 | 33,334.00 | |
| | 2717 | 12/20/2006 | 24,300.00 | |
| | 2719 | 12/20/2006 | 5,700.00 | |
| | 2720 | 12/21/2006 | 66,667.00 | |
| | 2722 | 12/26/2006 | 17,500.00 | |
| | 2723 | 12/27/2006 | 118,053.00 | |
| | 2724 | 12/27/2006 | 27,692.00 | |
| | 2725 | 01/04/2007 | 10,000.00 | |
| | 2726 | 01/08/2007 | 33,334.00 | |
| | 2728 | 01/08/2007 | 30,000.00 | |
| | 2730 | 01/08/2007 | 103,000.00 | |
| | 2732 | 01/12/2007 | 185,000.00 | |
| | 2734 | 01/12/2007 | 7,552.00 | |
| | 2738 | 01/22/2007 | 66,667.00 | |
| | 2739 | 01/22/2007 | 33,334.00 | |
| | 2742 | 01/25/2007 | 187,500.00 | |
| | 2743 | 01/30/2007 | 2,800.00 | |
| | 2744 | 01/31/2007 | 100,000.00 | |
| | 2746 | 01/31/2007 | 33,334.00 | |
| | 2748 | 02/12/2007 | 268,643.00 | |
| | 2751 | 02/14/2007 | 22,585.00 | |
| | 2753 | 02/22/2007 | 215,652.00 | |
| | 2755 | 03/06/2007 | 255,053.00 | |
| | 2756 | 03/06/2007 | 36,667.00 | |
| | 2757 | 03/07/2007 | 100,000.00 | |
| | 2759 | 03/13/2007 | 15,000.00 | |
| | 2762 | 03/21/2007 | 266,666.00 | |
| | 2763 | 03/26/2007 | 2,900.00 | |

```
                              Stalt, Inc                                    PAGE 6
                           AS OF 07/07/2008
                   Universal Guardian Holdings, Inc.

                         RUN DATE: 07/07/2008
          ALL HOLDERS WITH AT LEAST 0 AND LESS THAN 150000000 SHARES
```

| Tax Id Name | Cert # | Issue Date | Issued | Outstanding |
|---|---|---|---|---|
| 132555119-0 - continued | | | | |
| | 2767 | 03/30/2007 | 25,000.00 | |
| | 2768 | 04/04/2007 | 42,800.00 | |
| | 2769 | 04/05/2007 | 62,500.00 | |
| | 2772 | 04/13/2007 | 2,000.00 | |
| | 2774 | 04/19/2007 | 349,640.00 | |
| | 2776 | 04/20/2007 | 166,000.00 | |
| | 2824 | 04/26/2007 | 50,000.00 | |
| | 2826 | 05/03/2007 | 171,590.00 | |
| | 2831 | 05/18/2007 | 220,996.00 | |
| | 2834 | 05/23/2007 | 2,390.00 | |
| | 2836 | 05/24/2007 | 7,610.00 | |
| | 2837 | 05/24/2007 | 6,001.00 | |
| | 2838 | 05/30/2007 | 44,462.00 | |
| | 2839 | 05/31/2007 | 75,000.00 | |
| | 2841 | 05/31/2007 | 175,970.00 | |
| | 2844 | 06/04/2007 | 3,451.00 | |
| | 2845 | 06/04/2007 | 100,000.00 | |
| | 2848 | 06/07/2007 | 37,507.00 | |
| | 2849 | 06/08/2007 | 30,000.00 | |
| | 2852 | 06/14/2007 | 14,188.00 | |
| | 2857 | 07/05/2007 | 26,666.00 | |
| | 2860 | 07/05/2007 | 134,923.00 | |
| | 2909 | 07/13/2007 | 25,000.00 | |
| | 2912 | 07/23/2007 | 42,000.00 | |
| | 2913 | 07/23/2007 | 7,847.00 | |
| | 2914 | 07/26/2007 | 51,776.00 | |
| | 2915 | 07/31/2007 | 78,516.00 | |
| | 2917 | 08/09/2007 | 7,522.00 | |
| | 2918 | 08/15/2007 | 46,153.00 | |
| | 2920 | 08/28/2007 | 28,334.00 | |
| | 2921 | 09/04/2007 | 505,051.00 | |
| | 2925 | 09/12/2007 | 148,148.00 | |
| | 2926 | 09/13/2007 | 29,490.00 | |
| | 2969 | 10/02/2007 | 148,148.00 | |
| | 2970 | 10/03/2007 | 71,000.00 | |
| | 2975 | 10/09/2007 | 77,774.00 | |
| | 2976 | 10/15/2007 | 133,333.00 | |
| | 2979 | 10/19/2007 | 133,333.00 | |
| | 2981 | 10/29/2007 | 50,000.00 | |
| | 2983 | 11/01/2007 | 200,100.00 | |
| | 2987 | 11/07/2007 | 16,106.00 | |
| | 2988 | 11/08/2007 | 100,000.00 | |
| | 2990 | 11/20/2007 | 265,700.00 | |
| | 2991 | 11/21/2007 | 411,480.00 | |

```
                              Stalt, Inc                          PAGE 7
                          AS OF 07/07/2008
                    Universal Guardian Holdings, Inc.

                         RUN DATE: 07/07/2008
            ALL HOLDERS WITH AT LEAST 0 AND LESS THAN 150000000 SHARES
```

