| Party Name, Address, and Telephone Number (*CA State Bar No. If applicable*) | FOR COURT USE ONLY |
|---|---|
| Marc J. Winthrop – State Bar No. 63218<br>WINTHROP COUCHOT P.C.<br>660 Newport Center Dr., 4th Fl.<br>Newport Beach, CA 92660<br>949-720-4100<br>949-720-4111 | |
| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA** | |
| In re:<br>**UNIVERSAL GUARDIAN HOLDINGS, INC.**<br><div align="right">Debtor.</div> | CHAPTER 7<br>CASE NUMBER **8:08-bk-13532-ES**<br><br>(No Hearing Required) |

## VENUE DISCLOSURE FORM
## FOR CORPORATIONS FILING CHAPTER 11
### (*Required by General Order 97-*)

*Attach additional sheets as necessary and indicate so in each section*

1.  Specify the address of the principal office of the Debtor currently on file with the California Secretary of State (from Form S0100, S0200, or S0300):

    4695 MacArthur Court, Suite 300
    Newport Beach, CA 92660

2.  Specify the address of the principal office of the Debtor listed on the Debtor's most recent federal tax return:

    4695 MacArthur Court, Suite 300
    Newport Beach, CA 92660

3.  Disclose the current business address(es) for all corporate officers:

    Kevin Pickard
    28382 Constellation Road
    Valencia, CA 91355

4.  Disclose the current business address(es) where the Debtor's books and records are located:

    28382 Constellation Road
    Valencia, CA 91355

    Public Storage
    17792 Cowan
    Irvine, CA 92614

---

*Rev. 12/99* This form is required pursuant to General Order 97-02. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**VEN-C**

UniversalVenueDisclosureStatement (3).doc

Venue Disclosure Form for Corporations Filing Chapter 11 - Page Two (2)    **VEN-C**

| In re<br>UNIVERSAL GUARDIAN HOLDINGS, INC.<br><br>Debtor. | CHAPTER 7<br>CASE NUMBER **8:08-bk-13532-ES** |
|---|---|

5. List the address(es) where the majority of the Debtor's assets are located based on a book value determination as set forth on the Debtor's most recent balance sheet:

   28382 Constellation Road
   Valencia, CA 91355

   Public Storage
   17792 Cowan
   Irvine, CA 92614

   Eckert's Moving & Storage
   849 Grand Avenue
   San Marcos, CA 92069

6. Disclose any different address(es) to those listed above within six months prior to the filing of the petition and state the reasons for the change in address(es):

   N/A

7. State the name and address of the officer signing this Statement and the relationship of such person to the Debtor (specify):

   Kevin Pickard
   President
   28382 Constellation Road
   Valencia, CA 91355

8. Total number of attached pages of supporting documentation: 0

9. I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct.

Executed on the 8th of July, 2008 at Valencia, California.

**Kevin Pickard**

_____
Type Name of Officer

**President**

_____
Position or Title of Officer

_____
Signature of Declarant