James C. Bastian, Jr. - Bar No. 175415
Melissa R. Davis – Bar No. 245521
**SHULMAN HODGES & BASTIAN LLP**
26632 Towne Centre, Suite 300
Foothill Ranch, California 92610-2808
Telephone: (949) 340-3400
Facsimile: (949) 340-3000
E-mail: jbastian@shbllp.com

Attorneys for John M. Wolfe, the Chapter 7 Bankruptcy Trustee

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION**

In re

**UNIVERSAL GUARDIAN HOLDINGS, INC.**

Debtor.

Case No. 8:08-bk-13532 ES

Chapter 7

**NOTICE OF MOTION AND MOTION FOR AN ORDER PURSUANT TO FEDERAL RULES OF BANKRUPTCY PROCEDURE 2004 AND 9016 FOR PRODUCTION OF DOCUMENTS BY KENNETH MERCHANT; DECLARATION OF MELISSA R. DAVIS IN SUPPORT THEREOF**

[Order Lodged Concurrently Herewith]

**Document Production Date:**
Date: June 4, 2009
Time: 10:00 a.m. PST

**Examination Date:**
Date: June 4, 2009
Time: 10:00 a.m. PST

**Examination and Document Production Location:**
Shulman Hodges & Bastian LLP
26632 Towne Centre Drive, Suite 300
Foothill Ranch, CA 92610-2808

[No Hearing Required]

1

G:\Wp\Cases\U-V\Universal Guardian\Pld\2004_POD_K Merchant.doc
3905-000

SHULMAN HODGES & BASTIAN LLP
26632 Towne Centre Drive
Suite 300
Foothill Ranch, CA 92610

**NOTICE**

**TO THE HONORABLE ERITHE SMITH, UNITED STATES BANKRUPTCY JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE AND ALL OTHER INTERESTED PARTIES:**

**PLEASE TAKE NOTICE** that John M. Wolfe, solely in his capacity as the Chapter 7 Trustee ("Trustee") of the bankruptcy estate of Universal Guardian Holdings, Inc. ("Debtor") brings this Motion for an order pursuant to Federal Rules of Bankruptcy Procedure ("FRBP") 2004 and 9016 directing the examination of, and production of documents by, Kenneth Merchant ("Mr. Merchant"). No hearing is required for the Motion.

A Proposed Order has been submitted with this Motion and any opposition must be filed in accordance with the provisions of Local Bankruptcy Rule 2004-1.

**SHULMAN HODGES & BASTIAN LLP**

Dated: May 4, 2009

James C. Bastian, Jr.
Melissa R. Davis
Attorneys for John M. Wolfe, in his capacity as the Chapter 7 trustee for the bankruptcy estate of Universal Guardian Holdings, Inc.

SHULMAN HODGES & BASTIAN LLP
26632 Towne Centre Drive
Suite 300
Foothill Ranch, CA 92610

**MOTION**

The Trustee brings this Motion for an order pursuant to FRBP 2004 and 9016 directing the examination of, and production of documents by, Mr. Merchant.

The Trustee shall issue the subpoena in compliance with the requirements of Federal Rule of Civil Procedure 30 and 45 and FRBP 9016 by serving Mr. Merchant at 28 Normandy Court, La Canada Flintridge, CA 91011.

Cause exists for granting this Motion. Mr. Merchant was one of the directors of the Debtor's board of directors ("Board"). The Trustee has been informed by creditors that certain causes of action may exist against the Debtor's officers and directors or other third parties for negligence, breach of fiduciary duty, and for claims related to the mismanagement of the Debtor. The Trustee has also been informed by certain of the Debtor's representatives, counsel, and consultants; however, that such allegations have no merit. In order to fulfill his duties under Section 704 of the Bankruptcy Code, the Trustee believes it imperative to investigate these potential claims.

