# EXHIBIT "3"

## ACTION BY SOLE SHAREHOLDER
### ISR Systems Corporation

Whereas, ISR Systems Corporation ("ISR") is a wholly owned subsidiary of Universal Guardian Holdings, Inc. ("UGH") a Delaware, corporation; and

Whereas UGH has filed Bankruptcy Proceeding in the United States Bankruptcy Court Central District of California, Santa Ana Division as Case No. 8:08-13532 ES and John M. Wolfe, has been dully appointed as Chapter 7 Trustee ("Trustee"); and

Whereas as Trustee of UGH Trustee has sole and absolute authority with respect to the shares of ISR;

Now Therefore Trustee pursuant to California Corporation Code Section 603 authorizes and directs the following actions of ISR:

1. John M. Wolfe is hereby appointed the sole director and sole officer of ISR holding the positions of director, President, Secretary and Chief Financial Officer.

2. ISR is hereby authorized and directed to transfer that certain Asset Purchase Agreement by and between ISR and Tagistics Corporation, a Florida corporation dated October 30, 2007 as amended by that certain Amended Asset Purchase dated December 13, 2007 to UGH together with all rights, causes of actions, and claims arising thereunder and by virtue of any documentation executed in the furtherance thereof.

3. John M. Wolfe in his multiple capacities as the sole officer of ISR is hereby authorized and directed to execute on behalf of ISR such documents as are necessary to document and give effect to the above assignment.

Dated this ___ day of June, 2009

_____
John M. Wolfe, solely and exclusively as the
Chapter 7 Trustee for the bankruptcy estate of
Universal Guardian Holdings, Inc. sole shareholder of
ISR Systems Corporation

## THE BOARD OF DIRECTORS
## OF
## ISR Systems Corporation
## a California corporation
## In Lieu of Special Meeting

The undersigned, being the sole member of the Board of Directors of ISR Systems Corporation., a California corporation (the "Corporation"), and pursuant to the laws of the State of California and the Bylaws of said Corporation, does hereby take the following actions by his unanimous written consent:

WHEREAS, the Corporation desires to transfer all of its rights under and in that certain Asset Purchase Agreement by and between Corporation and Tagistics Corporation, a Florida corporation dated October 30, 2007 as amended by that certain Amended Asset Purchase dated December 13, 2007 to Universal Guardian Holdings, Inc. ("UGH") a Delaware, corporation and Corporation's parent company, together with all rights, causes of actions, and claims arising thereunder and by virtue of any documentation executed in the furtherance thereof; and

WHEREAS, the Corporation desires to appoint officers.

THEREFORE, BE IT RESOLVED, that

1. John M. Wolfe is hereby appointed the sole officer of Corporation holding the positions of President, Secretary and Chief Financial Officer.

2. Corporation is hereby authorized and directed to transfer that certain Asset Purchase Agreement by and between Corporation and Tagistics Corporation, a Florida corporation dated October 30, 2007 as amended by that certain Amended Asset Purchase dated December 13, 2007 to UGH together with all rights, causes of actions, and claims arising thereunder and by virtue of any documentation executed in the furtherance thereof.

3. John M. Wolfe in his multiple capacities as the sole officer of Corporation is hereby authorized and directed to execute on behalf of Corporation such documents as are necessary to document and give effect to the above assignment.

IN WITNESS WHEREOF, the undersigned, being the sole director of this Corporation, has executed this action and adopted these resolutions by his unanimous written consent, evidenced by his signature herein below

_____                                Dated: June ____, 2009
John M. Wolfe
Director
ISR Systems Corporation

## ACCEPTANCE OF CORPORATE OFFICER/DIRECTOR

I, John M. Wolfe, hereby accept my appointment as sole Director and as sole officer holding the positions of President, Chief Financial Officer and Secretary of ISR Systems Corporation, a California corporation as of and on the date set forth below.