| Tax Id Name | Cert # | Issue Date | Issued | Outstanding |
|---|---|---|---|---|
| 132555119-0 - continued | | | | |
| | 2993 | 11/27/2007 | 324,902.00 | |
| | 2994 | 11/27/2007 | 15,646.00 | |
| | 2995 | 12/05/2007 | 758,141.00 | |
| | 3000 | 12/26/2007 | 115,046.00 | |
| | 3002 | 01/02/2008 | 8,428.00 | |
| | 3003 | 01/08/2008 | 81,516.00 | |
| | 3004 | 01/16/2008 | 66,667.00 | |
| | 3005 | 01/24/2008 | 451,000.00 | |
| | 3009 | 02/21/2008 | 279,501.00 | |
| | 3013 | 03/27/2008 | 631,314.00 | |
| | 3015 | 04/21/2008 | 700.00 | |
| | 3017 | 06/17/2008 | 3,500.00 | |
| Michael J Skellern | | | | 6,195,468.00 |
| 262 Giotto | | | | |
| Irvine, CA 92614-8576 | | | | |
| | 2536 | 11/18/2005 | 491,746.00 | |
| | 2537 | 11/18/2005 | 491,746.00 | |
| | 2538 | 11/18/2005 | 491,746.00 | |
| | 2540 | 11/18/2005 | 21,984.00 | |
| | 2685 | 10/17/2006 | 4,372,500.00 | |
| | 2775 | 04/20/2007 | 325,746.00 | |
| Ian Michael Schriek | | | | 1,130,448.00 |
| 12 Kensal Road Parklands 7441 | | | | |
| West Cape Province ROS Africa | | | | |
| | 2349 | 08/27/2004 | 615,224.00 | |
| | 2350 | 08/27/2004 | 307,612.00 | |
| | 2733 | 01/12/2007 | 207,612.00 | |
| Pacific International Inc | | | | 1,054,167.00 |
| 15 Ronsard | | | | |
| Newport Beach, CA 92657 | | | | |
| | 2770 | 04/13/2007 | 950,000.00 | |
| | 2771 | 04/13/2007 | 104,167.00 | |
| Richard Charles Kuhn | | | | 820,299.00 |
| Binneford House Coppice Ln Sandford Crediton | | | | |
| Devon England, UNITED KINGDOM EX17 4EG | | | | |
| | 2346 | 08/27/2004 | 410,150.00 | |
| | 2347 | 08/27/2004 | 205,074.00 | |
| | 2348 | 08/27/2004 | 205,075.00 | |

```
                          Stalt, Inc                          PAGE 8
                        AS OF 07/07/2008
                 Universal Guardian Holdings, Inc.

                       RUN DATE: 07/07/2008
          ALL HOLDERS WITH AT LEAST 0 AND LESS THAN 150000000 SHARES
```

| Tax Id Name | Cert # | Issue Date | Issued | Outstanding |
|---|---|---|---|---|
| Bruce Meikle Braes | | | | 755,448.00 |
| 13 Westcroft Court Beechwood Grove | | | | |
| Livingston scotland, UNITED KINGDOM EH54 7EW | | | | |
| | 2354 | 08/27/2004 | 307,612.00 | |
| | 2840 | 05/31/2007 | 447,836.00 | |
| John Chase | | | | 615,224.00 |
| 36 Alie Street | | | | |
| London, UNITED KINGDOM E1 8DA | | | | |
| | 2343 | 08/27/2004 | 307,612.00 | |
| | 2344 | 08/27/2004 | 153,806.00 | |
| | 2345 | 08/27/2004 | 153,806.00 | |
| Christopher J Terry | | | | 336,700.00 |
| Alexa K Terry | | | | |
| TEN ENT | | | | |
| 2061 Cezanne Road | | | | |
| West Palm Beach, FL 33409 | | | | |
| | 2578 | 01/30/2006 | 336,700.00 | |
| Meadowbrook Opportunity Fund LLC | | | | 333,334.00 |
| c/o Glass Lewis & Co | | | | |
| 575 Market St 16th Floor | | | | |
| San Francisco, CA 94105 | | | | |
| | 2650 | 06/28/2006 | 333,334.00 | |
| Michael J Stannard | | | | 297,068.00 |
| 53 Elgar Drive | | | | |
| Witham Essex, UNITED KINGDOM CM81NG | | | | |
| | 2749 | 02/13/2007 | 297,068.00 | |
| Kevin A Westcott | | | | 233,918.00 |
| 234 Via Graziana | | | | |
| Newport Beach, CA 92663 | | | | |
| | 2996 | 12/05/2007 | 233,918.00 | |
| Mark V Asdourian | | | | 233,918.00 |
| 4695 MacArthur Court | | | | |
| Newport Beach, CA 92660 | | | | |
| | 2997 | 12/05/2007 | 233,918.00 | |

```
                           Stalt, Inc                           PAGE 9
                        AS OF 07/07/2008
                  Universal Guardian Holdings, Inc.

                        RUN DATE: 07/07/2008
          ALL HOLDERS WITH AT LEAST 0 AND LESS THAN 150000000 SHARES
```

| Tax Id Name | Cert # | Issue Date | Issued | Outstanding |
|---|---|---|---|---|
| Richard Mark Lumpkin<br>2393 Heybourne Road<br>Minden, NV 89423 | | | | 205,075.00 |
| | 2340 | 08/27/2004 | 102,538.00 | |
| | 2341 | 08/27/2004 | 51,269.00 | |
| | 2342 | 08/27/2004 | 51,268.00 | |
| Kleeman Family Trust<br>526 Via Sinvosa<br>Santa Barbara, CA 93110 | | | | 200,000.00 |
| | 2646 | 06/28/2006 | 200,000.00 | |
| Delbert Laface<br>4242 Olympic View Lane<br>Anacortes, WA 98221 | | | | 200,000.00 |
| | 2648 | 06/28/2006 | 200,000.00 | |
| Ronald DeConinck<br>Joan DeConinck<br>JT TEN<br>6381 De Coninch Rd. NE<br>Woodburn, OR 97071-9260 | | | | 160,000.00 |
| | 2628 | 06/28/2006 | 160,000.00 | |
| RBC Dain Rauscher<br>FBO Ronald Deconinck PSP 12BE-1100-8206<br>510 Marquette Avenue South<br>Minneapolis, MN 55402 | | | | 160,000.00 |
| | 2699 | 11/22/2006 | 160,000.00 | |
| Linda Lee Reese Trust<br>1937 Sakina Street<br>El Cajon, CA 92019-3805 | | | | 133,334.00 |
| | 2649 | 06/28/2006 | 133,334.00 | |
| Mark Pinnella<br>4 Sylvan Glen<br>Fairport, NY 14450 | | | | 133,334.00 |
| | 2655 | 06/28/2006 | 133,334.00 | |

```
                              Stalt, Inc                            PAGE 10
                          AS OF 07/07/2008
                    Universal Guardian Holdings, Inc.

                        RUN DATE: 07/07/2008
          ALL HOLDERS WITH AT LEAST 0 AND LESS THAN 150000000 SHARES
```