Based on the foregoing, the Trustee believes that it is necessary to investigate all files Mr. Merchant may have regarding the Debtor, the Debtor's business organization, the Debtor's business plan, the actions of the Board as well as all of the Debtor's officers and directors, and Mr. Merchant's role on the Board and to also examine Mr. Merchant regarding such items.

In support of this Motion, the Trustee respectfully represent as follows:

**I. BACKGROUND INFORMATION**

1. The Debtor filed a voluntary petition under Chapter 7 of the Bankruptcy Code on June 23, 2008 ("Petition Date") in the Central District of California, Santa Ana Division, which bears Case No. 8:08-13532 ES ("Case").

2. John M. Wolfe is the duly appointed, qualified and acting Chapter 7 Trustee of the Debtor's Estate.

SHULMAN HODGES & BASTIAN LLP
26632 Towne Centre Drive
Suite 300
Foothill Ranch, CA 92610

## II. THE TRUSTEE MUST SUBPOENA KENNETH MERCHANT FOR PRODUCTION OF DOCUMENTS AND FOR EXAMINATION

In order to effectively analyze the Debtor's business operations and the conduct and acts of the Debtor's officers and directors in order to determine if there are any claims which may have value to the Estate (as has been asserted by certain creditors of the Debtor) and to obtain information regarding the Debtor's downfall, the Trustee must obtain a Court order authorizing a FRBP 2004 production of documents by, and examination of, Mr. Merchant pursuant to FRBP 9016.

Trustee's counsel conferred with Mr. Merchant pursuant to Local Bankruptcy Rule 2004-1(a). In particular, Trustee's counsel wrote to Mr. Merchant on March 16, 2009 to inform Mr. Merchant that the particular issues to be explored include background information regarding the Debtor and may also include questions regarding potential claims against directors, officers, and third parties based on comments from creditors. On March 17, 2009, Trustee's counsel wrote Mr. Merchant to request an agreeable date for examination. Mr. Merchant has been cooperative in setting a date for examination, but did not want to agree to do so until a Court order was entered. On April 30, 2009, Trustee's counsel sent Mr. Merchant an e-mail attaching a draft of the instant Motion and requesting Mr. Merchant let the Trustee know when he was available. Mr. Merchant responded that he was available on June 4, 2009.

Pursuant to FRBP 2004, the Bankruptcy Court may compel the production of documentary evidence and examination in the manner provided in FRBP 9016. FRBP 2004 authorizes this Court to compel the production of documents and examination from any person relating "to the acts, conduct, property or the liabilities and financial condition of the debtor, or to any matter which may affect the administration of the debtor's estate, or to the debtor's right to a discharge."

The document production and examination requested herein cannot proceed under FRBP 7030 or 9014 in that there is not currently pending an adversary proceeding or contested matter to which the scope of the examination and document production are related.

SHULMAN HODGES & BASTIAN LLP
26632 Towne Centre Drive
Suite 300
Foothill Ranch, CA 92610

## III. DOCUMENTS TO BE PRODUCED

The Trustee will need Mr. Merchant to produce the following "Document(s)" as that term is defined in **Exhibit "1"** attached hereto[1]:

a. Any and all Documents, written or electronic, Relate To Universal Guardian Holdings, Inc. ("Debtor").

b. Any and all Documents, written or electronic, which Relate To the Debtor's Board of Directors ("Board") from January 1, 2004 to the present.

c. Any and all Documents, written or electronic, which Relate To any of the Debtor's officers or directors from January 1, 2004 to the present.

d. Any and all Documents, written or electronic, which Relate To the Debtor's director and officer liability insurance.

e. Any and all Documents, written or electronic, which Relate To correspondence between the Board and any of the Debtor's creditors.

f. Any and all Documents, written or electronic, which Relate To minutes from all of the Debtor's Board of Directors meetings.

g. Any and all Documents, written or electronic, which Relate To correspondence between Kenneth Merchant ("Mr. Merchant") and Mike Bozarth.

h. Any and all Documents, written or electronic, which Relate To correspondence between Mr. Merchant and Mel Brashears.

i. Any and all Documents, written or electronic, which Relate To the Debtor's Articles of Incorporation.

j. Any and all Documents, written or electronic, which Relate To the Debtor's financial statements.

k. Any and all Documents, written or electronic, which Relate To the Debtor's financial condition prior to the Petition Date.