DATED: June ___, 2009

_____
John M. Wolfe

# ASSIGNMENT

This Assignment is made this ___ day of June, 2009 by ISR Systems Corporation ("Assignor") and of Universal Guardian Holdings, Inc. ("Assignee") with respect to the following facts:

WHEREAS, Assignor is the wholly owned subsidiary of Assignee; and

WHEREAS, Assignor desires to assign and Assignee desires to accept the assignment of certain Asset Purchase Agreement by and between ISR and Tagistics Corporation, a Florida corporation dated October 30, 2007 as amended by that certain Amended Asset Purchase dated December 13, 2007 together with all rights, causes of actions, and claims arising thereunder and by virtue of any documentation executed in the furtherance thereof (hereinafter collectively the "Tagistics Contract")

NOW THEREFORE, for good and sufficient consideration the receipt of which is hereby acknowledged the parties agree as follows.

1. <u>Assignment</u>. Assignor hereby assigns, transfers, sells and conveys the Tagistics Contract together with all rights, causes of actions, and claims arising thereunder and by virtue of any documentation executed in the furtherance thereof to Assignee.

2. <u>Acceptance of Assignment</u>. Assignee hereby accepts the assignment transfer sale and conveyance of the Tagistics Contract together with all rights, causes of actions, and claims arising thereunder and by virtue of any documentation executed in the furtherance thereof

IN WITNESS WHEREOF, the parties have executed this Assignment as of the day and year first above written.

**ASSIGNEE:**
Universal Guardian Holdings, Inc.

By: _____
John M. Wolfe, solely and exclusively as the
Chapter 7 Trustee for the bankruptcy estate of
Universal Guardian Holdings, Inc.

**ASSIGNOR:**
ISR Systems Corporation

By: _____
John M. Wolfe, President and Secretary

| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| James C. Bastian, Jr. - Bar No. 175415<br>Melissa R. Davis - Bar No. 245521<br>SHULMAN HODGES & BASTIAN LLP<br>26632 Towne Centre Drive, Suite 300<br>Foothill Ranch, CA 92610<br>T: 949-340-3400<br>F: 949-340-3000<br><br>*Attorney for Plaintiff* | |

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA

| In re: UNIVERSAL GUARDIAN HOLDINGS, INC., a Delaware corporation,<br><br>Debtor. | CHAPTER 7<br><br>CASE NUMBER 8:08-13532-ES<br><br>ADVERSARY NUMBER |
|---|---|
| JOHN M. WOLFE, solely in his capacity as the Chapter 7 Trustee for the bankruptcy estate of Universal Guardian Holdings, Inc., Plaintiff(s),<br><br>vs.<br><br>TAGISTICS CORPORATION, a Florida corporation, Defendant(s). | *(The Boxes and Blank Lines below are for the Court's Use Only) (Do Not Fill Them In)*<br><br>**SUMMONS AND NOTICE OF STATUS CONFERENCE** |

TO THE DEFENDANT: A Complaint has been filed by the Plaintiff against you. If you wish to defend yourself, you must file with the Court a written pleading, in duplicate, in response to the Complaint. You must also send a copy of your written response to the party shown in the upper left-hand corner of this page. Unless you have filed in duplicate and served a responsive pleading by _____, the Court may enter a judgment by default against you for the relief demanded in the Complaint.

A Status Conference on the proceeding commenced by the Complaint has been set for:

| Hearing Date: | Time: | Courtroom: | Floor: |
|---|---|---|---|
| ☐ 255 East Temple Street, Los Angeles | | ☒ 411 West Fourth Street, Santa Ana | |
| ☐ 21041 Burbank Boulevard, Woodland Hills | | ☐ 1415 State Street, Santa Barbara | |
| ☐ 3420 Twelfth Street, Riverside | | | |

PLEASE TAKE NOTICE that if the trial of the proceeding is anticipated to take less than two (2) hours, the parties may stipulate to conduct the trial of the case on the date specified, instead of holding a Status Conference. Such a stipulation must be lodged with the Court at least two (2) Court days before the date set forth above and is subject to Court approval. The Court may continue the trial to another date if necessary to accommodate the anticipated length of the trial.