| Tax Id Name | Cert # | Issue Date | Issued | Outstanding |
|---|---|---|---|---|
| Kevin Pickard | | | | 131,959.00 |
| 28490 Westinghouse Place Suite 140 | | | | |
| Valencia, CA 91355 | | | | |
| | 2420 | 01/10/2005 | 15,000.00 | |
| | 2998 | 12/05/2007 | 116,959.00 | |
| Rockmore Investment Master Fund Ltd | | | | 103,338.00 |
| 150 East 58th St 26th Floor | | | | |
| New York, NY 10155 | | | | |
| | 2819 | 04/25/2007 | 6,001.00 | |
| | 2846 | 06/07/2007 | 70,646.00 | |
| | 2902 | 07/09/2007 | 8,284.00 | |
| | 2965 | 10/02/2007 | 18,407.00 | |
| Leon M Cooper | | | | 100,000.00 |
| 600 Citadel Drive Suite 105 | | | | |
| City of Commerce, CA 90040 | | | | |
| | 2422 | 01/10/2005 | 100,000.00 | |
| Michael D Bozarth | | | | 100,000.00 |
| 111 Via Undine | | | | |
| Newport Beach, CA 92663 | | | | |
| | 2524 | 10/28/2005 | 100,000.00 | |
| David R Morgan | | | | 80,380.00 |
| 16330 Winchester Club Drive | | | | |
| Meadow Vista, CA 95722 | | | | |
| | 2808 | 04/25/2007 | 1,500.00 | |
| | 2855 | 06/27/2007 | 76,923.00 | |
| | 2891 | 07/09/2007 | 1,957.00 | |
| Jerry Schlesser | | | | 80,000.00 |
| 24800 SW Valley View Road | | | | |
| West Linn, OR 97068 | | | | |
| | 2658 | 06/28/2006 | 80,000.00 | |
| Maria de los Angeles de Garcia Barella | | | | 77,349.00 |
| Priv Schiate 306 San Pedro Garza Garcia | | | | |
| Mexico NL 66220 | | | | |
| | 2821 | 04/25/2007 | 10,621.00 | |
| | 2904 | 07/09/2007 | 20,710.00 | |
| | 2967 | 10/02/2007 | 46,018.00 | |

```
                              Stalt, Inc                          PAGE 11
                           AS OF 07/07/2008
                   Universal Guardian Holdings, Inc.

                        RUN DATE: 07/07/2008
          ALL HOLDERS WITH AT LEAST 0 AND LESS THAN 150000000 SHARES
```

| Tax Id Name | Cert # | Issue Date | Issued | Outstanding |
|---|---|---|---|---|
| Ribo C.V | | | | 76,553.00 |
| Naritaweg 165 Amsterdam | | | | |
| The Netherlands 1043 BW | | | | |
| | 2822 | 04/25/2007 | 9,825.00 | |
| | 2905 | 07/09/2007 | 20,710.00 | |
| | 2968 | 10/02/2007 | 46,018.00 | |
| Econ Investors Inc | | | | 66,667.00 |
| 5759 Fleet Street Suite 110 | | | | |
| Carlsbad, CA 92008-4701 | | | | |
| | 2155 | 10/15/2003 | 66,667.00 | |
| Maurice Buring | | | | 66,667.00 |
| 8855 Calkins Hill Cove | | | | |
| Germantown, TN 38139 | | | | |
| | 2626 | 06/28/2006 | 66,667.00 | |
| Glenbrook Capital L.P | | | | 66,667.00 |
| 430 Cambridge Avenue Suite 100 | | | | |
| Palo Alto, CA 94306 | | | | |
| | 2639 | 06/28/2006 | 66,667.00 | |
| Richard Moore | | | | 66,667.00 |
| 2021 Camp Nauvoo Road | | | | |
| Placerville, CA 95667 | | | | |
| | 2652 | 06/28/2006 | 66,667.00 | |
| James C Sullivan | | | | 66,667.00 |
| 2632 Apollo Circle | | | | |
| Burmingham, AL 35226 | | | | |
| | 2659 | 06/28/2006 | 66,667.00 | |
| Terra Listed Ltd | | | | 50,000.00 |
| Bahnhofplatz 9 PO Box 6139 | | | | |
| 8023 Zurich Switzerlnd | | | | |
| | 1023 | 03/20/2000 | 35,000.00 | |
| | 1111 | 09/13/2000 | 15,000.00 | |

```
                              Stalt, Inc                          PAGE 12
                           AS OF 07/07/2008
                    Universal Guardian Holdings, Inc.

                        RUN DATE: 07/07/2008
          ALL HOLDERS WITH AT LEAST 0 AND LESS THAN 150000000 SHARES
```

| Tax Id Name | Cert # | Issue Date | Issued | Outstanding |
|---|---|---|---|---|
| Kurt Schaerer<br>4695 MacArthur Court SUite 300<br>Newport Beach, CA 92660 | | | | 50,000.00 |
| | 2425 | 01/10/2005 | 50,000.00 | |
| Leon Cooper<br>2709 Via Elevado<br>Palos Verdes, CA 90274 | | | | 50,000.00 |
| | 2510 | 09/09/2005 | 50,000.00 | |
| Robert Scherer<br>Gartenstr. 33<br>Zurich Switzerland CH-8002 | | | | 41,566.00 |
| | 2525 | 10/28/2005 | 10,000.00 | |
| | 2574 | 01/27/2006 | 31,566.00 | |
| Gary Lee Weinberg<br>Sarah Margaret Weinberg<br>JT TEN<br>8799 Endless Ocean Way<br>Columbia, MD 21045 | | | | 34,000.00 |
| | 2663 | 06/28/2006 | 34,000.00 | |
| James Collingwood<br>Mary Collingwood<br>JT TEN<br>7438 Case Avenue<br>Mentor, OH 44060 | | | | 33,334.00 |
| | 2627 | 06/28/2006 | 33,334.00 | |
| Kevin Deridder<br>16 Misty Meadow Way<br>Fairport, NY 14450 | | | | 33,334.00 |
| | 2630 | 06/28/2006 | 33,334.00 | |
| John W Egan<br>Mary Sue Egan<br>JT TEN<br>543 N. Oak Park Avenue<br>Oak Park, IL 60302 | | | | 33,334.00 |
| | 2632 | 06/28/2006 | 33,334.00 | |

```
                              Stalt, Inc                              PAGE 13
                          AS OF 07/07/2008
                   Universal Guardian Holdings, Inc.

                        RUN DATE: 07/07/2008
            ALL HOLDERS WITH AT LEAST 0 AND LESS THAN 150000000 SHARES
```