1 "Relate To" as included in the list of Documents to be produced is defined in Exhibit "1."





SHULMAN HODGES & BASTIAN LLP
26632 Towne Centre Drive
Suite 300
Foothill Ranch, CA 92610

l. Any and all Documents, written or electronic, which Relate To correspondence between Mr. Merchant and any of the Debtor's officers.

m. Any and all Documents, written or electronic, which Relate To correspondence between Mr. Merchant and any of the Debtor's directors.

n. Any and all Documents, written or electronic, which Relate To possible claims against any of the Debtor's officers or directors or any third parties for mismanagement of the Debtor's operations.

o. Any and all Documents, written or electronic, which Relate To the decision for the Debtor to file for bankruptcy protection.

p. Any and all Documents, written or electronic, which Relate To the decision to use an Informercial campaign for the Cobra Stunlight.

q. Any and all Documents, written or electronic, which Relate To the reasons the Debtor filed for bankruptcy protection.

r. Any and all Documents, written or electronic, which Relate To decisions made by any director or officer relating to the Debtor.

s. Any and all Documents, written or electronic, which Relate To communications regarding the operations of the Debtor.

t. Any and all Documents, written or electronic, which Relate To the operations of Strategic Security Solutions International in the Islamic Republic of Afghanistan ("SSSI").

u. Any and all Documents, written or electronic, which Relate To efforts to sell SSSI.

v. Any and all Documents, written or electronic, which Relate To any decisions made relating to SSSI

w. Any and all Documents, written or electronic, which Relate To the operations of Universal Guardian Services Group, Ltd., formerly known as Secure Risks Singapore, PTE ("UGSG").

SHULMAN HODGES & BASTIAN LLP
26632 Towne Centre Drive
Suite 300
Foothill Ranch, CA 92610

x. Any and all Documents, written or electronic, which Relate To efforts to sell UGSG.

y. Any and all Documents, written or electronic, which Relate To any decisions made relating to UGSG.

z. Any and all Documents, written or electronic, which Relate To the Cobra Stunlight.

aa. Any and all Documents, written or electronic, which Relate To efforts to sell the Cobra Stunlight.

bb. Any and all Documents, written or electronic, which Relate To any decisions made relating to the Cobra Stunlight.

cc. Any and all Documents, written or electronic, which Relate To operations in Afghanistan.

**WHEREFORE**, the Debtor requests that the Court enter an order authorizing that Mr. Merchant may be subpoenaed to produce Documents as set forth above and sit for examination at the law office of Shulman Hodges & Bastian LLP, 26632 Towne Centre Drive, Suite 300, Foothill Ranch, CA 92610-2808 as follows:

| Document Production Date and Time: | June 4, 2009 at 10:00 a.m. PST |
|---|---|
| Examination Date and Time: | June 4, 2009 at 10:00 a.m. PST |

or if rescheduled for a later date, upon two (2) days written notice, and for such other and further relief as the Court deems just and proper.

Respectfully submitted,

**SHULMAN HODGES & BASTIAN LLP**

Dated: May 4, 2009

Melissa R Davis

James C. Bastian, Jr.
Melissa R. Davis
Attorneys for John M. Wolfe, in his capacity as the Chapter 7 Trustee of the Debtor's bankruptcy estate

SHULMAN HODGES & BASTIAN LLP
26632 Towne Centre Drive
Suite 300
Foothill Ranch, CA 92610

**DECLARATION OF MELISSA R. DAVIS**

I, Melissa R. Davis, declare as follows:

1. I am an associate with the law firm of Shulman Hodges & Bastian, LLP and am one of the attorneys primarily responsible for the representation of John M. Wolfe, the Chapter 7 trustee of the bankruptcy estate of Universal Guardian Holdings ("Debtor"). I am an attorney at law licensed to practice before the Courts for the Central District of California and if called upon to do so, I could and would competently testify as to the facts contained herein as they are personally known to me to be true.