Date of Issuance: _____

**JON D. CERETTO**
**Clerk of the Bankruptcy Court**

By: _____
    *Deputy Clerk*

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009 (COA-SA)                                                                                                **F 7004-1**

Summons and Notice of Status Conference - *Page 2*          **F 7004-1**

| In re (SHORT TITLE) UNIVERSAL GUARDIAN HOLDINGS, INC., a Delaware corporation, Debtor(s). | CASE NO.: 8:08-13532-ES |
|---|---|

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

A true and correct copy of the foregoing document described as _____ will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL (indicate method for each person or entity served):**
On _____ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL (indicate method for each person or entity served):** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method) by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____  _____  _____
Date             Type Name                Signature

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009 (COA-SA)                                                    **F 7004-1**

Summons and Notice of Status Conference - *Page 3*

**F 7004-1**

| In re (SHORT TITLE)<br>UNIVERSAL GUARDIAN HOLDINGS, INC., a Delaware corporation,<br>Debtor(s). | CASE NO.: 8:08-13532-ES |
|---|---|

**ADDITIONAL SERVICE INFORMATION** (if needed):

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009 (COA-SA)

F 7004-1

FORM B104 (08/07)                                                                                          2007 USBC, Central District of California

| ADVERSARY PROCEEDING COVER SHEET<br>(Instructions on Page 2) | ADVERSARY PROCEEDING NUMBER<br>(Court Use Only) |
|---|---|
| **PLAINTIFFS**<br>John M. Wolfe, solely in his capacity as Chapter 7 Trustee for the bankruptcy estate of Universal Guardian Holdings, Inc. | **DEFENDANTS**<br>Tagistics Corporation |
| **ATTORNEYS** (Firm Name, Address, and Telephone No.)<br>Shulman Hodges & Bastian LLP, 26632 Towne Centre Dr. #300, Foothill Ranch, CA 92610; Tel: 949-340-3400 | **ATTORNEYS** (If Known) |
| **PARTY** (Check One Box Only)<br>☐ Debtor    ☐ U.S. Trustee/Bankruptcy Admin<br>☐ Creditor    ☐ Other<br>☒ Trustee | **PARTY** (Check One Box Only)<br>☐ Debtor    ☐ U.S. Trustee/Bankruptcy Admin<br>☐ Creditor    ☒ Other<br>☐ Trustee |

**CAUSE OF ACTION** (WRITE A BRIEF STATEMENT OF CAUSE OF ACTION, INCLUDING ALL U.S. STATUTES INVOLVED)
Breach of Contract; Declaratory Relief; Turnover; and Accounting

## NATURE OF SUIT
(Number up to five (5) boxes starting with lead cause of action as 1, first alternative cause as 2, second alternative cause as 3, etc.)

**FRBP 7001(1) – Recovery of Money/Property**
- [1] 11-Recovery of money/property - §542 turnover of property
- ☐ 12-Recovery of money/property - §547 preference
- ☐ 13-Recovery of money/property - §548 fraudulent transfer
- ☐ 14-Recovery of money/property - other

**FRBP 7001(2) – Validity, Priority or Extent of Lien**
- ☐ 21-Validity, priority or extent of lien or other interest in property

**FRBP 7001(3) – Approval of Sale of Property**
- ☐ 31-Approval of sale of property of estate and of a co-owner - §363(h)

**FRBP 7001(4) – Objection/Revocation of Discharge**
- ☐ 41-Objection / revocation of discharge - §727(c),(d),(e)

**FRBP 7001(5) – Revocation of Confirmation**
- ☐ 51-Revocation of confirmation

**FRBP 7001(6) – Dischargeability**
- ☐ 66-Dischargeability - §523(a)(1),(14),(14A) priority tax claims
- ☐ 62-Dischargeability - §523(a)(2), false pretenses, false representation, actual fraud
- ☐ 67-Dischargeability - §523(a)(4), fraud as fiduciary, embezzlement, larceny

(continued next column)

**FRBP 7001(6) – Dischargeability (continued)**
- ☐ 61-Dischargeability - §523(a)(5), domestic support
- ☐ 68-Dischargeability - §523(a)(6), willful and malicious injury
- ☐ 63-Dischargeability - §523(a)(8), student loan
- ☐ 64-Dischargeability - §523(a)(15), divorce or separation obligation (other than domestic support)
- ☐ 65-Dischargeability - other