| Tax Id Name | Cert # | Issue Date | Issued | Outstanding |
|---|---|---|---|---|
| James D Fralin<br>PO Box 5037<br>Roanoke, VA 24012 | | | | 33,334.00 |
| | 2634 | 06/28/2006 | 33,334.00 | |
| Robert Frankel<br>Marie Frankel<br>JT TEN<br>285 Idlewood Road<br>Rochester, NY 14618 | | | | 33,334.00 |
| | 2635 | 06/28/2006 | 33,334.00 | |
| Harold P Threlkeld<br>213 E Calhoun St<br>Anderson, SC 29621 | | | | 33,334.00 |
| | 2661 | 06/28/2006 | 33,334.00 | |
| D. Chadwick Calvert<br>5299 DTC Blvd Suite 750<br>Creenwood Village, CO 80111 | | | | 33,064.00 |
| | 2783 | 04/25/2007 | 6,373.00 | |
| | 2868 | 07/09/2007 | 8,284.00 | |
| | 2933 | 10/02/2007 | 18,407.00 | |
| George T Schirripa<br>75 West Hartsdale Avenue Unit 21<br>Hartsdale, NY 10530 | | | | 33,064.00 |
| | 2786 | 04/25/2007 | 6,373.00 | |
| | 2870 | 07/09/2007 | 8,284.00 | |
| | 2935 | 10/02/2007 | 18,407.00 | |
| Paul M Cooney<br>3124 Shore Road<br>Bellmore, NY 11710 | | | | 33,064.00 |
| | 2795 | 04/25/2007 | 6,373.00 | |
| | 2879 | 07/09/2007 | 8,284.00 | |
| | 2944 | 10/02/2007 | 18,407.00 | |

```
                              Stalt, Inc                           PAGE 14
                           AS OF 07/07/2008
                    Universal Guardian Holdings, Inc.

                         RUN DATE: 07/07/2008
             ALL HOLDERS WITH AT LEAST 0 AND LESS THAN 150000000 SHARES
```

| Tax Id Name | Cert # | Issue Date | Issued | Outstanding |
|---|---|---|---|---|
| Richard Adler | | | | 33,064.00 |
| 41 Shore Drive | | | | |
| South Hampton, NY 11968 | | | | |
| | 2796 | 04/25/2007 | 6,373.00 | |
| | 2880 | 07/09/2007 | 8,284.00 | |
| | 2945 | 10/02/2007 | 18,407.00 | |
| WD Partners I L.P | | | | 33,064.00 |
| c/o Josh Davis 6800 Jericho Turnpike | | | | |
| Syosset, NY 11791 | | | | |
| | 2800 | 04/25/2007 | 6,373.00 | |
| | 2906 | 07/09/2007 | 8,284.00 | |
| | 2948 | 10/02/2007 | 18,407.00 | |
| Neil S Lerner | | | | 32,542.00 |
| 12400 Wilshire Blvd. #1300 | | | | |
| Los Angeles, CA 90025 | | | | |
| | 2531 | 11/15/2005 | 2,527.00 | |
| | 2974 | 10/04/2007 | 30,015.00 | |
| Dietmar Lillig | | | | 31,565.00 |
| Theodor Barth Strasse 34 | | | | |
| Achim Germany D 28832 | | | | |
| | 2571 | 01/27/2006 | 31,565.00 | |
| Hans Dieter Rompel | | | | 31,565.00 |
| Gartenstr. 33 | | | | |
| Zurich Switzerland CH 8002 | | | | |
| | 2572 | 01/27/2006 | 31,565.00 | |
| Timo Kipp | | | | 31,565.00 |
| 30 Ovington Square | | | | |
| London, UNITED KINGDOM SW3 1LJ | | | | |
| | 2573 | 01/27/2006 | 31,565.00 | |
| Lawrence Pitoni | | | | 30,667.00 |
| 3065 Brockport Road | | | | |
| Spencerport, NY 14559 | | | | |
| | 2656 | 06/28/2006 | 30,667.00 | |

```
                          Stalt, Inc                        PAGE 15
                       AS OF 07/07/2008
                 Universal Guardian Holdings, Inc.

                     RUN DATE: 07/07/2008
           ALL HOLDERS WITH AT LEAST 0 AND LESS THAN 150000000 SHARES
```

| Tax Id Name | Cert # | Issue Date | Issued | Outstanding |
|---|---|---|---|---|
| PJ CO. Company | | | | 27,047.00 |
| 6636 Escallonia Way | | | | |
| Rocklin, CA 95765-5843 | | | | |
| | 1155 | 10/10/2001 | 2,500.00 | |
| | 2007 | 12/23/2002 | 24,547.00 | |
| Nicholas Jubinski | | | | 26,666.00 |
| RR 2 Box 14 SW | | | | |
| Uniondale, PA 18470-9610 | | | | |
| | 2644 | 06/28/2006 | 26,666.00 | |
| Gary Gelbfish | | | | 24,519.00 |
| 2502 Avenue I | | | | |
| Brooklyn, NY 11210 | | | | |
| | 2810 | 04/25/2007 | 4,501.00 | |
| | 2893 | 07/09/2007 | 6,213.00 | |
| | 2956 | 10/02/2007 | 13,805.00 | |
| Allan B Bakalian | | | | 16,532.00 |
| 16911 236th Avenue NW | | | | |
| Woodinville, WA 98077 | | | | |
| | 2778 | 04/25/2007 | 3,186.00 | |
| | 2863 | 07/09/2007 | 4,142.00 | |
| | 2929 | 10/02/2007 | 9,204.00 | |
| Andrew P Geiss | | | | 16,532.00 |
| 35 Pinyon Pine Road | | | | |
| Littleton, CO 80127 | | | | |
| | 2779 | 04/25/2007 | 3,186.00 | |
| | 2864 | 07/09/2007 | 4,142.00 | |
| | 2930 | 10/02/2007 | 9,204.00 | |
| Mark Gorelik Trust UAD 04/22/96 | | | | 16,532.00 |
| 1240 Crofton Avenue | | | | |
| North Highland Park, IL 60035 | | | | |
| | 2791 | 04/25/2007 | 3,186.00 | |
| | 2875 | 07/09/2007 | 4,142.00 | |
| | 2940 | 10/02/2007 | 9,204.00 | |

Stalt, Inc                                    PAGE 16
AS OF 07/07/2008
Universal Guardian Holdings, Inc.