2. I make this declaration in support of the Trustee's Motion for an Order Pursuant to Federal Rules of Bankruptcy Procedure 2004 and 9016 for Production of Documents by, and Examination of, Kenneth Merchant ("Motion").

3. I have reviewed the case docket and understand its content.

4. The Debtor filed a voluntary petition under Chapter 7 of the Bankruptcy Code on June 23, 2008 ("Petition Date") in the Central District of California, Santa Ana Division, which bears Case No. 8:08-13532 ES ("Case").

5. John M. Wolfe is the duly appointed, qualified and acting Chapter 7 Trustee of the Debtor's Estate.

6. Cause exists for granting this Motion. Mr. Merchant was one of the directors of the Debtor. Certain creditors have expressed allegations to the Trustee of wrongdoing by the board of directors which may include a breach of fiduciary duty, negligence, etc.

7. We have discussed such allegations with Mark Asdourian, the Debtor's former attorney, Kevin Pickard, the Debtor's former President and Chief Financial Officer and Kevin Westcott, the Debtor's former Chief Operating Officer. All three believe there is no evidence of any such wrongdoing by the Board.

8. Given the difference of opinion and the possibility of claims to benefit the bankruptcy estate, the Trustee believes it is necessary to investigate all allegations of wrongdoing by the Board in his administration of the bankruptcy estate.

9. On March 17, 2009, I wrote Mr. Merchant to request an agreeable date for examination. Mr. Merchant has been cooperative in setting a date for examination, but did not want to agree to do so until a Court order was entered.

SHULMAN HODGES & BASTIAN LLP
26632 Towne Centre Drive
Suite 300
Foothill Ranch, CA 92610

10. On April 30, 2009, I sent Mr. Merchant an e-mail attaching a draft of the instant Motion and requesting Mr. Merchant let the Trustee know when he was available. Mr. Merchant responded that he was available on June 4, 2009.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed at Foothill Ranch, California on May 4, 2009.

Melissa R. Davis

9

G:\Wp\Cases\U-V\Universal Guardian\Pld\2004_POD_K Merchant.doc
3905-000

SHULMAN HODGES & BASTIAN LLP
26632 Towne Centre Drive
Suite 300
Foothill Ranch, CA 92610

**EXHIBIT "1"**

1. The term "Document" or "Documents" means any and all writings, type writings, sound recordings, photographs, photostats, photocopies, or other pictures, sounds or symbols, or combinations thereof, in any form, including, without limitations, the following:

a. Letters, telegraphs, cables, and all other forms of correspondence and written communication (exchanged or prepared for exchange);

b. Agreements, contracts, options, bids, estimates, books, records, reports, memoranda, notes, transcripts and work papers;

c. Corporate instruments, articles of incorporation, bylaws, resolutions, and stock certificates (or copies thereof);

d. Statements, lists, summaries, analyses, studies, notebooks, desk calendars, appointment books, diaries, time sheets, logs, files, binders, schedules, and manuals;

e. Financial statements, checks, deposit receipts, statements, or other documents evidencing certificates of deposit or treasury bills or other similar forms of bank or savings arrangements, invoices, books of account, leases, options to purchase, riders, escrow instructions, listing agreements, title reports, check stubs, ledgers, journals, accounts, W-2 forms, permits and licenses;

f. Computerized information, statements or printouts;

g. Any papers and/or writings filed in the course of any litigation, including, without limitation, pleadings, declarations, affidavits, exhibits, memoranda, memoranda of law, memoranda of points and authorities, motions, complaints or other pleadings, as well as papers not filed, included opinion letters and legal research memoranda.