**FRBP 7001(7) – Injunctive Relief**
- ☐ 71-Injunctive relief – imposition of stay
- ☐ 72-Injunctive relief – other

**FRBP 7001(8) Subordination of Claim or Interest**
- ☐ 81-Subordination of claim or interest

**FRBP 7001(9) Declaratory Judgment**
- ☐ 91-Declaratory judgment

**FRBP 7001(10) Determination of Removed Action**
- ☐ 01-Determination of removed claim or cause

**Other**
- ☐ SS-SIPA Case – 15 U.S.C. §§78aaa et.seq.
- [2] 02-Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy case)

| ☐ Check if this case involves a substantive issue of state law | ☐ Check if this is asserted to be a class action under FRCP 23 |
|---|---|
| ☐ Check if a jury trial is demanded in complaint | Demand $ |

Other Relief Sought

FORM B104 (08/07), page 2                                                     2007 USBC, Central District of California

| BANKRUPTCY CASE IN WHICH THIS ADVERSARY PROCEEDING ARISES ||
|---|---|
| **NAME OF DEBTOR** <br> Universal Guardian Holdings, Inc. | **BANKRUPTCY CASE NO.** <br> 8:08-13532-ES |
| **DISTRICT IN WHICH CASE IS PENDING** <br> Central District of California | **DIVISIONAL OFFICE** <br> Santa Ana Division |
| | **NAME OF JUDGE** <br> Erithe A. Smith |

| RELATED ADVERSARY PROCEEDING (IF ANY) |||
|---|---|---|
| **PLAINTIFF** <br> N/A | **DEFENDANT** | **ADVERSARY PROCEEDING NO.** |
| **DISTRICT IN WHICH ADVERSARY IS PENDING** | **DIVISIONAL OFFICE** | **NAME OF JUDGE** |

**SIGNATURE OF ATTORNEY (OR PLAINTIFF)**

*/s/ Melissa R. D_____*

| **DATE** <br> 8/19/09 | **PRINT NAME OF ATTORNEY (OR PLAINTIFF)** <br> Melissa R. Davis, Attorney for Plaintiff |
|---|---|

## INSTRUCTIONS

The filing of a bankruptcy case creates an "estate" under the jurisdiction of the bankruptcy court which consists of all of the property of the debtor, wherever that property is located. Because the bankruptcy estate is so extensive and the jurisdiction of the court so broad, there may be lawsuits over the property or property rights of the estate. There also may be lawsuits concerning the debtor's discharge. If such a lawsuit is filed in a bankruptcy court, it is called an adversary proceeding.

A party filing an adversary proceeding must also must complete and file Form 104, the Adversary Proceeding Cover Sheet, unless the party files the adversary proceeding electronically through the court's Case Management/Electronic Case Filing system (CM/ECF). (CM/ECF captures the information on Form 104 as part of the filing process.) When completed, the cover sheet summarizes basic information on the adversary proceeding. The clerk of court needs the information to process the adversary proceeding and prepare required statistical reports on court activity.

The cover sheet and the information contained on it do not replace or supplement the filing and service of pleadings or other papers as required by law, the Bankruptcy Rules, or the local rules of court. The cover sheet, which is largely self-explanatory, must be completed by the plaintiff's attorney (or by the plaintiff if the plaintiff is not represented by an attorney). A separate cover sheet must be submitted to the clerk for each complaint filed.

**Plaintiffs and Defendants.** Give the names of the plaintiffs and defendants exactly as they appear on the complaint.

**Attorneys.** Give the names and addresses of the attorneys, if known.

**Party.** Check the most appropriate box in the first column for the plaintiffs and the second column for the defendants.

**Demand.** Enter the dollar amount being demanded in the complaint.

**Signature.** This cover sheet must be signed by the attorney of record in the box on the second page of the form. If the plaintiff is represented by a law firm, a member of the firm must sign. If the plaintiff is pro se, that is, not presented by an attorney, the plaintiff must sign.