RUN DATE: 07/07/2008
ALL HOLDERS WITH AT LEAST 0 AND LESS THAN 150000000 SHARES

| Tax Id Name | Cert # | Issue Date | Issued | Outstanding |
|---|---|---|---|---|
| Brent Benkovic | | | | 16,347.00 |
| 1735 York Avenue # 23G | | | | |
| New York, NY 10128 | | | | |
| | 2802 | 04/25/2007 | 3,001.00 | |
| | 2885 | 07/09/2007 | 4,142.00 | |
| | 2950 | 10/02/2007 | 9,204.00 | |
| Charles H Brusco | | | | 16,347.00 |
| 405 Green Island Road | | | | |
| American Canyon, CA 94503 | | | | |
| | 2805 | 04/25/2007 | 3,001.00 | |
| | 2888 | 07/09/2007 | 4,142.00 | |
| | 2953 | 10/02/2007 | 9,204.00 | |
| Douglas E Schimmel | | | | 16,347.00 |
| 711 5th Avenue | | | | |
| New York, NY 10022 | | | | |
| | 2809 | 04/25/2007 | 3,001.00 | |
| | 2892 | 07/09/2007 | 4,142.00 | |
| | 2955 | 10/02/2007 | 9,204.00 | |
| George Karfunkel | | | | 16,347.00 |
| 1671 52nd Street | | | | |
| Brooklyn, NY 11204 | | | | |
| | 2811 | 04/25/2007 | 3,001.00 | |
| | 2894 | 07/09/2007 | 4,142.00 | |
| | 2957 | 10/02/2007 | 9,204.00 | |
| Hirsch J Ziegler | | | | 16,347.00 |
| 50 E. Concord Drive | | | | |
| Monsey, NY 10952 | | | | |
| | 2814 | 04/25/2007 | 3,001.00 | |
| | 2897 | 07/09/2007 | 4,142.00 | |
| | 2960 | 10/02/2007 | 9,204.00 | |
| R. Neal Keesee Jr | | | | 16,347.00 |
| PO Box 14125 | | | | |
| Ronoake, VA 24038 | | | | |
| | 2817 | 04/25/2007 | 3,001.00 | |
| | 2900 | 07/09/2007 | 4,142.00 | |
| | 2963 | 10/02/2007 | 9,204.00 | |

Stalt, Inc                                              PAGE 17
AS OF 07/07/2008
Universal Guardian Holdings, Inc.

RUN DATE: 07/07/2008
ALL HOLDERS WITH AT LEAST 0 AND LESS THAN 150000000 SHARES

| Tax Id Name | Cert # | Issue Date | Issued | Outstanding |
|---|---|---|---|---|
| Robert E Burton<br>114 Hazel Ave<br>Mill Valley, CA 94941-4218 | | | | 10,607.00 |
| | 2269 | 05/14/2004 | 10,607.00 | |
| Giuseppe Giorgetti<br>c/o Imart Via Del Artigianato<br>Meda (MI) 22038 Italy | | | | 10,000.00 |
| | 1213 | 09/12/2002 | 10,000.00 | |
| William F Broadbent<br>4664 Druid Hills<br>Frisco, TX 75034-8413 | | | | 9,208.00 |
| | 2439 | 02/11/2005 | 9,208.00 | |
| Baker-Louderbeck Living Trust<br>Johnnie & June Louderbeck170 Hidden Acres Ln<br>Winlock, WA 98596-9300 | | | | 8,528.00 |
| | 2268 | 05/14/2004 | 8,528.00 | |
| Carol Grossman<br>6 Lynridge Lane<br>Huntington, NY 11743 | | | | 8,266.00 |
| | 2781 | 04/25/2007 | 1,593.00 | |
| | 2866 | 07/09/2007 | 2,071.00 | |
| | 2931 | 10/02/2007 | 4,602.00 | |
| John M Krieger<br>106 Canterbury Ct<br>Saginaw, MI 48638 | | | | 8,266.00 |
| | 2787 | 04/25/2007 | 1,593.00 | |
| | 2871 | 07/09/2007 | 2,071.00 | |
| | 2936 | 10/02/2007 | 4,602.00 | |
| Keith C Ferrell<br>8610 FM 725<br>McQuenney, TX 78123 | | | | 8,266.00 |
| | 2789 | 04/25/2007 | 1,593.00 | |
| | 2873 | 07/09/2007 | 2,071.00 | |
| | 2938 | 10/02/2007 | 4,602.00 | |

```
                        Stalt, Inc                        PAGE 18
                     AS OF 07/07/2008
              Universal Guardian Holdings, Inc.

                    RUN DATE: 07/07/2008
        ALL HOLDERS WITH AT LEAST 0 AND LESS THAN 150000000 SHARES
```

| Tax Id Name | Cert # | Issue Date | Issued | Outstanding |
|---|---|---|---|---|
| Louis J Perona | | | | 8,266.00 |
| 515 W Minnestoa Street | | | | |
| Spring Valley, IL 61362 | | | | |
| | 2790 | 04/25/2007 | 1,593.00 | |
| | 2874 | 07/09/2007 | 2,071.00 | |
| | 2939 | 10/02/2007 | 4,602.00 | |
| Mark Leider | | | | 8,266.00 |
| 950 Wheeler Court | | | | |
| Libertyville, IL 60048 | | | | |
| | 2792 | 04/25/2007 | 1,593.00 | |
| | 2876 | 07/09/2007 | 2,071.00 | |
| | 2941 | 10/02/2007 | 4,602.00 | |
| Michael F Mitri & | | | | 8,266.00 |
| Karen D Mitri | | | | |
| JTWROS | | | | |
| 783 Galloping Hill Road | | | | |
| Fairfield, CT 06824 | | | | |
| | 2793 | 04/25/2007 | 1,593.00 | |
| | 2877 | 07/09/2007 | 2,071.00 | |
| | 2942 | 10/02/2007 | 4,602.00 | |
| Michael M Levine | | | | 8,266.00 |
| 5900 SW 73rd St H 300 | | | | |
| South Beach, FL 33143 | | | | |
| | 2794 | 04/25/2007 | 1,593.00 | |
| | 2878 | 07/09/2007 | 2,071.00 | |
| | 2943 | 10/02/2007 | 4,602.00 | |
| William D Bonham | | | | 8,266.00 |
| 4900 Woodway Suite 900 | | | | |
| Houston, TX 77056 | | | | |
| | 2801 | 04/25/2007 | 1,593.00 | |
| | 2884 | 07/09/2007 | 2,071.00 | |
| | 2949 | 10/02/2007 | 4,602.00 | |
| Robert Easton PSP | | | | 8,266.00 |
| 21530 Lupine Court | | | | |
| West Linn, OR 97068 | | | | |
| | 2823 | 04/25/2007 | 1,593.00 | |
| | 2882 | 07/09/2007 | 2,071.00 | |
| | 2946 | 10/02/2007 | 4,602.00 | |

```
                            Stalt, Inc                              PAGE 19
                         AS OF 07/07/2008
                   Universal Guardian Holdings, Inc.

                        RUN DATE: 07/07/2008
           ALL HOLDERS WITH AT LEAST 0 AND LESS THAN 150000000 SHARES
```