2. The term "Document(s)" as defined above includes both hard copy documents as well as electronically stored data-files including email, instant messaging, shared network files, and databases. With respect to electronically stored data, "Document(s)" also includes, without limitation, any data on magnetic or optical storage media (e.g. servers, storage area networks, hard drives, backup tapes, CDs, DVCs, thumb/flash drives, floppy disks, or any other type of portable storage device, etc.) stored as an "active" or backup file, in its native format.

3. The term "Relate To" means referring to, recording, reflecting, supporting, interpreting, prepared in connection with, used in preparation for, pertaining to, evidencing, demonstrating, mentioning, having any relationship to, or being in any way legally, logically or factually connected with the matter discussed, in whole or in part.

SHULMAN HODGES & BASTIAN LLP
26632 Towne Centre Drive
Suite 300
Foothill Ranch, CA 92610

4. The Documents requested covers all Documents in the possession, custody, or control of Kenneth Merchant and/or his attorneys, accountants, agents or representatives, wherever located.

5. Each Document is to be produced in the file in which such Document has been maintained and in the order within each file in which such document has been maintained.

6. If any Document covered by this document request is withheld by reason of any objection, a list is to be furnished at the time the documents are to be produced identifying each such document for which the objection is made, including without limitation the following information with respect to each document withheld: (1) the name, business affiliation, business address, telephone number, and business capacity or title of the person who prepared it and the person or persons who signed it; (2) the name, business affiliation, business address, telephone number, and business capacity or title of each person to whom it was addressed; (3) the date the document was prepared; (4) the date the document was received; (5) the nature and substance of the document with sufficient particularity to enable the same to be identified, including without limitation its title, subject matter, and number of pages; and (6) the name, business affiliation, business address, and telephone number of each person who presently has possession, control, or custody of the original or a copy of the document.

7. The conjunctions "and" and "or" shall not be interpreted to exclude any information otherwise within the scope of the document request.





SHULMAN HODGES & BASTIAN LLP
26632 Towne Centre Drive
Suite 300
Foothill Ranch, CA 92610

| **In re:** **UNIVERSAL GUARDIAN HOLDINGS, INC.,** **Debtor(s).** | **CHAPTER 7** **CASE NUMBER 8:08-13532-ES** |
|---|---|

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I.
Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 26632 Towne Centre Drive, Suite 300, Foothill Ranch, CA 92610.

The foregoing document described **NOTICE OF MOTION AND MOTION FOR AN ORDER PURSUANT TO FEDERAL RULES OF BANKRUPTCY PROCEDURE 2004 AND 9016 FOR PRODUCTION OF DOCUMENTS BY KENNETH MERCHANT; DECLARATION OF MELISSA R. DAVIS IN SUPPORT THEREOF** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **May 5, 2009**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served): On **May 5, 2009**, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

☒ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **May 5, 2009**, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| **May 5, 2009** | Patricia A. Britton | *Patricia A. Britton* |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**SERVICE LIST**

**VIA NEF**

James C Bastian jbastian@shbllp.com
Robert P Goe kmurphy@goeforlaw.com
Joseph T Moldovan bankruptcy@morrisoncohen.com
United States Trustee (SA) ustpregion16.sa.ecf@usdoj.gov
Marc J Winthrop pj@winthropcouchot.com
John M Wolfe john.wolfe1@earthlink.net, CA83@ecfcbis.com

**VIA FIRST CLASS MAIL**

**Debtor**

Universal Guardian Holdings, Inc.
Attn President
4695 Macarthur Court, #300
Newport Beach, CA 92660

**Interested Party**

Roswell Capital Partners LLC
Attn P Bradford Hathorn Esq
and Attn Chuck Whiteman,
Director of Private Equity
1120 Sanctuary Parkway, Suite 325
Alpharetta, GA 30004

**VIA PERSONAL DELIVERY**

Hon. Erithe Smith
U.S. Bankruptcy Court
411 W. Fourth St. #5041
Santa Ana, CA 92701