| Tax Id Name | Cert # | Issue Date | Issued | Outstanding |
|---|---|---|---|---|
| Harvey Sandler Revocable Trust | | | | 8,173.00 |
| c/o Harvey Sandler. 17591 Lake Estate Drive | | | | |
| Boca Raton, FL 33496 | | | | |
| | 2813 | 04/25/2007 | 1,500.00 | |
| | 2896 | 07/09/2007 | 2,071.00 | |
| | 2959 | 10/02/2007 | 4,602.00 | |
| CG Trust | | | | 6,903.00 |
| 420 Lexington Avenue Suite 1435 | | | | |
| New York, NY 10170 | | | | |
| | 2932 | 10/02/2007 | 6,903.00 | |
| John J Petreta Jr | | | | 6,667.00 |
| 6636 Escallonia Way | | | | |
| Rocklin, CA 95765-5843 | | | | |
| | 1160 | 01/09/2002 | 6,667.00 | |
| Tudor Management Ltd | | | | 6,250.00 |
| 17 GR. Senopoulou  P.O. Box 54425 | | | | |
| 3106 Limassol Cyprus | | | | |
| | 1212 | 09/12/2002 | 6,250.00 | |
| CG Trust | | | | 5,497.00 |
| c/o Judith Grossman 508 Avenue L | | | | |
| Brooklyn, NY 11230 | | | | |
| | 2782 | 04/25/2007 | 2,390.00 | |
| | 2867 | 07/09/2007 | 3,107.00 | |
| Vitafort International Corp | | | | 5,000.00 |
| 1800 Avenue of the Stars  Suite 480 | | | | |
| Los Angeles, CA 90067 | | | | |
| | 1049 | 04/24/2000 | 5,000.00 | |
| VTZ Versicherungs Treuhand Zurich AG | | | | 5,000.00 |
| Bahnhofplatz 9 Postfach 6139 | | | | |
| Zurich Switzerland CH-8023 | | | | |
| | 1025 | 03/20/2000 | 5,000.00 | |

```
                              Stalt, Inc                              PAGE 20
                            AS OF 07/07/2008
                    Universal Guardian Holdings, Inc.

                         RUN DATE: 07/07/2008
           ALL HOLDERS WITH AT LEAST 0 AND LESS THAN 150000000 SHARES
```

| Tax Id Name | Cert # | Issue Date | Issued | Outstanding |
|---|---|---|---|---|
| Durango Financial Group Ltd<br>c/o Gianesin & Assoc 6 Venture Ste 207<br>Irvine, CA 92618 | | | | 5,000.00 |
| | 1090 | 05/05/2000 | 5,000.00 | |
| World of Investments GmbH<br>Konigstrasse 58 Stadtpalais<br>Lubeck Germany D-23552 | | | | 5,000.00 |
| | 1153 | 07/31/2001 | 5,000.00 | |
| Constantinos Zavos<br>3 Potamianou Str.4155<br>Kato Polemidia Box51337<br>3504 Limassol, CYPRUS 00000 | | | | 5,000.00 |
| | 1211 | 09/12/2002 | 5,000.00 | |
| John Coppolino<br>95 Magnolia Avenue<br>Tenafly, NJ 07670 | | | | 4,365.00 |
| | 1136 | 02/13/2001 | 4,365.00 | |
| Cranshire Capital L.P<br>c/o Mitch Kopin 3100 Dundee Road Suite 703<br>Northbrook, IL 60062 | | | | 4,354.00 |
| | 2890 | 07/09/2007 | 4,354.00 | |
| Doris M Scott Testimentary Trust<br>c/o Jeffrey Scott 27 Jayne Avenue<br>Melville, NY 11747 | | | | 4,134.00 |
| | 2784 | 04/25/2007 | 797.00 | |
| | 2869 | 07/09/2007 | 1,036.00 | |
| | 2934 | 10/02/2007 | 2,301.00 | |
| John M Eberhardt &<br>Diann Eberhardt<br>JTWROS<br>12612 Hillcross Parkway<br>Prospect, KY 40059 | | | | 4,134.00 |
| | 2788 | 04/25/2007 | 797.00 | |
| | 2872 | 07/09/2007 | 1,036.00 | |
| | 2937 | 10/02/2007 | 2,301.00 | |

```
                              Stalt, Inc                              PAGE 21
                           AS OF 07/07/2008
                     Universal Guardian Holdings, Inc.

                          RUN DATE: 07/07/2008
            ALL HOLDERS WITH AT LEAST 0 AND LESS THAN 150000000 SHARES

Tax Id Name                   Cert #      Issue Date         Issued     Outstanding

Robert K Carr &                                                            4,134.00
Judith L Carr
JTWROS
2533 Cherokee Pkwy
Louisville, KY 40204
                              2799        04/25/2007          797.00
                              2883        07/09/2007        1,036.00
                              2947        10/02/2007        2,301.00

Jebcco Marketing Inc. PSP U/A 01/01/1998                                   4,087.00
FBO John Eberhardt
c/o Robert K Carr 2533 Cherokee Pkwy
Louisville, KY 40204
                              2815        04/25/2007          750.00
                              2898        07/09/2007        1,036.00
                              2961        10/02/2007        2,301.00

Jebcco Marketing Inc. PSP U/A 01/01/1998                                   4,087.00
FBO Robert Carr
c/o Robert K Carr 2533 Cherokee Pkwy
Louisville, KY 40204
                              2816        04/25/2007          750.00
                              2899        07/09/2007        1,036.00
                              2962        10/02/2007        2,301.00

Robert Rosenberg                                                           4,087.00
19 Bretton Road
Scarsdale, NY 10583-2730
                              2818        04/25/2007          750.00
                              2901        07/09/2007        1,036.00
                              2964        10/02/2007        2,301.00

SERF Investment Holdings LLC                                               4,087.00
C/O Douglas Schimmel 711 5th Avenue
New York, NY 10022
                              2820        04/25/2007          750.00
                              2903        07/09/2007        1,036.00
                              2966        10/02/2007        2,301.00
```

```
                              Stalt, Inc                              PAGE 22
                           AS OF 07/07/2008
                    Universal Guardian Holdings, Inc.

                          RUN DATE: 07/07/2008
          ALL HOLDERS WITH AT LEAST 0 AND LESS THAN 150000000 SHARES
```

| Tax Id Name | Cert # | Issue Date | Issued | Outstanding |
|---|---|---|---|---|
| Jerry I Maine<br>Ruth O Maine<br>TEN COM<br>5616 S. Kenton Ct. Ave<br>Englewood, CO 80111 | | | | 3,745.00 |
| | 2402 | 11/29/2004 | 3,745.00 | |
| Mark N Few<br>6402 S Cedar<br>Spokane, WA 99224 | | | | 3,334.00 |
| | 2727 | 01/08/2007 | 3,334.00 | |
| Camden Securities Inc<br>3807 Wilshire Blvd. Suite 600<br>Los Angeles, CA 90010 | | | | 3,300.00 |
| | 2461 | 03/16/2005 | 3,300.00 | |
| Platinum Investment Services Ltd<br>Buckingham SqPenthouse7 Mile BeachW Bay Rd<br>Grand Cayman Cayman Isl | | | | 3,000.00 |
| | 1154 | 07/31/2001 | 3,000.00 | |
| Straticom Inc<br>38 Arden Road<br>Mountain Lakes, NJ 07046 | | | | 3,000.00 |
| | 1146 | 03/30/2001 | 3,000.00 | |
| Kurt Martin Consulting<br>Rudolfstrasse 25<br>Basel Switzerland 4054 | | | | 2,500.00 |
| | 1148 | 06/07/2001 | 2,500.00 | |
| Bryan Gianesin<br>1278 Glenneyre    3288<br>Laguna Beach, CA 92651 | | | | 2,500.00 |
| | 1188 | 03/13/2002 | 2,500.00 | |
| Glenn Miller &<br>Danette Miller<br>JT TEN<br>1700 S Kachina Drive<br>Tempe, AZ 85281-6029 | | | | 2,300.00 |
| | 3014 | 04/21/2008 | 2,300.00 | |

```
                              Stalt, Inc                              PAGE 23
                          AS OF 07/07/2008
                    Universal Guardian Holdings, Inc.

                          RUN DATE: 07/07/2008
          ALL HOLDERS WITH AT LEAST 0 AND LESS THAN 150000000 SHARES
```

| Tax Id Name | Cert # | Issue Date | Issued | Outstanding |
|---|---|---|---|---|
| Visiosonic Ltd<br>21939 US 19 North<br>Clearwater, FL 33765 | | | | 2,000.00 |
| | 1117 | 10/18/2000 | 2,000.00 | |
| Bradford E Crandell<br>Lisa C Crandell<br>JTWROS<br>306 Burleigh Court<br>Winter Springs, FL 32708 | | | | 1,707.00 |
| | 2865 | 07/09/2007 | 1,707.00 | |
| Mediacom.net LLC<br>633 Third Ave<br>New York, NY 10017 | | | | 1,650.00 |
| | 1093 | 06/14/2000 | 1,650.00 | |
| Dennis W Summers<br>Barbara J Summers<br>JT TEN TEN/WROS<br>1255 E. Bonebrake Rd<br>Veedersburg, IN 47987-8185 | | | | 1,585.00 |
| | 2532 | 11/18/2005 | 1,585.00 | |
| Rick A Robinson<br>1636 S. Lake Crest Way<br>Eagle, ID 83616 | | | | 1,092.00 |
| | 2881 | 07/09/2007 | 1,092.00 | |
| Michael Zambrano<br>19 N. Fairview Avenue<br>Nanuet, NY 10954 | | | | 1,000.00 |
| | 1164 | 01/09/2002 | 1,000.00 | |
| Douglas Durand Jr<br>215 Berkshire Lane<br>Alpharetta, GA 30004 | | | | 1,000.00 |
| | 1166 | 01/09/2002 | 1,000.00 | |

```
                              Stalt, Inc                            PAGE 24
                           AS OF 07/07/2008
                     Universal Guardian Holdings, Inc.

                          RUN DATE: 07/07/2008
          ALL HOLDERS WITH AT LEAST 0 AND LESS THAN 150000000 SHARES
```

| Tax Id Name | Cert # | Issue Date | Issued | Outstanding |
|---|---|---|---|---|
| Arnold C Bentley<br>19 W. Madidon Street<br>Colorado Springs, CO 80907-6745 | | | | 1,000.00 |
| | 2516 | 10/14/2005 | 1,000.00 | |
| Vernon R Hildebrand<br>Martha L Hildebrand<br>JT TEN<br>800 Hickory Rdk Lane<br>Newton, IL 62448-1012 | | | | 1,000.00 |
| | 2336 | 08/13/2004 | 1,000.00 | |
| Thomas Shipley<br>Elaine Shipley<br>JT TEN<br>8362 138th St<br>Burlington, IA 52601-9151 | | | | 1,000.00 |
| | 2522 | 10/28/2005 | 1,000.00 | |
| Chaya D Siegfried<br>405 Lexington Avenue<br>2nd Floor<br>New York, NY 10174 | | | | 920.00 |
| | 2954 | 10/02/2007 | 920.00 | |
| November Lazar Scher Inc<br>3575 Cahuenga Blvd. West Suite 330<br>Los Angeles, CA 90883 | | | | 900.00 |
| | 1133 | 02/13/2001 | 900.00 | |
| Chaya D Siegfried<br>883 East 25th Street<br>Brooklyn, NY 11210 | | | | 714.00 |
| | 2806 | 04/25/2007 | 300.00 | |
| | 2889 | 07/09/2007 | 414.00 | |
| Nimesh Shah<br>109 Potter Street<br>Northwood, UNITED KINGDOM HA6 1QH | | | | 700.00 |
| | 3016 | 06/17/2008 | 700.00 | |

Stalt, Inc                                    PAGE 25
AS OF 07/07/2008
Universal Guardian Holdings, Inc.

RUN DATE: 07/07/2008
ALL HOLDERS WITH AT LEAST 0 AND LESS THAN 150000000 SHARES

| Tax Id Name | Cert # | Issue Date | Issued | Outstanding |
|---|---|---|---|---|
| Jeffrey Kossack 5940 E Washington Blvd City of Commerce, CA 90040 | | | | 615.00 |
| | 1046 | 04/24/2000 | 615.00 | |
| Barbara J Morgan 80 Grapevine Lane Napa, CA 94558-8521 | | | | 600.00 |
| | 2440 | 02/14/2005 | 600.00 | |
| Cecelia Barksdale Hellen 136 Lander Street Greenwood, SC 29649 | | | | 550.00 |
| | 1216 | 12/03/2002 | 550.00 | |
| Mathew Zambrano 19 N. Fairview Avenue Nanuet, NY 10954 | | | | 500.00 |
| | 1161 | 01/09/2002 | 500.00 | |
| John Zambrano 19 N. Fairview Avenue Nanuet, NY 10954 | | | | 500.00 |
| | 1162 | 01/09/2002 | 500.00 | |
| Frank Zambrano Jr 19 N. Fairview Avenue Nanuet, NY 10954 | | | | 500.00 |
| | 1163 | 01/09/2002 | 500.00 | |
| Lindsay Durand 215 Berkshire Lane Alpharetta, GA 30004 | | | | 500.00 |
| | 1165 | 01/09/2002 | 500.00 | |
| Anthony Porceli 27 Emmet Place Yonkers, NY 10703 | | | | 500.00 |
| | 1167 | 01/09/2002 | 500.00 | |

```
                                    Stalt, Inc                              PAGE 26
                                AS OF 07/07/2008
                        Universal Guardian Holdings, Inc.

                            RUN DATE: 07/07/2008
            ALL HOLDERS WITH AT LEAST 0 AND LESS THAN 150000000 SHARES
```

| Tax Id Name | Cert # | Issue Date | Issued | Outstanding |
|---|---|---|---|---|
| Clifford Medney Enterprises Inc<br>5 Chateaux Ste 5G<br>Scarsdale, NY 10583 | | | | 500.00 |
| | 1122 | 11/20/2000 | 500.00 | |
| Carlan J Kraft<br>1304 Riverwood Drive<br>Bismarck, ND 58504-6244 | | | | 460.00 |
| | 2475 | 05/23/2005 | 460.00 | |
| Global Street<br>6925 S. Union Park Center Ste. 390<br>Midvale, UT 84047 | | | | 350.00 |
| | 1096 | 07/13/2000 | 350.00 | |
| Toi Cook<br>11718 Barrington Court<br>Los Angeles, CA 90049 | | | | 318.00 |
| | 1114 | 09/25/2000 | 318.00 | |
| Jessica Ingrassia<br>3 Van Gogh Lane<br>Suffern, NY 10901 | | | | 250.00 |
| | 1168 | 01/09/2002 | 250.00 | |
| Thomas Ingrassia<br>3 Van Gogh Lane<br>Suffern, NY 10901 | | | | 250.00 |
| | 1169 | 01/09/2002 | 250.00 | |
| Drew Shafer<br>12111 Main Street P.O. Box 276<br>Libertytown, MD 21762-0276 | | | | 200.00 |
| | 2519 | 10/18/2005 | 200.00 | |
| Jacob Madia<br>6283 Euclid Street Apt 4<br>Santa Monica, CA 90404 | | | | 113.00 |
| | 1007 | 09/14/1999 | 113.00 | |

```
                              Stalt, Inc                              PAGE 27
                          AS OF 07/07/2008
                    Universal Guardian Holdings, Inc.

                          RUN DATE: 07/07/2008
            ALL HOLDERS WITH AT LEAST 0 AND LESS THAN 150000000 SHARES
```

| Tax Id Name | Cert # | Issue Date | Issued | Outstanding |
|---|---|---|---|---|
| John T Kaibas<br>549 Leona St<br>Sharpsville, PA 16150-1627 | | | | 100.00 |
| | 2416 | 01/10/2005 | 100.00 | |
| John Miskin<br>Dale J Miskin<br>JT TEN<br>20243 N 39th Dr<br>Glendale, AZ 85308-4757 | | | | 50.00 |
| | 2394 | 11/08/2004 | 50.00 | |
| Lucci I Danner<br>4708 Orchard Lane<br>Columbia, MO 65202-2814 | | | | 24.00 |
| | 2563 | 12/29/2005 | 24.00 | |
| Ann Lenhardt<br>55 Frog Pond Road<br>Pittsboro, NC 27312-6519 | | | | 21.00 |
| | 2560 | 12/29/2005 | 21.00 | |
| Rodger Lenhardt<br>55 Frog Pond Road<br>Pittsboro, NC 27312-6519 | | | | 21.00 |
| | 2559 | 12/29/2005 | 21.00 | |
| Terri Tinnell CUST<br>Christopher Tinnell<br>UNDER THE MO TRAN MIN LAW<br>105 N Glenwood Avenue<br>Columbia, MO 65203-2643 | | | | 21.00 |
| | 2558 | 12/29/2005 | 21.00 | |
| Ann Lenhardt CUST<br>Kelsey Lenhardt<br>UNDER THE NC UNIF TRAN MIN ACT<br>55 Frog Pond Road<br>Pittsboro, NC 27312-6519 | | | | 21.00 |
| | 2564 | 12/29/2005 | 21.00 | |

Stalt, Inc                                      PAGE 28
AS OF 07/07/2008
Universal Guardian Holdings, Inc.

RUN DATE: 07/07/2008
ALL HOLDERS WITH AT LEAST 0 AND LESS THAN 150000000 SHARES

| Tax Id Name | Cert # | Issue Date | Issued | Outstanding |
|---|---|---|---|---|
| Erin Lenhardt<br>55 Frog Pond Road<br>Pittsboro, NC 27312-6519 | | | | 21.00 |
| | 2562 | 12/29/2005 | 21.00 | |
| Terri Tinnell<br>105 N Glenwood Avenue<br>Columbia, MO 65203-2643 | | | | 21.00 |
| | 2557 | 12/29/2005 | 21.00 | |
| Scott Osadchuk<br>3201 Bay Shore Bend<br>Mandan, ND 58554 | | | | 19.00 |
| | 1204 | 05/17/2002 | 19.00 | |
| Stuart M Kagan<br>Sheila A Kagan<br>JT TEN<br>945 Pointers Way<br>Lawerenceville, GA 30043-6317 | | | | 15.00 |
| | 2124 | 06/30/2003 | 15.00 | |
| The Schimmel Family<br>Limited Partnership<br>711 First Avenue<br>15th Floor<br>New York, NY 10022 | | | | 4.00 |
| | 3001 | 01/02/2008 | 4.00 | |
| David Dadon<br>Lydia Dadon<br>JT TEN<br>23760 Oakfield Rd<br>Hidden Hills, CA 91302 | | | | 2.00 |
| | 2230 | 03/11/2004 | 2.00 | |
| TOTAL TAX IDS | | 56,553,576.00 | | 56,553,576.00 |

TOTAL NUMBER OF TAX IDS 148

# DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

    I, Kevin Pickard, the President of Universal Guardian Holdings, Inc., the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: July 8, 2008

Kevin Pickard, President
Debtor's Signature and Title