JOHN M. WOLFE
5450 TRABUCO ROAD
IRVINE, CA  92620
Ph: (949) 476-2696
Fax: (949) 476-0106
john.wolfe@txitrustee.com

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## CA - CENTRAL

| | | |
|---|---|---|
| In re:  UNIVERSAL GUARDIAN HOLDINGS, INC. | § | Case No. 8:08-BK-13532 ES |
| | § | |
| | § | |
| Debtor(s) | § | |

### TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1.  A petition under Chapter 7 of the United States Bankruptcy Code was filed on 06/23/2008. The undersigned trustee was appointed on 06/23/2008.

2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3.  All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554.  An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4.  The trustee realized the gross receipts of            $_____683,527.55

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 241,496.28 |
| Administrative expenses | 282,315.61 |
| Bank service fees | 15,868.40 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemption paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1] | $_____143,847.26 |

The remaining funds are available for distribution.

5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed.  The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category.  The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 11/24/2008 and the deadline for filing governmental claims was 02/18/2009. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $37,426.38. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $37,426.38,[3] for a total compensation of $37,426.38.[2]  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:  08/27/2015                          By:  /s/ JOHN M. WOLFE
                                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

[3]
The sale orders related to both the sale of UGSG stock and the Cobra Stunlight (Asset Nos. 3 and 6) state that "[p]ursuant to Section 506(c), the Trustee is authorized to surcharge the alleged collateral of Roswell Capital Partner, LLC in an amount equal to the allowed amount of fees and reimbursement of expenses awarded to the Trustee and his professionals in this case" related to the sale of UGSG and the sale of the Cobra Stunlight ("Carve Outs"). As such, the amount of the carve out for the Trustee's statutory fee has been prorated based on the percentage of monies collected from the sale of UGSG stock and the Cobra Stunlight versus the total value of assets liquidated in the case. Based on total monies received in the case of $683,527.55 and $616,372.42 of that corresponding to the sale of UGSG stock and the Cobra Stunlight. 90.18% of the Trustee's statutory fee will be deducted from the funds to pay Roswell on account of secured claims. The remainder of the statutory fee or 9.82% will be deducted from the funds available for all other claims.

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

| | | |
|---|---|---|
| **Case Number:** | 8:08-BK-13532 ES | |
| **Case Name:** | UNIVERSAL GUARDIAN HOLDINGS, INC. | |
| **Period Ending:** | 08/26/15 | |

| | |
|---|---|
| **Trustee:** | JOHN M. WOLFE |
| **Filed (f) or Converted (c):** | 06/23/08 (f) |
| **§341(a) Meeting Date:** | 07/31/08 |
| **Claims Bar Date:** | 11/24/08 |

| Ref # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) Abandon | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | RESTITUTION (u)<br>UNIVERSAL GUARDIAN'S FORMER CFO RE EMBEZZLED FUNDS<br>OC ceased collection efforts due to expired probation. Judgement forwarded to SHB to collect. | 0.00 | 25,000.00 | | 23,490.00 | FA |
| 2 | INSURANCE PREMIUM REFUND (u)<br>MISC. UNSCHEDULED INSURANCE REFUNDS | 294.26 | 0.00 | | 2,574.04 | FA |
| 3 | STOCK<br>ORDER (1) APPROVING THE SALE OF CERTAIN ASSETS OF THE ESTATE (STOCK) FREE AND CLEAR OF LIENS PURSUANT TO BANKRUPTCY CODE SECTION 363(B)(1) AND (F) AND SUBJECT TO OVERBIDS; (2) APPROVING PAYMENT OF COMMISSION TO LEGEND MERCHANT GROUP; (3) APPROVING BANKRUPTCY CODE SECTION 506(C) SURCHARGE OF ALLEGED COLLATERAL; AND (4) GRANTING RELATED RELIEF ENTERED 8/14/2008.<br>4/9/09 THE BUYER HAS DEFAULTED ON ALL FURTHER PAYMENTS.  WE HAVE SENT A NOTICE OF DEFAULT LETTER.  AFTER SENDING THE DEFAULT LETTER.<br>4/5/10 We continue to monitor the payments received in connection with the sale of the stock.<br>4/20/12 We have not received a payment since June of 2011 on the SSSI sale.  The Afghanistan government announced in early 2011 that all "foreign" security contracts are void and the purchaser stopped paying. | 4,000,000.00 | 1,000,000.00 | | 570,990.86 | FA |

**FORM 1**

Page: 2

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

| | |
|---|---|
| **Case Number:** | 8:08-BK-13532 ES |
| **Case Name:** | UNIVERSAL GUARDIAN HOLDINGS, INC. |
| **Period Ending:** | 08/26/15 |

| | |
|---|---|
| **Trustee:** | JOHN M. WOLFE |
| **Filed (f) or Converted (c):** | 06/23/08 (f) |
| **§341(a) Meeting Date:** | 07/31/08 |
| **Claims Bar Date:** | 11/24/08 |

| Ref # | 1<br><br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) Abandon | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 4 | A/R<br>4/26/13 Asset will remain unadministered at the Final Report.<br>MINIMUM ROYALTY RECEIVABLE FROM TAGISTICS CORP<br>FROM SALE OF TOTAL ASSET GUARDIAN<br>4/9/09 WE WILL BE FILING A COMPLAINT TO RECOVER<br>THE ROYALTIES NOT PAID BY TAGISTICS. WE EXPECT<br>TO FILE THAT COMPLAINT IN THE NEXT FEW WEEKS. WE<br>FIRST HAVE TO TRANSFER THE CLAIMS FROM IRS TO<br>THE DEBTOR SO THAT THE DEBTOR HAS STANDING TO<br>BRING SUCH CLAIMS<br>8:09-ap-01494-ES Wolfe v. Tagistics Corporation, a Florida<br>corporation Date Filed 08/19/09, 02/09/2010 JUDGMENT<br>Against Defendant Pursuant to Stipulation for Entry of<br>Judgment (Related Doc # 11 ) Signed on 2/9/2010. Judgment is<br>Entered in Favor of John M. Wolfe, Chapter 7 Trustee and<br>against Tagistics Corporation, in the Amount of $250,000.00<br>plus post-judgment interest at the legal rate, plus reasonable<br>attorneys' fees and costs incurred in any post-judgment<br>enforcement proceeding<br>4/21/10 We obtained a judgment in the amount of $225,000<br>against Tagistics and have possession of the software. We<br>recorded the abstract of judgment in Florida and California. We<br>tried to see if the software has sufficient value to market, but it<br>appears not. It is out of date and is likely worth less than<br>$5,000./ | 1,075,000.00 | 1,075,000.00 | | 0.00 | FA |

**FORM 1**

Page: 3

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

| Case Number: | 8:08-BK-13532 ES | Trustee: | JOHN M. WOLFE |
|---|---|---|---|
| Case Name: | UNIVERSAL GUARDIAN HOLDINGS, INC. | Filed (f) or Converted (c): | 06/23/08 (f) |
| | | §341(a) Meeting Date: | 07/31/08 |
| Period Ending: | 08/26/15 | Claims Bar Date: | 11/24/08 |

| Ref # | 1 Asset Description (Scheduled And Unscheduled (u) Property) | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Abandoned OA=§554(a) Abandon | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| 5 | ESCROW ACCOUNT (u) ESCROW ACCOUNT HELD BY WINTHROP COUCHOT, 660 NEWPORT CENTER DR., 4TH FL, NEWPORT BEACH, CA 92660 7/14/08 DEMAND MADE TO TURNOVER FUNDS WE HAVE NOT RESOLVED THE MONEY THAT IS BEING WITH WITHROP COUCHET.  THE SECURED CREDITORS TAKE THE POSITION THAT WE HAVE NO INTEREST IN IT AND IT SHOULD BE RETURNED TO THEM.  WE ARE IN THE PROCESS OF DETERMINING THE COST TO THE ESTATE LITIGATE THE MATTER. 4/5/10 There is supposed to be an allocation for disbursement of proceeds in the Escrow Agreement, but it was only partially complete and agreed upon prior to the Bankruptcy.  Pursuant to the terms of the Escrow Agreement as it stands, the items agreed upon between UGH and Rosswell got disbursed and the rest they agreed would only get disbursed upon the joint instructions of Roswell and UGH to Winthrop and essentially, Roswell had veto power over what UGH wanted to pay. As there were no pending instructions to Winthrop as disbursements to make from those funds, it would seem the funds being held in escrow are property of the Estate.  Also, that money is money that Roswell gave to UGH and Roswell got its consideration through promissory notes.  To find the opposition way and have the money revert to Roswell, Roswell would have to re-write each individual promissory note to show that Roswell loaned $40,000 less to UGH.  If we cannot resolve this, we will need to bring a motion for turnover shortly. | 40,123.36 | 40,123.36 | | 36,091.09 | FA |

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| | | |
|---|---|---|
| **Case Number:** 8:08-BK-13532 ES | **Trustee:** | JOHN M. WOLFE |
| **Case Name:** UNIVERSAL GUARDIAN HOLDINGS, INC. | **Filed (f) or Converted (c):** | 06/23/08 (f) |
| | **§341(a) Meeting Date:** | 07/31/08 |
| **Period Ending:** 08/26/15 | **Claims Bar Date:** | 11/24/08 |

| Ref # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) Abandon | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 6 | COBRA STUNLIGHT (u)<br>4/29/14 The buyer of the Cobra Stunlight assets did not fully comply with there obligations under the APA, namely the payment terms. The Trustee worked diligently with a related party to buy out and assume the remainder of the contract on the Cobra Stunlight assets which was breached however an agreement could not be made. Asset will be abandoned at closing.<br>4/26/13 We need to keep the case open for now to attempt to collect further amounts owed to us from the sales and/or we may need to rescind the contract and try to sell it to someone else if we cannot reach an agreement with Julio.<br><br>6/3/09 Order (1) Approving the Sale of Certain Assets of the Estate Free and Clear of Liens Pursuant to Bankruptcy Code Section 363(b)(1) and (f); Granting Motion For Sale of Property under Section 363(b); (2) Approving Bankruptcy Code Section 506(c) Surcharge of Alleged Collateral; and (3) Granting Related Relief<br><br>4/21/10 To date we have received $24,975 and await the second payment of $25,000.00.  The buyer has also been instructed to foward $25.00 balance on the first payment.  As part of the agreement we are to receive 3% of gross revenue from sales up to $1,450,000.  We are expecting $100,000 in royalties in 2010.<br><br>4/20/12 Julio de la Garza (the manufacturer of the StunLight and holder of the North and South America distribution rights) has told us he is interested in taking over the remainder of the contract on the Cobra Stunlight.  There have been multiple communications and we are attempting to reach a final resolution with the current buyer, PTL. We are analyzing contract terms and conditions and analyxing a cure of potential breaches. | 1,500,000.00 | 1,500,000.00 | | 49,950.00 | FA |
| 7 | INTEREST (u) | Unknown | N/A | | 431.56 | FA |
| | **TOTALS** (Excluding Unknown Values) | **$6,615,417.62** | **$3,640,123.36** | | **$683,527.55** | **$0.00** |

**Major activities affecting case closing:**
4/25/15
Insurance: N/A

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Litigation: N/A
Asset/Open Issues:  All assets have been administered.  The final round of claims objections were completed in March.  The Trustee is in the process of preparing his final report and account.  The estimated TFR has been updated to all additional time to prepare the TFR.

Tax Issues:  No tax returns are needed in this estate.

03/23/2015 Order Disallowing the Following Claims: 1,6,8,11,13,18,21,37,42,43,44,48,53

03/16/2015 rder Granting Motion To Disallow The Following Claims (7,12,16,69,70,71,72,73,74,75,76,77

03/16/2015 Order Disallowing In Part Claim Number 5 Filed By AJ Robbins, PC

09/18/2014 Notice to Pay Court Costs Due Sent To: John M Wolfe, Chapter 7 Trustee, Total Amount Due $250.00

09/05/2014 Order Disallowing Claim 2 by Eckert's Van & Storage (Allowed as Secured Only, Not Entitled to Share in a Distribution from the Estate)

09/05/2014 Order Disallowing the Following Claims: Claim #19 - David Hopps; Claim #15 and #34 - Gerald Russell Cummings; Claim #46, #47, #54, #55 - Philip E Cook ) 15,19,34,46,47,54,55


4/29/14
Insurance: N/A
Litigation Status:  N/A
Asset/Open Issues: The buyer of the Cobra Stunlight assets did not fully comply with there obligations under the APA, namely the payment terms. The Trustee worked diligently with a related party to buy out and assume the remainder of the contract on the Cobra Stunlight assets which was breached however an agreement could not be made. Claims administration is underway.
Tax Returns: No tax returns are needed for this estate.

4/26/13
INSURANCE STATUS: N/A
LITIGATION STATUS:  N/A
ASSET STATUS/OPEN ISSUES: The only asset remaining to liquidate in this case is to continue to attempt to collect on the sale of the SSSI stock and the Cobra Stunlight.  Julio de la Garza has told us he is interested in taking over the remainder of the contract on the Cobra Stunlight.  There have been multiple communications on this and we are waiting to see if a final resolution can be reached and if not, we may need to try to cancel the contract and find a new buyer.

We need to keep the case open for now to attempt to collect further amounts owed to us from the sales and/or we may need to rescind the contract and try to sell it to someone else if we cannot reach an agreement with Julio.

In addition we have begun the claims review process.   The estimated TFR date has been updated to allow additional time to sell the Stunlight and review claims.

Tax Returns: No tax returns are needed for this estate.


12/5/12
The open issues remain the same in this case. (1)the sale of the SSSI stock and (2) the Cobra Stunlight.
(1) We have not received a payment since June of 2011 on the SSSI sale. The Afghanistan government announced in early 2011 that all "foreign" security contracts are void and the purchaser stopped paying.
(2) Julio de la Garza (the manufacturer of the StunLight and holder of the North and South America distribution rights) has told us he is interested in taking over the remainder of the contract on the Cobra Stunlight.  There have been multiple communications and we are attempting to reach a final resolution with the current buyer, PTL. We are analyzing contract terms and conditions and analyzing a cure of potential breaches.

The projected final report date has been updated to allow additional time to administer the asset.

4/10/12
INSURANCE STATUS: N/A
LITIGATION STATUS: N/A
ASSET STATUS/OPEN ISSUES: The remaining open issues in this case are (1)  the sale of the SSSI stock and (2) the Cobra Stunlight.

## FORM 1
### INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

(1) We have not received a payment since June of 2011 on the SSSI sale.  The Afghanistan government announced in early 2011 that all "foreign" security contracts are void and the purchaser stopped paying.
(2) Julio de la Garza (the manufacturer of the StunLight and holder of the North and South America distribution rights) has told us he is interested in taking over the remainder of the contract on the Cobra Stunlight.  There have been multiple communications and we are attempting to reach a final resolution with the current buyer, PTL. We are analyzing contract terms and conditions and analyxing a cure of potential breaches.
TAX ISSUES: No tax returns are needed for this estate.

07/30/2008 MOTION FOR SALE OF PROPERTY UNDER SECTION 363(B) CHAPTER 7 TRUSTEE'S MOTION FOR ORDER: (1) APPROVING THE SALE OF CERTAIN ASSETS OF THE ESTATE (STOCK) FREE AND CLEAR OF LIENS PURSUANT TO BANKRUPTCY CODE SECTION 363(B)(1) AND (F) AND SUBJECT TO OVERBIDS; (2) APPROVING PAYMENT OF COMMISSION TO LEGEND MERCHANT GROUP; (3) APPROVING BANKRUPTCY CODE SECTION 506(C) OF ALLEGED COLLATERAL; AND (4) GRANTING RELATED RELIEF; MEMORANDUM OF POINTS AND AUTHORITIES AND DECLARATION OF JOHN M. WOLFE

08/01/2008 ORDER GRANTING ORDER SHORTENING TIME FOR HEARING ON CHAPTER 7 TRUSTEE'S MOTION FOR ORDER: (1) APPROVING THE SALE OF CERTAIN ASSETS OF THE ESTATE (STOCK) FREE AND CLEAR OF LIENS PURSUANT TO BANKRUPTCY CODE SECTION 363(B)(1) AND (F) AND SUBJECT TOOVERBIDS; (2) APPROVING PAYMENT OF COMMISSION TO LEGEND MERCHANT GROUP; (3) APPROVING BANKRUPTCY CODE SECTION 506(C) SURCHARGE OF ALLEGED COLLATERAL; AND (4) GRANTING RELATED RELIEF

08/04/2008 NOTICE OF SALE OF ESTATE PROPERTY (THE ESTATE'S INTEREST IN THE SHARES OF STOCK OF UNIVERSAL GUARDIAN SERVICES GROUP, LTD., FORMERLY KNOWN AS SECURE RISKS SINGAPORE, PTE) (TYPE OF SALE: PUBLIC) FILED BY TRUSTEE JOHN M WOLFE

08/14/2008 ORDER (1) APPROVING THE SALE OF CERTAIN ASSETS OF THE ESTATE (STOCK) FREE AND CLEAR OF LIENS PURSUANT TO BANKRUPTCY CODE SECTION 363(B)(1) AND (F) AND SUBJECT TO OVERBIDS; (2) APPROVING PAYMENT OF COMMISSION TO LEGEND MERCHANT GROUP; (3) APPROVING BANKRUPTCY CODE SECTION 506(C) SURCHARGE OF ALLEGED COLLATERAL; AND (4) GRANTING RELATED RELIEF

08/22/2008 NOTICE OF ASSETS FILED BY TRUSTEE AND COURT'S NOTICE OF POSSIBLE DIVIDEND (BNC) FILED BY TRUSTEE JOHN M WOLFE . PROOFS OF CLAIMS DUE BY 11/24/2008. GOVERNMENT PROOF OF CLAIM DUE BY 2/18/2009.

09/18/2008 ORDER GRANTING APPLICATION TO EMPLOY SHULMAN HODGES & BASTIAN LLP AS GENERAL COUNSEL

09/18/2008 ORDER GRANTING APPLICATION TO EMPLOY LEGEND MERCHANT GROUP, INC AS CONSULTANT AND STOCK LIQUIDATION AGENT

11/13/2008 ORDER GRANTING TRUSTEE'S MOTION NO 1 UNDER LOCAL BANKRUPTCY RULE 2016-2 FOR APPROVAL OF CASH DISBURSEMENTS BY THE TRUSTEE

12/30/2008 ORDER GRANTING APPLICATION TO EMPLOY STETINA BRUNDA GARRED & BRUCKER AS SPECIAL INTELLECTUAL PROPERTY COUNSEL

04/25/09
INSURANCE STATUS: N/A
LITIGATION STATUS: N/A
ASSET/OPEN ISSUES: THE SALE OF THE UGSG STOCK CLOSED, BUT ONLY THE FIRST PAYMENT WAS MADE.  THE BUYER HAS DEFAULTED ON ALL FURTHER PAYMENTS.  WE HAVE SENT A NOTICE OF DEFAULT LETTER.  AFTER SENDING THE DEFAULT LETTER.
THE SALE OF THE COBRA STUNLIGHT SHOULD CLOSE SHORTLY.  THE APA AND DISTRIBUTION AGREEMENT APPEAR TO BE IN FINAL FORM, ALTHOUGH NOT YET SIGNED.  WE PLAN TO FILE THE MOTION FOR APPROVAL OF THE ASSETS THIS WEEK.
WE WILL BE FILING MOTIONS FOR 2004 EXAMINATION AND PRODUCTION OF DOCUMENTS AS TO THE DEBTOR'S PREVIOUS 3 BOARD OF DIRECTORS.
WE WILL BE FILING A COMPLAINT TO RECOVER THE ROYALTIES NOT PAID BY TAGISTICS.  WE EXPECT TO FILE THAT COMPLAINT IN THE NEXT FEW WEEKS.  WE FIRST HAVE TO TRANSFER THE CLAIMS FROM ISR TO THE DEBTOR SO THAT THE DEBTOR HAS STANDING TO BRING SUCH CLAIMS.
TAX ISSUES: ACCOUNTANTS WILL BE EMPLOYED TO PREPARE TAX RETURNS

6/3/09 Order (1) Approving the Sale of Certain Assets of the Estate Free and Clear of Liens Pursuant to Bankruptcy Code Section 363(b)(1) and (f); Granting Motion For Sale of Property under Section 363(b); (2) Approving Bankruptcy Code Section 506(c) Surcharge of Alleged Collateral; and (3) Granting Related Relief

7/30/09 Order Approving Corporate Transaction Outside the Ordinary Course of Business Pursuant to 11 USC Section 363(b)

9/24/09 Order Authorizing Trustee to Abandon The Estate's Interest in Certain Furniture, Fixtures and Equipment and to Abandon Certain Books and Records and Other Miscellaneous Stored Items

12/22/09 Order Limiting Notice to Creditors Whose Claims are Filed Pursuant to Federal Rule of Bankruptcy Procedures

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

6/3/09 Order (1) Approving the Sale of Certain Assets of the Estate Free and Clear of Liens Pursuant to Bankruptcy Code Section 363(b)(1) and (f); Granting Motion For Sale of Property under Section 363(b); (2) Approving Bankruptcy Code Section 506(c) Surcharge of Alleged Collateral; and (3) Granting Related Relief

7/30/09 Order Approving Corporate Transaction Outside the Ordinary Course of Business Pursuant to 11 USC Section 363(b)

9/24/09 Order Authorizing Trustee to Abandon The Estate's Interest in Certain Furniture, Fixtures and Equipment and to Abandon Certain Books and Records and Other Miscellaneous Stored Items

12/22/09 Order Limiting Notice to Creditors Whose Claims are Filed Pursuant to Federal Rule of Bankruptcy Procedures

4/19/10
INSURANCE STATUS:
LITIGATION STATUS: 8:09-ap-01494-ES Wolfe v. Tagistics Corporation, a Florida corporation Date Filed 08/19/09, 02/09/2010 JUDGMENT Against Defendant Pursuant to Stipulation for Entry of Judgment (Related Doc # 11 ) Signed on 2/9/2010. Judgment is Entered in Favor of John M. Wolfe, Chapter 7 Trustee and against Tagistics Corporation, in the Amount of $250,000.00 plus post-judgment interest at the legal rate, plus reasonable attorneys' fees and costs incurred in any post-judgment enforcement proceeding.
We obtained a judgment in the amount of $225,000 against Tagistics and have possession of the software.  We recorded the abstract of judgment in Florida and California.  We tried to see if the software has sufficient value to market, but it appears not.  It is out of date and is likely worth less than $5,000.
ASSET STATUS/OPEN ISSUES:
TAX ISSUES:

08/26/2010 Motion to Approve Compromise Under Rule 9019 Notice of Motion and Chapter 7 Trustee's Motion for Order Approving: (1) Settlement Agreement Resolving Disputes With Kevin Pickard, an individual and Pickard and Green, CPAs and (2) Settlement Agreement Resolving Disputes With Mark V. Asdourian, an individual and Mark V. Asdourian, A Professional Law Corporation; Memorandum of Points and Authorities and Declaration of John M. Wolfe in Support

08/26/2010 Motion to Approve Compromise Under Rule 9019 Notice of Motion and Chapter 7 Trustee's Motion for Order Approving Settlement Agreement Resolving Disputes With Roswell Capital Partners, LLC and BridgePointe Master Fund, Ltd., a Cayman Islands exempted company and All Other Holders of the 2006 Debentures and the March 2008 Debentures; Memorandum of Points and Authorities and Declaration of John M. Wolfe in Support

10/01/2010 Order Approving (1) Settlement Agreement Resolving Disputes with Kevin Pickard, an Individual and Pickard and Green, CPAs; and (2) Settlement Agreement Resolving Disputes with Mark V Asdourian, an Individual and Mark V Asdourian, a Professional Law Corporation

10/01/2010 Order Approving Settlement Agreement Resolving Disputes with Roswell Capital Partners, LLC and Bridgepointe Master Fund, Ltd, a Cayman Islands Exempted Company and all other Holders of the 2006 Debentures and the March 2008 Debentures

4/18/2011
INSURANCE STATUS: N/A
LITIGATION STATUS: 8:09-ap-01494-ES Wolfe v. Tagistics Corporation, a Florida corporation (closed)
STATUS/OPEN ISSUES: The only open issue in this case is to continue to attempt to collect on the sale of the SSSI stock and the Cobra Stunlight.   We recently received the sum of approximately $59,000 on the SSSI stock  which combined with previous payments amounts to $521,067.00 collected to date on the Court approved sale of $1,000,000.00. The financial, governmental and political environment in Afghanistan is unstable.  The continued existence of physical violence and war contributes to this general lack of stability. I believe the Estate has no financially viable legal or equitable options in this environment but to continue to accept payments on the sale Order as offered.
The last distribution received on the Cobra Stunlight sale was in October 2010 of approximately $25,000.  There are current royalty obligations to the estate based upon current and future sales as per an entered sale Order. If we do not receive money soon on the Cobra Stunlight, we will need to consider the possibly commencing an action for breach of contract.
The estimated TFR date has been updated to allow time to collect  the amounts owed to us from the sales.
TAX ISSUES: No tax returns are needed for this estate

**Initial Projected Date of Final Report (TFR):**  June 30, 2011               **Current Projected Date of Final Report (TFR):**  July 09, 2015 (Actual)

**Form 2**
**Cash Receipts and Disbursements Record**

| Case Number: | 8:08-BK-13532 ES | Trustee: | JOHN M. WOLFE |
|---|---|---|---|
| Case Name: | UNIVERSAL GUARDIAN HOLDINGS, INC. | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | Account: | ********2965 - Money Market Account |
| Taxpayer ID#: | **-***9106 | Blanket Bond: | $4,225,000.00 (per case limit) |
| Period Ending: | 08/26/15 | Separate Bond: | N/A |

| 1<br><br>Trans.<br>Date | 2<br><br>Check or<br>Ref. # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | Uniform<br>Tran. Code | 5<br><br>Receipts<br>$ | 6<br><br>Disbursements<br>$ | 7<br><br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 08/12/08 | Asset #1 | COUNTY OF ORANGE | RESTITUTION | 1249-000 | 420.00 | | 420.00 |
| 08/25/08 | Asset #1 | COUNTY OF ORANGE | RESTITUTION | 1249-000 | 1,500.00 | | 1,920.00 |
| 08/28/08 | | To Account #312177262966 | | 9999-000 | | 600.00 | 1,320.00 |
| 08/29/08 | | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.4300% | 1270-000 | 0.09 | | 1,320.09 |
| 09/09/08 | Asset #2 | TRAVELERS PROPERTY CASULATY CL AGENCY | Insurance premium refund | 1290-000 | 187.25 | | 1,507.34 |
| 09/10/08 | Asset #3 | SHULMAN HODGES & BASTIAN, LLP | TURNOVER FUNDS FROM TRUST ACCOUNT RE SALE OF STOCK | 1149-000 | 108,008.00 | | 109,515.34 |
| 09/30/08 | | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.4300% | 1270-000 | 24.74 | | 109,540.08 |
| 10/31/08 | | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3500% | 1270-000 | 37.59 | | 109,577.67 |
| 11/16/08 | | To Account #312177262966 | | 9999-000 | | 50,000.00 | 59,577.67 |
| 11/20/08 | | To Account #312177262966 | | 9999-000 | | 2,500.00 | 57,077.67 |
| 11/20/08 | | To Account #312177262966 | | 9999-000 | | 1,000.00 | 56,077.67 |
| 11/20/08 | | To Account #312177262966 | | 9999-000 | | 1,200.00 | 54,877.67 |
| 11/28/08 | | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2300% | 1270-000 | 18.90 | | 54,896.57 |
| 12/31/08 | | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | 1270-000 | 8.92 | | 54,905.49 |
| 01/19/09 | | To Account #312177262966 | | 9999-000 | | 1,000.00 | 53,905.49 |
| 01/30/09 | | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | 1270-000 | 5.37 | | 53,910.86 |
| 02/09/09 | Asset #2 | DISCOVER PROPERTY & CASUALTY INSURANCE COMPANY | STORAGE INS REFUND | 1290-000 | 107.01 | | 54,017.87 |
| 02/27/09 | | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | 1270-000 | 4.95 | | 54,022.82 |
| 03/23/09 | | To Account #312177262966 | | 9999-000 | | 500.00 | 53,522.82 |

**Form 2**
**Cash Receipts and Disbursements Record**

| Case Number: | 8:08-BK-13532 ES | Trustee: | JOHN M. WOLFE |
|---|---|---|---|
| Case Name: | UNIVERSAL GUARDIAN HOLDINGS, INC. | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | Account: | ********2965 - Money Market Account |
| Taxpayer ID#: | **-***9106 | Blanket Bond: | $4,225,000.00 (per case limit) |
| Period Ending: | 08/26/15 | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 03/31/09 | | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | 1270-000 | 5.65 | | 53,528.47 |
| 04/06/09 | Asset #3 | SHULMAN HODGES & BASTIAN | Sale of the UGSG stock | 1149-000 | 79,236.55 | | 132,765.02 |
| 04/20/09 | Asset #2 | IMPERIAL AI CREDIT | REFUND OF PREOIUM | 1290-000 | 2,279.78 | | 135,044.80 |
| 04/30/09 | | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | 1270-000 | 11.30 | | 135,056.10 |
| 05/01/09 | | To Account #312177262966 | | 9999-000 | | 400.00 | 134,656.10 |
| 05/29/09 | | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | 1270-000 | 12.81 | | 134,668.91 |
| 06/19/09 | | To Account #312177262966 | | 9999-000 | | 500.00 | 134,168.91 |
| 06/19/09 | 1001 | PUBLIC STORAGE | PROPERTY #21204, RENTAL UNIT #B002, ACCOUNT 8214024; Voided on 06/19/2009 | 2410-003 | | 287.00 | 133,881.91 |
| 06/19/09 | 1001 | PUBLIC STORAGE | PROPERTY #21204, RENTAL UNIT #B002, ACCOUNT 8214024; Check issued on 06/19/2009 | 2410-003 | | -287.00 | 134,168.91 |
| 06/24/09 | Asset #3 | Shulman Hodges & Bastian Trust Account | Sale of the UGSG stock | 1149-000 | 27,718.29 | | 161,887.20 |
| 06/25/09 | Asset #6 | SHULMAN HODGES & BASTIAN | Sale of the StunLight | 1229-000 | 24,975.00 | | 186,862.20 |
| 06/26/09 | | To Account #312177262966 | | 9999-000 | | 87,600.00 | 99,262.20 |
| 06/30/09 | | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | 1270-000 | 13.02 | | 99,275.22 |
| 07/17/09 | | To Account #312177262966 | | 9999-000 | | 700.00 | 98,575.22 |
| 07/17/09 | | To Account #312177262966 | | 9999-000 | | 21,400.00 | 77,175.22 |
| 07/31/09 | | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | 1270-000 | 9.22 | | 77,184.44 |
| 08/20/09 | Asset #3 | SHULMAN HODGES & BASTIAN | Sale of the UGSG stock | 1149-000 | 19,796.16 | | 96,980.60 |
| 08/31/09 | Asset #1 | COUNTY OF ORANGE | RESTITUTION | 1249-000 | 1,500.00 | | 98,480.60 |

## Form 2
## Cash Receipts and Disbursements Record

| Case Number: | 8:08-BK-13532 ES | Trustee: | JOHN M. WOLFE |
| Case Name: | UNIVERSAL GUARDIAN HOLDINGS, INC. | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | Account: | ********2965 - Money Market Account |
| Taxpayer ID#: | **-***9106 | Blanket Bond: | $4,225,000.00 (per case limit) |
| Period Ending: | 08/26/15 | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 08/31/09 | | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | 1270-000 | 8.36 | | 98,488.96 |
| 09/10/09 | Asset #3 | SHULMAN HODGES & BASTIAN | Sale of the UGSG stock | 1149-000 | 19,980.00 | | 118,468.96 |
| 09/30/09 | | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | 1270-000 | 10.73 | | 118,479.69 |
| 10/16/09 | Asset #3 | SHULMAN HODGES & BASTIAN LLP | Sale of the UGSG stock | 1149-000 | 19,980.00 | | 138,459.69 |
| 10/16/09 | | To Account #312177262966 | | 9999-000 | | 1,000.00 | 137,459.69 |
| 10/21/09 | Asset #1 | COUNTY OF ORANGE | RESTITUTION | 1249-000 | 3,000.00 | | 140,459.69 |
| 10/30/09 | | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | 1270-000 | 12.41 | | 140,472.10 |
| 11/06/09 | | To Account #312177262966 | | 9999-000 | | 138.59 | 140,333.51 |
| 11/06/09 | | To Account #312177262966 | | 9999-000 | | 800.00 | 139,533.51 |
| 11/12/09 | Asset #3 | SHULMAN HODGES & BASTIAN | STOCK PURCHASE | 1149-000 | 24,980.00 | | 164,513.51 |
| 11/30/09 | | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | 1270-000 | 15.44 | | 164,528.95 |
| 12/03/09 | | To Account #312177262966 | | 9999-000 | | 42,500.00 | 122,028.95 |
| 12/08/09 | Asset #3 | SHULMAN HODGES & BASTIAN | STOCK PURCHASE | 1149-000 | 24,980.00 | | 147,008.95 |
| 12/31/09 | | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | 1270-000 | 14.62 | | 147,023.57 |
| 01/20/10 | Asset #3 | SHULMAN HODGES & BASTIAN | STOCK PURCHASE | 1149-000 | 24,980.00 | | 172,003.57 |
| 01/29/10 | | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | 1270-000 | 14.39 | | 172,017.96 |
| 02/26/10 | | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | 1270-000 | 15.79 | | 172,033.75 |
| 03/15/10 | Asset #3 | SHULMAN HODGES & BASTIAN | STOCK PURCHASE | 1149-000 | 24,980.00 | | 197,013.75 |
| 03/31/10 | | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | 1270-000 | 19.76 | | 197,033.51 |

**Form 2**
**Cash Receipts and Disbursements Record**

| Case Number: | 8:08-BK-13532 ES | Trustee: | JOHN M. WOLFE |
|---|---|---|---|
| Case Name: | UNIVERSAL GUARDIAN HOLDINGS, INC. | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | Account: | ********2965 - Money Market Account |
| Taxpayer ID#: | **-***9106 | Blanket Bond: | $4,225,000.00 (per case limit) |
| Period Ending: | 08/26/15 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | Uniform<br>Tran. Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/06/10 | | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is  0.1200% | 1270-000 | 3.23 | | 197,036.74 |
| 04/06/10 | | Wire out to BNYM account 000177262965 | Wire out to BNYM account 000177262965 | 9999-000 | | 197,036.74 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| **ACCOUNT TOTALS** | 408,875.33 | 408,875.33 | **$0.00** |
| Less: Bank Transfers | 0.00 | 408,875.33 | |
| **Subtotal** | 408,875.33 | 0.00 | |
| Less: Payment to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$408,875.33** | **$0.00** | |

**Form 2**
## Cash Receipts and Disbursements Record

| Case Number: | 8:08-BK-13532 ES | | Trustee: | JOHN M. WOLFE |
|---|---|---|---|---|
| Case Name: | UNIVERSAL GUARDIAN HOLDINGS, INC. | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ********2966 - Checking Account |
| Taxpayer ID#: | **-***9106 | | Blanket Bond: | $4,225,000.00 (per case limit) |
| Period Ending: | 08/26/15 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | Uniform<br>Tran. Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 08/28/08 | | From Account #312177262965 | | 9999-000 | 600.00 | | 600.00 |
| 08/28/08 | 101 | PUBLIC STORAGE | ACCOUNT #8214024, RENTAL UNIT B002 | 2410-000 | | 287.00 | 313.00 |
| 11/16/08 | | From Account #312177262965 | | 9999-000 | 50,000.00 | | 50,313.00 |
| 11/16/08 | 102 | SHULMAN HODGES & BASTIAN LLP | ORDER APPROVING APPLICATION FOR FEES & EXPENSES PER COURT ORDER 11/12/08 | 3210-000 | | 45,629.00 | 4,684.00 |
| 11/16/08 | 103 | SHULMAN HODGES & BASTIAN LLP | ORDER APPROVING APPLICATION FOR FEES & EXPENSES PER COURT ORDER 11/12/08 | 3220-000 | | 4,481.81 | 202.19 |
| 11/20/08 | | From Account #312177262965 | | 9999-000 | 2,500.00 | | 2,702.19 |
| 11/20/08 | | From Account #312177262965 | | 9999-000 | 1,000.00 | | 3,702.19 |
| 11/20/08 | | From Account #312177262965 | | 9999-000 | 1,200.00 | | 4,902.19 |
| 11/20/08 | 104 | KEVIN F. PICKARD, CPA | ORDER ON TRUSTEE'S MOTION NO. 1 UNDER PER COURT ORDER 11/18/08 | 2420-000 | | 847.00 | 4,055.19 |
| 11/20/08 | 105 | ECKERT'S MOVING & STORAGE | ORDER ON TRUSTEE'S MOTION NO. 1 UNDER PER COURT ORDER 11/18/08 | 2420-000 | | 2,363.50 | 1,691.69 |
| 11/20/08 | 106 | ECKERT'S MOVING & STORAGE | ORDER ON TRUSTEE'S MOTION NO. 1 UNDER PER COURT ORDER 11/18/08 | 2420-000 | | 152.50 | 1,539.19 |
| 11/20/08 | 107 | ECKERT'S MOVING & STORAGE | ORDER ON TRUSTEE'S MOTION NO. 1 UNDER PER COURT ORDER 11/18/08 | 2420-000 | | 152.50 | 1,386.69 |
| 11/20/08 | 108 | PUBLIC STORAGE | ORDER ON TRUSTEE'S MOTION NO. 1 UNDER PER COURT ORDER 11/18/08 | 2410-000 | | 972.10 | 414.59 |
| 01/19/09 | | From Account #312177262965 | | 9999-000 | 1,000.00 | | 1,414.59 |
| 01/19/09 | 109 | PUBLIC STORAGE | ORDER ON TRUSTEE'S MOTION NO. 1 UNDER PER COURT ORDER 11/18/08 | 2410-000 | | 574.00 | 840.59 |
| 03/05/09 | 110 | INTERNATIONAL SURETIES | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/05/2009 FOR CASE #8:08-BK-13532, Bond #016030867 | 2300-000 | | 51.15 | 789.44 |

**Form 2**
**Cash Receipts and Disbursements Record**

| Case Number: | 8:08-BK-13532 ES | Trustee: | JOHN M. WOLFE |
|---|---|---|---|
| Case Name: | UNIVERSAL GUARDIAN HOLDINGS, INC. | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | Account: | ********2966 - Checking Account |
| Taxpayer ID#: | **-***9106 | Blanket Bond: | $4,225,000.00 (per case limit) |
| Period Ending: | 08/26/15 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | Uniform<br>Tran. Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 03/23/09 | | From Account #312177262965 | | 9999-000 | 500.00 | | 1,289.44 |
| 03/23/09 | 111 | PUBLIC STORAGE | Property #: 21204 Rental Unit #: B002/ORDER ON TRUSTEE'S MOTION NO. 1 UNDER PER COURT ORDER 11/18/08 | 2410-000 | | 574.00 | 715.44 |
| 03/23/09 | 112 | ECKERT'S MOVING & STORAGE | Account Number #Universal/ORDER ON TRUSTEE'S MOTION NO. 1 UNDER PER COURT ORDER 11/18/08 | 2420-000 | | 456.50 | 258.94 |
| 05/01/09 | | From Account #312177262965 | | 9999-000 | 400.00 | | 658.94 |
| 05/01/09 | 113 | ECKERT'S MOVING & STORAGE | ORDER ON TRUSTEE'S MOTION NO. 1 UNDER PER COURT ORDER 11/18/08 | 2420-000 | | 152.00 | 506.94 |
| 05/01/09 | 114 | PUBLIC STORAGE | Property #: 21204 Rental Unit #: B002/ORDER ON TRUSTEE'S MOTION NO. 1 UNDER PER COURT ORDER 11/18/08 | 2410-000 | | 287.00 | 219.94 |
| 05/11/09 | 115 | ECKERT'S MOVING & STORAGE | ACCESS STORAGE UNIT 4/21/09 | 2420-000 | | 75.00 | 144.94 |
| 06/19/09 | | From Account #312177262965 | | 9999-000 | 500.00 | | 644.94 |
| 06/19/09 | 116 | PUBLIC STORAGE | PROPERTY #21204, RENTAL UNIT #B002, ACCOUNT 8214024 | 2410-000 | | 287.00 | 357.94 |
| 06/26/09 | | From Account #312177262965 | | 9999-000 | 87,600.00 | | 87,957.94 |
| 06/26/09 | 117 | SHULMAN HODGES & BASTIAN LLP | ORDER GRANTING APPLICATION FOR COMPENSATION ENTERED 6/24/2009 | 3210-000 | | 75,280.50 | 12,677.44 |
| 06/26/09 | 118 | SHULMAN HODGES & BASTIAN LLP | ORDER GRANTING APPLICATION FOR COMPENSATION ENTERED 6/24/2009 | 3220-000 | | 6,612.75 | 6,064.69 |
| 06/26/09 | 119 | STETINA BRUNDA GARRED & BRUCKER | ORDER GRANTING APPLICATION FOR COMPENSATION ENTERED 6/24/2009 | 3210-000 | | 2,156.00 | 3,908.69 |
| 06/26/09 | 120 | STETINA BRUNDA GARRED & BRUCKER | ORDER GRANTING APPLICATION FOR COMPENSATION ENTERED 6/24/2009 | 3220-000 | | 3,500.00 | 408.69 |
| 07/17/09 | | From Account #312177262965 | | 9999-000 | 700.00 | | 1,108.69 |
| 07/17/09 | | From Account #312177262965 | | 9999-000 | 21,400.00 | | 22,508.69 |

## Form 2
## Cash Receipts and Disbursements Record

| | | |
|---|---|---|
| Case Number: | 8:08-BK-13532 ES | |
| Case Name: | UNIVERSAL GUARDIAN HOLDINGS, INC. | |
| Taxpayer ID#: | **-***9106 | |
| Period Ending: | 08/26/15 | |

| | |
|---|---|
| Trustee: | JOHN M. WOLFE |
| Bank Name: | JPMORGAN CHASE BANK, N.A. |
| Account: | ********2966 - Checking Account |
| Blanket Bond: | $4,225,000.00 (per case limit) |
| Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | Uniform<br>Tran. Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 07/17/09 | 121 | PUBLIC STORAGE | Property #21204, Unit #B002, Account #8214024, ORDER ON TRUSTEE'S MOTION NO. 1 UNDER PER COURT ORDER 11/18/08 | 2410-000 | | 299.00 | 22,209.69 |
| 07/17/09 | 122 | ECKERT'S MOVING & STORAGE | ORDER ON TRUSTEE'S MOTION NO. 1 UNDER PER COURT ORDER 11/18/08 | 2420-000 | | 305.00 | 21,904.69 |
| 07/17/09 | 123 | LEGENDS MERCHANTS GROUP | ORDER (1) APPROVING THE SALE OF CERTAIN ASSETS OF THE ESTATE (STOCK) FREE AND CLEAR OF LIENS PURSUANT TO BANKRUPTCY CODE SECTION 363(B)(1) AND (F) AND SUBJECT TO OVERBIDS; (2) APPROVING PAYMENT OF COMMISSION TO LEGEND MERCHANT GROUP ENTERED 8/14/2008 | 7100-000 | | 21,496.28 | 408.41 |
| 08/31/09 | 124 | ECKERT'S MOVING & STORAGE | WAREHOUSE HANDLING | 2420-000 | | 45.00 | 363.41 |
| 09/23/09 | 125 | ECKERT'S MOVING & STORAGE | ACCOUNT NUMBER UNIVERSAL, ORDER ON TRUSTEE'S MOTION NO. 1 UNDER PER COURT ORDER 11/18/08 | 2420-000 | | 305.00 | 58.41 |
| 10/16/09 | | From Account #312177262965 | | 9999-000 | 1,000.00 | | 1,058.41 |
| 10/16/09 | 126 | PUBLIC STORAGE | Property #21204, Account 8214024-ORDER ON TRUSTEE'S MOTION NO. 1 UNDER PER COURT ORDER 11/18/08 | 2410-000 | | 897.00 | 161.41 |
| 11/06/09 | | From Account #312177262965 | | 9999-000 | 138.59 | | 300.00 |
| 11/06/09 | | From Account #312177262965 | | 9999-000 | 800.00 | | 1,100.00 |
| 11/06/09 | 127 | ECKERT'S MOVING & STORAGE | WAREHOUSE FEES | 2420-000 | | 300.00 | 800.00 |
| 11/06/09 | 128 | ECKERT'S MOVING & STORAGE | ORDER ON TRUSTEE'S MOTION NO. 1 UNDER PER COURT ORDER 11/18/08 | 2420-000 | | 305.50 | 494.50 |
| 12/03/09 | | From Account #312177262965 | | 9999-000 | 42,500.00 | | 42,994.50 |
| 12/03/09 | 129 | SHULMAN HODGES & BASTIAN LLP | Order Approving Third Interim Application For Fees and Reimbursement Of Expenses entered 12/02/09 | 3210-000 | | 39,234.50 | 3,760.00 |

## Form 2
## Cash Receipts and Disbursements Record

| Case Number: | 8:08-BK-13532 ES | Trustee: | JOHN M. WOLFE |
|---|---|---|---|
| Case Name: | UNIVERSAL GUARDIAN HOLDINGS, INC. | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | Account: | ********2966 - Checking Account |
| Taxpayer ID#: | **-***9106 | Blanket Bond: | $4,225,000.00 (per case limit) |
| Period Ending: | 08/26/15 | Separate Bond: | N/A |

| 1 Trans. Date | 2 Check or Ref. # | 3 Paid To / Received From | 4 Description of Transaction | Uniform Tran. Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 12/03/09 | 130 | SHULMAN HODGES & BASTIAN LLP | Order Approving Third Interm Application For Fees and Reimbursement Of Expenses entered 12/02/09 | 3220-000 | | 2,962.03 | 797.97 |
| 03/17/10 | 131 | INTERNATIONAL SURETIES | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/17/2010 FOR CASE #8:08-BK-13532, Bond #016030867 | 2300-000 | | 176.33 | 621.64 |
| 04/06/10 | | Wire out to BNYM account 000177262966 | Wire out to BNYM account 000177262966 | 9999-000 | | 621.64 | 0.00 |

|  | | Receipts | Disbursements | Balance |
|---|---|---|---|---|
| **ACCOUNT TOTALS** | | **211,838.59** | **211,838.59** | **$0.00** |
| Less: Bank Transfers | | 211,838.59 | 621.64 | |
| **Subtotal** | | **0.00** | **211,216.95** | |
| Less: Payment to Debtors | | | 0.00 | |
| **NET Receipts / Disbursements** | | **$0.00** | **$211,216.95** | |

**Form 2**
**Cash Receipts and Disbursements Record**

| | | | | | | |
|---|---|---|---|---|---|---|
| Case Number: | 8:08-BK-13532 ES | | | Trustee: | JOHN M. WOLFE | |
| Case Name: | UNIVERSAL GUARDIAN HOLDINGS, INC. | | | Bank Name: | The Bank of New York Mellon | |
| | | | | Account: | **********2965 - Checking Account | |
| Taxpayer ID#: | **-***9106 | | | Blanket Bond: | $4,225,000.00 (per case limit) | |
| Period Ending: | 08/26/15 | | | Separate Bond: | N/A | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 04/06/10 | | Wire in from JPMorgan Chase Bank, N.A. account 312177262965 | Wire in from JPMorgan Chase Bank, N.A. account 312177262965 | 9999-000 | 197,036.74 | | 197,036.74 |
| 04/07/10 | Asset #3 | SHULMAN HODGES & BASTIAN LLP | Stock purchase | 1149-000 | 37,475.00 | | 234,511.74 |
| 04/19/10 | | To Account #92000177262967 | | 9999-000 | | 20,143.41 | 214,368.33 |
| 04/30/10 | | The Bank of New York Mellon | Interest posting at 0.1200% | 1270-000 | 18.17 | | 214,386.50 |
| 05/28/10 | | The Bank of New York Mellon | Interest posting at 0.1200% | 1270-000 | 21.85 | | 214,408.35 |
| 06/03/10 | Asset #3 | SHULMAN HODGES & BASTIAN | | 1149-000 | 24,960.00 | | 239,368.35 |
| 06/30/10 | | The Bank of New York Mellon | Interest posting at 0.1200% | 1270-000 | 23.11 | | 239,391.46 |
| 07/28/10 | Asset #3 | SHULMAN HODGES & BASTIAN LLP | STOCK PURCHASE | 1149-000 | 24,960.00 | | 264,351.46 |
| 07/30/10 | | The Bank of New York Mellon | Interest posting at 0.1200% | 1270-000 | 24.56 | | 264,376.02 |
| 08/31/10 | | The Bank of New York Mellon | Interest posting at 0.1200% | 1270-000 | 26.94 | | 264,402.96 |
| 09/30/10 | | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 6.51 | | 264,409.47 |
| 10/04/10 | | To Account #92000177262966 | | 9999-000 | | 42,900.00 | 221,509.47 |
| 10/18/10 | Asset #1 | COUNTY OF ORANGE | RESTITUTION | 1249-000 | 1,000.00 | | 222,509.47 |
| 10/29/10 | | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 5.78 | | 222,515.25 |
| 11/08/10 | Asset #6 | Shulman Hodges & Bastian LLP | Sale of the StunLight | 1229-000 | 24,975.00 | | 247,490.25 |
| 11/09/10 | | To Account #92000177262966 | | 9999-000 | | 220,000.00 | 27,490.25 |
| 11/23/10 | Asset #1 | County of Orange | RESTITUTION | 1249-000 | 1,550.00 | | 29,040.25 |
| 11/29/10 | Asset #5 | WINTHROP COUCHOT PROFESSIONAL CORP | Turnover escrow accounts | 1290-000 | 36,091.09 | | 65,131.34 |
| 11/30/10 | | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 1.63 | | 65,132.97 |

## Form 2
## Cash Receipts and Disbursements Record

| | | |
|---|---|---|
| **Case Number:** | 8:08-BK-13532 ES | |
| **Case Name:** | UNIVERSAL GUARDIAN HOLDINGS, INC. | |

| | |
|---|---|
| **Trustee:** | JOHN M. WOLFE |
| **Bank Name:** | The Bank of New York Mellon |
| **Account:** | **********2965 - Checking Account |

| | |
|---|---|
| **Taxpayer ID#:** | **-***9106 |
| **Period Ending:** | 08/26/15 |

| | |
|---|---|
| **Blanket Bond:** | $4,225,000.00 (per case limit) |
| **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 12/15/10 | Asset #1 | COUNTY OF ORANGE | Mo payment | 1249-000 | 1,500.00 | | 66,632.97 |
| 12/31/10 | | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 1.67 | | 66,634.64 |
| 01/06/11 | | To Account #92000177262966 | | 9999-000 | | 36,000.00 | 30,634.64 |
| 01/13/11 | Asset #1 | County of Orange | Mo payment | 1249-000 | 1,500.00 | | 32,134.64 |
| 01/31/11 | | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.49 | | 32,135.13 |
| 02/09/11 | Asset #1 | County of Orange | Mo payment | 1249-000 | 1,500.00 | | 33,635.13 |
| 02/09/11 | | From Account #92000177262966 | | 9999-000 | 37,000.00 | | 70,635.13 |
| 02/28/11 | | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 1.18 | | 70,636.31 |
| 03/28/11 | Asset #3 | SHULMAN HODGES & BASTIAN | Stock Purchase | 1149-000 | 59,033.00 | | 129,669.31 |
| 03/30/11 | Asset #1 | COUNTY OF ORANGE | Mo payment | 1249-000 | 3,000.00 | | 132,669.31 |
| 03/31/11 | | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 1.94 | | 132,671.25 |
| 04/29/11 | | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 3.27 | | 132,674.52 |
| 05/24/11 | Asset #1 | COUNTY OF ORANGE | Mo payment | 1249-000 | 1,500.00 | | 134,174.52 |
| 05/31/11 | | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 3.38 | | 134,177.90 |
| 06/15/11 | Asset #3 | Shulman Hodges & Bastian LLP | Stock Purchase | 1149-000 | 49,923.86 | | 184,101.76 |
| 06/30/11 | | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 1.29 | | 184,103.05 |
| 07/19/11 | Asset #1 | County of Orange | Mo Payment | 1249-000 | 1,200.00 | | 185,303.05 |
| 07/27/11 | Asset #1 | County of Orange | mo payment | 1249-000 | 800.00 | | 186,103.05 |

**Form 2**
**Cash Receipts and Disbursements Record**

| Case Number: | 8:08-BK-13532 ES | Trustee: | JOHN M. WOLFE |
| Case Name: | UNIVERSAL GUARDIAN HOLDINGS, INC. | Bank Name: | The Bank of New York Mellon |
| | | Account: | **********2965 - Checking Account |
| Taxpayer ID#: | **-***9106 | Blanket Bond: | $4,225,000.00 (per case limit) |
| Period Ending: | 08/26/15 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | Uniform<br>Tran. Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 07/29/11 | | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 1.56 | | 186,104.61 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 353.81 | 185,750.80 |
| 08/31/11 | | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 1.57 | | 185,752.37 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 432.67 | 185,319.70 |
| 09/26/11 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | -12.69 | 185,332.39 |
| 09/30/11 | | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 1.52 | | 185,333.91 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 380.80 | 184,953.11 |
| 10/31/11 | | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 1.57 | | 184,954.68 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 367.37 | 184,587.31 |
| 11/30/11 | | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 1.51 | | 184,588.82 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 404.62 | 184,184.20 |
| 12/30/11 | | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 1.56 | | 184,185.76 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 378.45 | 183,807.31 |
| 01/04/12 | Asset #1 | County of Orange | Mo payment | 1249-000 | 1,500.00 | | 185,307.31 |
| 01/25/12 | Asset #1 | County of Orange | Mo payment | 1249-000 | 1,000.00 | | 186,307.31 |
| 01/31/12 | | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 1.57 | | 186,308.88 |
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 404.83 | 185,904.05 |
| 02/27/12 | Asset #1 | County of Orange | Mo payment | 1249-000 | 420.00 | | 186,324.05 |
| 02/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 368.27 | 185,955.78 |
| 03/14/12 | Asset #1 | County of Orange | Mo payment | 1249-000 | 600.00 | | 186,555.78 |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 381.66 | 186,174.12 |

**Form 2**

**Cash Receipts and Disbursements Record**

| | | | |
|---|---|---|---|
| Case Number: | 8:08-BK-13532 ES | Trustee: | JOHN M. WOLFE |
| Case Name: | UNIVERSAL GUARDIAN HOLDINGS, INC. | Bank Name: | The Bank of New York Mellon |
| | | Account: | **********2965 - Checking Account |
| Taxpayer ID#: | **-***9106 | Blanket Bond: | $4,225,000.00 (per case limit) |
| Period Ending: | 08/26/15 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | Uniform<br>Tran. Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 368.78 | 185,805.34 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 418.87 | 185,386.47 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 367.22 | 185,019.25 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 404.41 | 184,614.84 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 390.91 | 184,223.93 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 352.34 | 183,871.59 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 414.46 | 183,457.13 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 375.93 | 183,081.20 |
| 12/13/12 | | RABOBANK MIGRATION<br>TRANSFER OUT | TRANSFER TO 0001000901088<br>20121213 | 9999-000 | | 183,081.20 | 0.00 |

|  | | |
|---|---|---|
| **ACCOUNT TOTALS** | 508,677.32 | 508,677.32 | $0.00 |
| Less: Bank Transfers | 234,036.74 | 502,124.61 | |
| **Subtotal** | 274,640.58 | 6,552.71 | |
| Less: Payment to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$274,640.58** | **$6,552.71** | |

## Form 2
## Cash Receipts and Disbursements Record

| Case Number: | 8:08-BK-13532 ES | Trustee: | JOHN M. WOLFE |
| Case Name: | UNIVERSAL GUARDIAN HOLDINGS, INC. | Bank Name: | The Bank of New York Mellon |
| | | Account: | **********2966 - Checking Account |
| Taxpayer ID#: | **-***9106 | Blanket Bond: | $4,225,000.00 (per case limit) |
| Period Ending: | 08/26/15 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | Uniform<br>Tran. Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/06/10 | | Wire in from JPMorgan Chase Bank, N.A. account 312177262966 | Wire in from JPMorgan Chase Bank, N.A. account 312177262966 | 9999-000 | 621.64 | | 621.64 |
| 08/12/10 | 10132 | INTERNATIONAL SURETIES | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 08/12/2010 FOR CASE #8:08-BK-13532, Blanket Bond #016030867 | 2990-000 | | 62.40 | 559.24 |
| 10/04/10 | | From Account #92000177262965 | | 9999-000 | 42,900.00 | | 43,459.24 |
| 10/04/10 | 10133 | SHULMAN HODGES & BASTIAN LLP | ORDER APPROVING FOURTH INTERIM APPLICATION FOR FEES & EXPENSES PER COURT ORDER 9/23/10 | 3210-000 | | 40,628.00 | 2,831.24 |
| 10/04/10 | 10134 | SHULMAN HODGES & BASTIAN LLP | ORDER APPROVING FOURTH INTERIM APPLICATION FOR FEES & EXPENSES PER COURT ORDER 9/23/10 | 3220-000 | | 1,308.16 | 1,523.08 |
| 11/09/10 | | From Account #92000177262965 | | 9999-000 | 220,000.00 | | 221,523.08 |
| 11/09/10 | 10135 | Mark V. Asdourian, PLC | Order Approving (1) Settlement Agreement Resolving Disputes with Kevin Pickard, an Individual and Pickard and Green, CPAs; and (2) Settlement Agreement Resolving Disputes with Mark V Asdourian, an Individual and Mark V Asdourian, Per Court Order 10/1/10 | 4220-000 | | 32,500.00 | 189,023.08 |
| 11/09/10 | 10136 | Roswell Capital Partners, LLC | Order Approving Settlement Agreement Resolving Disputes with Roswell Capital Partners, LLC and Bridgepointe Master Fund, Ltd, a Cayman Islands Exempted Company and all other Holders of the 2006 Debentures & March 2008 Debentures Per Court Order 10/1/10 | 4120-000 | | 187,500.00 | 1,523.08 |
| 01/06/11 | | From Account #92000177262965 | | 9999-000 | 36,000.00 | | 37,523.08 |

**Form 2**
**Cash Receipts and Disbursements Record**

| | | | | | | |
|---|---|---|---|---|---|---|
| **Case Number:** | 8:08-BK-13532 ES | | | **Trustee:** | JOHN M. WOLFE | |
| **Case Name:** | UNIVERSAL GUARDIAN HOLDINGS, INC. | | | **Bank Name:** | The Bank of New York Mellon | |
| | | | | **Account:** | **********2966 - Checking Account | |
| **Taxpayer ID#:** | **-***9106 | | | **Blanket Bond:** | $4,225,000.00 (per case limit) | |
| **Period Ending:** | 08/26/15 | | | **Separate Bond:** | N/A | |

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | Uniform<br>Tran. Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/06/11 | 10137 | Roswell Capital Partners, LLC | Order Approving Settlement Agreement Resolving Disputes with Roswell Capital Partners, LLC and Bridgepointe Master Fund, Ltd, a Cayman Islands Exempted Company and all other Holders of the 2006 Debentures & March 2008 Debentures Per Court Order 10/1/10; Voided on 01/26/2011 | 4120-003 | | 36,000.00 | 1,523.08 |
| 01/26/11 | 10137 | Roswell Capital Partners, LLC | Order Approving Settlement Agreement Resolving Disputes with Roswell Capital Partners, LLC and Bridgepointe Master Fund, Ltd, a Cayman Islands Exempted Company and all other Holders of the 2006 Debentures & March 2008 Debentures Per Court Order 10/1/10; Check issued on 01/06/2011 | 4120-003 | | -36,000.00 | 37,523.08 |
| 01/26/11 | 10138 | INTERNATIONAL SURETIES | #016030867 BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/26/2011 FOR CASE #8:08-BK-13532 | 2300-000 | | 81.08 | 37,442.00 |
| 02/09/11 | | To Account #92000177262965 | | 9999-000 | | 37,000.00 | 442.00 |
| 08/12/11 | 10139 | INTERNATIONAL SURETIES | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 08/12/2011 FOR CASE #8:08-BK-13532, Bond #016030867 | 2300-000 | | 52.50 | 389.50 |
| 07/11/12 | 10140 | INTERNATIONAL SURETIES | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 07/11/2012 FOR CASE #8:08-BK-13532, Blanket Bond #016030867 | 2300-000 | | 251.26 | 138.24 |
| 09/21/12 | 10141 | INTERNATIONAL SURETIES | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 09/21/2012 FOR CASE #8:08-BK-13532, Bond #016030867 | 2300-000 | | 4.89 | 133.35 |

**Form 2**
**Cash Receipts and Disbursements Record**

| Case Number: | 8:08-BK-13532 ES | Trustee: | JOHN M. WOLFE |
|---|---|---|---|
| Case Name: | UNIVERSAL GUARDIAN HOLDINGS, INC. | Bank Name: | The Bank of New York Mellon |
| | | Account: | **********2966 - Checking Account |
| Taxpayer ID#: | **-***9106 | Blanket Bond: | $4,225,000.00 (per case limit) |
| Period Ending: | 08/26/15 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | Uniform<br>Tran. Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/13/12 | | RABOBANK MIGRATION<br>TRANSFER OUT | TRANSFER TO 0001000901088<br>20121213 | 9999-000 | | 133.35 | 0.00 |

|  |  | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | 299,521.64 | 299,521.64 | **$0.00** |
| Less: Bank Transfers | 299,521.64 | 37,133.35 | |
| **Subtotal** | **0.00** | **262,388.29** | |
| Less: Payment to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$0.00** | **$262,388.29** | |

**Form 2**

**Cash Receipts and Disbursements Record**

| | |
|---|---|
| **Case Number:** | 8:08-BK-13532 ES |
| **Case Name:** | UNIVERSAL GUARDIAN HOLDINGS, INC. |
| **Taxpayer ID#:** | **-***9106 |
| **Period Ending:** | 08/26/15 |

| | |
|---|---|
| **Trustee:** | JOHN M. WOLFE |
| **Bank Name:** | The Bank of New York Mellon |
| **Account:** | **********2967 - Checking Account |
| **Blanket Bond:** | $4,225,000.00 (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | Uniform<br>Tran. Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/19/10 | | From Account #92000177262965 | | 9999-000 | 20,143.41 | | 20,143.41 |
| 04/30/10 | | The Bank of New York Mellon | Interest posting at 0.1200% | 1270-000 | 0.72 | | 20,144.13 |
| 05/28/10 | | The Bank of New York Mellon | Interest posting at 0.1200% | 1270-000 | 2.06 | | 20,146.19 |
| 06/30/10 | | The Bank of New York Mellon | Interest posting at 0.1200% | 1270-000 | 1.98 | | 20,148.17 |
| 07/30/10 | | The Bank of New York Mellon | Interest posting at 0.1200% | 1270-000 | 2.05 | | 20,150.22 |
| 08/31/10 | | The Bank of New York Mellon | Interest posting at 0.1200% | 1270-000 | 2.04 | | 20,152.26 |
| 09/30/10 | | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.16 | | 20,152.42 |
| 10/29/10 | | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.17 | | 20,152.59 |
| 11/30/10 | | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.16 | | 20,152.75 |
| 12/31/10 | | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.17 | | 20,152.92 |
| 01/31/11 | | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.17 | | 20,153.09 |
| 02/28/11 | | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.15 | | 20,153.24 |
| 03/31/11 | | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.17 | | 20,153.41 |
| 04/29/11 | | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.16 | | 20,153.57 |
| 05/31/11 | | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.17 | | 20,153.74 |
| 06/30/11 | | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.16 | | 20,153.90 |
| 07/29/11 | | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.17 | | 20,154.07 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 38.65 | 20,115.42 |
| 08/31/11 | | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.17 | | 20,115.59 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 46.86 | 20,068.73 |
| 09/26/11 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | -1.38 | 20,070.11 |
| 09/30/11 | | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.16 | | 20,070.27 |

**Form 2**
**Cash Receipts and Disbursements Record**

| | | |
|---|---|---|
| **Case Number:** | 8:08-BK-13532 ES | |
| **Case Name:** | UNIVERSAL GUARDIAN HOLDINGS, INC. | |
| **Taxpayer ID#:** | **-***9106 | |
| **Period Ending:** | 08/26/15 | |

| | |
|---|---|
| **Trustee:** | JOHN M. WOLFE |
| **Bank Name:** | The Bank of New York Mellon |
| **Account:** | **********2967 - Checking Account |
| **Blanket Bond:** | $4,225,000.00 (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | Uniform<br>Tran. Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 41.24 | 20,029.03 |
| 10/31/11 | | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.17 | | 20,029.20 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 39.79 | 19,989.41 |
| 11/30/11 | | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.16 | | 19,989.57 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 43.81 | 19,945.76 |
| 12/30/11 | | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.16 | | 19,945.92 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 40.98 | 19,904.94 |
| 01/31/12 | | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.16 | | 19,905.10 |
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 43.51 | 19,861.59 |
| 02/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 39.34 | 19,822.25 |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 40.61 | 19,781.64 |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 39.18 | 19,742.46 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 44.50 | 19,697.96 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 39.01 | 19,658.95 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 42.96 | 19,615.99 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 41.53 | 19,574.46 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 37.43 | 19,537.03 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 44.03 | 19,493.00 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 39.94 | 19,453.06 |

**Form 2**
**Cash Receipts and Disbursements Record**

| Case Number: | 8:08-BK-13532 ES | Trustee: | JOHN M. WOLFE |
|---|---|---|---|
| Case Name: | UNIVERSAL GUARDIAN HOLDINGS, INC. | Bank Name: | The Bank of New York Mellon |
| | | Account: | **********2967 - Checking Account |
| Taxpayer ID#: | **-***9106 | Blanket Bond: | $4,225,000.00 (per case limit) |
| Period Ending: | 08/26/15 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | Uniform<br>Tran. Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/13/12 | | RABOBANK MIGRATION<br>TRANSFER OUT | TRANSFER TO 0001000901088<br>20121213 | 9999-000 | | 19,453.06 | 0.00 |

|  |  | | | |
|---|---|---|---|---|
| **ACCOUNT TOTALS** | | **20,155.05** | **20,155.05** | **$0.00** |
| Less: Bank Transfers | | 20,143.41 | 19,453.06 | |
| **Subtotal** | | **11.64** | **701.99** | |
| Less: Payment to Debtors | | | 0.00 | |
| **NET Receipts / Disbursements** | | **$11.64** | **$701.99** | |

**Form 2**
**Cash Receipts and Disbursements Record**

| Case Number: | 8:08-BK-13532 ES | Trustee: | JOHN M. WOLFE |
|---|---|---|---|
| Case Name: | UNIVERSAL GUARDIAN HOLDINGS, INC. | Bank Name: | Rabobank, N.A. |
| | | Account: | ******5766 - Checking Account |
| Taxpayer ID#: | **-***9106 | Blanket Bond: | $4,225,000.00 (per case limit) |
| Period Ending: | 08/26/15 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | Uniform<br>Tran. Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/14/12 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 183,081.20 | | 183,081.20 |
| 12/31/12 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 271.32 | 182,809.88 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 320.17 | 182,489.71 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 270.92 | 182,218.79 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 280.21 | 181,938.58 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 308.76 | 181,629.82 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 298.66 | 181,331.16 |
| 06/24/13 | | Rabobank, N.A. | Account Closeout Transfer Adjustment | 9999-000 | | 181,331.16 | 0.00 |

|  | | | | ACCOUNT TOTALS | 183,081.20 | 183,081.20 | $0.00 |
|---|---|---|---|---|---|---|---|
| | | | | Less: Bank Transfers | 183,081.20 | 181,331.16 | |
| | | | | **Subtotal** | **0.00** | **1,750.04** | |
| | | | | Less: Payment to Debtors | | 0.00 | |
| | | | | **NET Receipts / Disbursements** | **$0.00** | **$1,750.04** | |

**Form 2**
**Cash Receipts and Disbursements Record**

| Case Number: | 8:08-BK-13532 ES | Trustee: | JOHN M. WOLFE |
|---|---|---|---|
| Case Name: | UNIVERSAL GUARDIAN HOLDINGS, INC. | Bank Name: | Rabobank, N.A. |
| | | Account: | ******5767 - Checking Account |
| Taxpayer ID#: | **-***9106 | Blanket Bond: | $4,225,000.00 (per case limit) |
| Period Ending: | 08/26/15 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | Uniform<br>Tran. Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/14/12 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 133.35 | | 133.35 |
| 06/24/13 | | Rabobank, N.A. | Account Closeout Transfer Adjustment | 9999-000 | | 133.35 | 0.00 |

| | | |
|---|---|---|
| **ACCOUNT TOTALS** | **133.35** | **133.35** | **$0.00** |
| Less: Bank Transfers | 133.35 | 133.35 | |
| **Subtotal** | **0.00** | **0.00** | |
| Less: Payment to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$0.00** | **$0.00** | |

**Form 2**
**Cash Receipts and Disbursements Record**

| Case Number: | 8:08-BK-13532 ES | Trustee: | JOHN M. WOLFE |
|---|---|---|---|
| Case Name: | UNIVERSAL GUARDIAN HOLDINGS, INC. | Bank Name: | Rabobank, N.A. |
| | | Account: | ******5768 - Checking Account |
| Taxpayer ID#: | **-***9106 | Blanket Bond: | $4,225,000.00 (per case limit) |
| Period Ending: | 08/26/15 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | Uniform<br>Tran. Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/14/12 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 19,453.06 | | 19,453.06 |
| 01/28/13 | 11001 | INTERNATIONAL SURETIES | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/04/2013 FOR CASE #8:08-BK-13532, Bond #016030867 | 2300-000 | | 272.38 | 19,180.68 |
| 06/24/13 | | Rabobank, N.A. | Account Closeout Transfer Adjustment | 9999-000 | | 19,180.68 | 0.00 |

|  | | Receipts | Disbursements | Balance |
|---|---|---|---|---|
| **ACCOUNT TOTALS** | | **19,453.06** | **19,453.06** | **$0.00** |
| Less: Bank Transfers | | 19,453.06 | 19,180.68 | |
| **Subtotal** | | **0.00** | **272.38** | |
| Less: Payment to Debtors | | | 0.00 | |
| **NET Receipts / Disbursements** | | **$0.00** | **$272.38** | |

**Form 2**

**Cash Receipts and Disbursements Record**

| Case Number: | 8:08-BK-13532 ES | Trustee: | JOHN M. WOLFE |
|---|---|---|---|
| Case Name: | UNIVERSAL GUARDIAN HOLDINGS, INC. | Bank Name: | American Business Bank |
| | | Account: | ****2744 - Checking |
| Taxpayer ID#: | **-***9106 | Blanket Bond: | $4,225,000.00 (per case limit) |
| Period Ending: | 08/26/15 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | Uniform<br>Tran. Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 06/24/13 | | American Business Bank | Account Opening Deposit Adjustment | 9999-000 | 133.35 | | 133.35 |
| 10/28/13 | | American Business Bank | Bank and Technology Services Fee | 2600-000 | | 0.20 | 133.15 |
| 12/22/13 | 1001 | INTERNATIONAL SURETIES | Bond #016030867 | 2300-000 | | 8.61 | 124.54 |
| 01/09/14 | | From Account# 02112760 | | 9999-000 | 500.00 | | 624.54 |
| 01/10/14 | 1004 | INTERNATIONAL SURETIES | Bond #016030867 | 2300-000 | | 363.61 | 260.93 |
| 02/28/14 | | American Business Bank | Account analysis fee charged in error by bank | 2600-000 | | 16.00 | 244.93 |
| 03/05/14 | | American Business Bank | Account analysis fee charged in error by bank | 2600-000 | | -16.00 | 260.93 |
| 01/20/15 | 1005 | INTERNATIONAL SURETIES | Bond #016030867 | 2300-000 | | 239.93 | 21.00 |

|  | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | 633.35 | 612.35 | $21.00 |
| Less: Bank Transfers | 633.35 | 0.00 | |
| **Subtotal** | 0.00 | 612.35 | |
| Less: Payment to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$0.00** | **$612.35** | |

**Form 2**
**Cash Receipts and Disbursements Record**

| Case Number: | 8:08-BK-13532 ES | Trustee: | JOHN M. WOLFE |
| Case Name: | UNIVERSAL GUARDIAN HOLDINGS, INC. | Bank Name: | American Business Bank |
| | | Account: | ****2752 - Checking |
| Taxpayer ID#: | **-***9106 | Blanket Bond: | $4,225,000.00 (per case limit) |
| Period Ending: | 08/26/15 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | Uniform<br>Tran. Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 06/24/13 | | American Business Bank | Account Opening Deposit Adjustment | 9999-000 | 19,180.68 | | 19,180.68 |
| 07/28/13 | | American Business Bank | Bank and Technology Services Fee | 2600-000 | | 29.41 | 19,151.27 |
| 08/27/13 | | American Business Bank | Bank and Technology Services Fee | 2600-000 | | 28.45 | 19,122.82 |
| 09/27/13 | | American Business Bank | Bank and Technology Services Fee | 2600-000 | | 31.16 | 19,091.66 |
| 10/28/13 | | American Business Bank | Bank and Technology Services Fee | 2600-000 | | 28.36 | 19,063.30 |
| 11/27/13 | | American Business Bank | Bank and Technology Services Fee | 2600-000 | | 28.33 | 19,034.97 |
| 12/27/13 | | American Business Bank | Bank and Technology Services Fee | 2600-000 | | 28.29 | 19,006.68 |
| 01/24/14 | | American Business Bank | Bank and Technology Services Fee | 2600-000 | | 25.51 | 18,981.17 |
| 02/25/14 | | American Business Bank | Bank and Technology Services Fee | 2600-000 | | 29.12 | 18,952.05 |
| 02/28/14 | | American Business Bank | Account analysis fee charged in error by bank | 2600-000 | | 16.29 | 18,935.76 |
| 03/05/14 | | American Business Bank | Reversal of account analysis fee charged in error by bank | 2600-000 | | -16.29 | 18,952.05 |
| 03/25/14 | | American Business Bank | Bank and Technology Services Fee | 2600-000 | | 26.35 | 18,925.70 |
| 04/25/14 | | American Business Bank | Bank and Technology Services Fee | 2600-000 | | 28.13 | 18,897.57 |
| 05/27/14 | | American Business Bank | Bank and Technology Services Fee | 2600-000 | | 28.99 | 18,868.58 |
| 06/25/14 | | American Business Bank | Bank and Technology Services Fee | 2600-000 | | 26.24 | 18,842.34 |
| 07/25/14 | | American Business Bank | Bank and Technology Services Fee | 2600-000 | | 27.10 | 18,815.24 |
| 08/25/14 | | American Business Bank | Bank and Technology Services Fee | 2600-000 | | 27.97 | 18,787.27 |
| 09/25/14 | | Title XI | Bank and Technology Services Fee | 2600-000 | | 27.92 | 18,759.35 |
| 10/24/14 | | Title XI | Bank and Technology Services Fee | 2600-000 | | 26.08 | 18,733.27 |
| 11/25/14 | | Title XI | Bank and Technology Services Fee | 2600-000 | | 28.75 | 18,704.52 |
| 12/24/14 | | Title XI | Bank and Technology Services Fee | 2600-000 | | 26.01 | 18,678.51 |
| 01/30/15 | | Title XI | Bank and Technology Services Fee | 2600-000 | | 33.14 | 18,645.37 |

**Form 2**
**Cash Receipts and Disbursements Record**

| Case Number: | 8:08-BK-13532 ES | Trustee: | JOHN M. WOLFE |
|---|---|---|---|
| Case Name: | UNIVERSAL GUARDIAN HOLDINGS, INC. | Bank Name: | American Business Bank |
| | | Account: | ****2752 - Checking |
| Taxpayer ID#: | **-***9106 | Blanket Bond: | $4,225,000.00 (per case limit) |
| Period Ending: | 08/26/15 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | Uniform<br>Tran. Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 02/27/15 | | Title XI | Bank and Technology Services Fee | 2600-000 | | 25.04 | 18,620.33 |
| 03/31/15 | | Title XI | Bank and Technology Services Fee | 2600-000 | | 28.57 | 18,591.76 |
| 04/30/15 | | Title XI | Bank and Technology Services Fee | 2600-000 | | 25.85 | 18,565.91 |
| 05/28/15 | | Title XI | Bank and Technology Services Fee | 2600-000 | | 26.71 | 18,539.20 |
| 06/28/15 | | Title XI | Bank and Technology Services Fee | 2600-000 | | 26.67 | 18,512.53 |

| | | | | |
|---|---|---|---|---|
| **ACCOUNT TOTALS** | | 19,180.68 | 668.15 | **$18,512.53** |
| Less: Bank Transfers | | 19,180.68 | 0.00 | |
| **Subtotal** | | 0.00 | 668.15 | |
| Less: Payment to Debtors | | | 0.00 | |
| **NET Receipts / Disbursements** | | **$0.00** | **$668.15** | |

**Form 2**
**Cash Receipts and Disbursements Record**

| Case Number: | 8:08-BK-13532 ES | Trustee: | JOHN M. WOLFE |
|---|---|---|---|
| Case Name: | UNIVERSAL GUARDIAN HOLDINGS, INC. | Bank Name: | American Business Bank |
| | | Account: | ****2760 - Checking |
| Taxpayer ID#: | **-***9106 | Blanket Bond: | $4,225,000.00 (per case limit) |
| Period Ending: | 08/26/15 | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 06/24/13 | | American Business Bank | Account Opening Deposit Adjustment | 9999-000 | 181,331.16 | | 181,331.16 |
| 07/28/13 | | American Business Bank | Bank and Technology Services Fee | 2600-000 | | 278.02 | 181,053.14 |
| 08/27/13 | | American Business Bank | Bank and Technology Services Fee | 2600-000 | | 268.97 | 180,784.17 |
| 09/27/13 | | American Business Bank | Bank and Technology Services Fee | 2600-000 | | 294.54 | 180,489.63 |
| 10/28/13 | | American Business Bank | Bank and Technology Services Fee | 2600-000 | | 268.09 | 180,221.54 |
| 11/27/13 | | American Business Bank | Bank and Technology Services Fee | 2600-000 | | 267.85 | 179,953.69 |
| 12/27/13 | | American Business Bank | Bank and Technology Services Fee | 2600-000 | | 267.46 | 179,686.23 |
| 01/09/14 | | To Account# 02112744 | | 9999-000 | | 500.00 | 179,186.23 |
| 01/24/14 | | American Business Bank | Bank and Technology Services Fee | 2600-000 | | 240.86 | 178,945.37 |
| 02/25/14 | | American Business Bank | Bank and Technology Services Fee | 2600-000 | | 274.52 | 178,670.85 |
| 03/05/14 | | American Business Bank | Reversal of account analysis fee charged in error by bank | 2600-000 | | -17.46 | 178,688.31 |
| 03/24/14 | | American Business Bank | Account analysis fee charged in error by bank | 2600-000 | | 17.46 | 178,670.85 |
| 03/25/14 | | American Business Bank | Bank and Technology Services Fee | 2600-000 | | 248.41 | 178,422.44 |
| 04/25/14 | | American Business Bank | Bank and Technology Services Fee | 2600-000 | | 265.16 | 178,157.28 |
| 05/27/14 | | American Business Bank | Bank and Technology Services Fee | 2600-000 | | 273.31 | 177,883.97 |
| 06/25/14 | | American Business Bank | Bank and Technology Services Fee | 2600-000 | | 247.41 | 177,636.56 |
| 07/25/14 | | American Business Bank | Bank and Technology Services Fee | 2600-000 | | 255.49 | 177,381.07 |
| 08/25/14 | | American Business Bank | Bank and Technology Services Fee | 2600-000 | | 263.66 | 177,117.41 |
| 09/25/14 | | Title XI | Bank and Technology Services Fee | 2600-000 | | 263.25 | 176,854.16 |
| 10/24/14 | | Title XI | Bank and Technology Services Fee | 2600-000 | | 245.89 | 176,608.27 |
| 11/25/14 | | Title XI | Bank and Technology Services Fee | 2600-000 | | 271.00 | 176,337.27 |
| 12/24/14 | | Title XI | Bank and Technology Services Fee | 2600-000 | | 245.19 | 176,092.08 |

**Form 2**
**Cash Receipts and Disbursements Record**

| Case Number: | 8:08-BK-13532 ES | Trustee: | JOHN M. WOLFE |
|---|---|---|---|
| Case Name: | UNIVERSAL GUARDIAN HOLDINGS, INC. | Bank Name: | American Business Bank |
|  |  | Account: | ****2760 - Checking |
| Taxpayer ID#: | **-***9106 | Blanket Bond: | $4,225,000.00 (per case limit) |
| Period Ending: | 08/26/15 | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 01/30/15 | | Title XI | Bank and Technology Services Fee | 2600-000 | | 312.41 | 175,779.67 |
| 02/27/15 | | Title XI | Bank and Technology Services Fee | 2600-000 | | 236.05 | 175,543.62 |
| 03/19/15 | | John M. Wolfe | International Surety, LTD Chapter 7 Bond Premium refund | 2300-000 | | -94.16 | 175,637.78 |
| 03/31/15 | | Title XI | Bank and Technology Services Fee | 2600-000 | | 269.42 | 175,368.36 |
| 04/30/15 | | Title XI | Bank and Technology Services Fee | 2600-000 | | 243.83 | 175,124.53 |
| 05/04/15 | 1001 | SHULMAN HODGES & BASTIAN LLP | Order Granting Fifth Application For Compensation Per Court Order 4/30/2015 | 3210-000 | | 45,853.50 | 129,271.03 |
| 05/04/15 | 1002 | SHULMAN HODGES & BASTIAN LLP | Order Granting Fifth Application For Compensation Per Court Order 4/30/2015 | 3220-000 | | 3,562.78 | 125,708.25 |
| 05/28/15 | | Title XI | Bank and Technology Services Fee | 2600-000 | | 214.01 | 125,494.24 |
| 06/28/15 | | Title XI | Bank and Technology Services Fee | 2600-000 | | 180.51 | 125,313.73 |

|  |  |  |
|---|---|---|
| **ACCOUNT TOTALS** | **181,331.16** | **56,017.43** | **$125,313.73** |
| Less: Bank Transfers | 181,331.16 | 500.00 | |
| **Subtotal** | **0.00** | **55,517.43** | |
| Less: Payment to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$0.00** | **$55,517.43** | |

**Form 2**
**Cash Receipts and Disbursements Record**

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # ****2744 | 0.00 | 612.35 | 21.00 |
| Checking # ****2752 | 0.00 | 668.15 | 18,512.53 |
| Checking # ****2760 | 0.00 | 55,517.43 | 125,313.73 |
| Money Market # ********2965 | 408,875.33 | 0.00 | 0.00 |
| Checking # ********2966 | 0.00 | 211,216.95 | 0.00 |
| Checking # ******5766 | 0.00 | 1,750.04 | 0.00 |
| Checking # ******5767 | 0.00 | 0.00 | 0.00 |
| Checking # ******5768 | 0.00 | 272.38 | 0.00 |
| Checking # **********2965 | 274,640.58 | 6,552.71 | 0.00 |
| Checking # **********2966 | 0.00 | 262,388.29 | 0.00 |
| Checking # **********2967 | 11.64 | 701.99 | 0.00 |
| | $683,527.55 | $539,680.29 | $143,847.26 |

Central District Of California

**Claims Register**

8:08-bk-13532-ES Universal Guardian Holdings, Inc.

**Judge:** Erithe A. Smith          **Chapter:** 7
**Office:** Santa Ana               **Last Date to file claims:** 11/24/2008
**Trustee:** John M Wolfe (TR)      **Last Date to file (Govt):** 02/18/2009

| Creditor: (20606671)<br>LexisNexis<br>3 Killiney Road #08-<br>08 Winsland House 1<br>Singapore 239519 | | | | Claim No: 1<br>Original File<br>Original Ent |
|---|---|---|---|---|

| Amount | claimed: | $6000.00 | |
|---|---|---|---|
| Unsecured | claimed: | $6000.00 | |

| History: |
|---|
| Details | 1-1 | 08/28/2008 | Claim #1 filed by LexisNexis, Amount claimed: $6000.00 (Daniels, Sally ) |
| | 173 | 01/16/2015 | Motion to Disallow Claims<br>*Notice of Motion and Chapter 7 Trustees Motion for Order Disallowing the Following Claims (Not Obligations of Debtor): Claim 1 and Claim 48 Filed by LexisNexis, Claim 6 Filed by CCIF CPA Limited, Claim 8 filed by Harry G. G*<br>Filed by Trustee John M Wolfe (TR) (Bastian, James) |
| | 218 | 03/23/2015 | Order Disallowing the Following Claims: (BNC-PDF) (Related Doc # 173) 1,6,8,11,13,18,21,37,42,43,44,48,53 Signed on 3/23/2015. (Reid, Rick) Status: Disallow |

| Description: |
|---|
| Remarks: Claim disallowed per Court Order 3/23/15 |

| Creditor: (20741560)<br>Eckert's Van & Storage<br>849 Grand Avenue<br>San Marcos CA 92078 | | Claim No: 2<br>Original Filed Date: 09/04/2008<br>Original Entered Date: 09/09/2008 | Status: Disallow 164<br>Filed by: CR<br>Entered by: Glenda Deramus<br>Modified: |
|---|---|---|---|

| Amount | claimed: | $1752.50 | |
|---|---|---|---|
| Unsecured | claimed: | $1752.50 | |

| History: |
|---|
| Details | 2-1 | 09/04/2008 | Claim #2 filed by Eckert's Van & Storage, Amount claimed: $1752.50 (Deramus, Glenda ) |
| | 153 | 07/16/2014 | Motion to Disallow Claims<br>*Notice of Motion and Chapter 7 Trustees Motion Objecting to Claim 2 by Eckerts Van & Storage (Allowed as Secured Only, Not Entitled to Share in a Distribution From the Estate); Memorandum of Points and Authorities and De*<br>Filed by Trustee John M Wolfe (TR) (Lowe, Melissa) |
| | 164 | 09/05/2014 | Order Disallowing Claim 2 by Eckert's Van & Storage (Allowed as Secured Only, Not Entitled to Share in a Distribution from the Estate) (BNC-PDF) (Related Doc # 153) 2 Signed on 9/5/2014. (Daniels, Sally) Status: Disallow |

| Description: |
|---|
| Remarks: Claim disallowed per Court Order 9/5/14 |

| Creditor: (20752927)<br>Franchise Tax Board<br>Special Procedures Section<br>P O Box 2952<br>Sacramento, CA 95812-2952 | | Claim No: 3<br>Original Filed Date: 09/05/2008<br>Original Entered Date: 09/11/2008 | Status:<br>Filed by: CR<br>Entered by: Susan Kent<br>Modified: |
|---|---|---|---|

| Amount | claimed: | $4170.55 | |
|---|---|---|---|
| Priority | claimed: | $4170.55 | |

| History: |
|---|
| Details | | 3-1 | 09/05/2008 | Claim #3 filed by Franchise Tax Board, Amount claimed: $4170.55 (Kent, Susan ) |

| Description: |
|---|
| Remarks: Amended by Claim #83 |

| Creditor: (20752927)<br>Franchise Tax Board<br>Special Procedures Section<br>P O Box 2952 | | Claim No: 4<br>Original Filed Date: 09/05/2008<br>Original Entered Date: 09/11/2008 | Status:<br>Filed by: CR<br>Entered by: Susan Kent<br>Modified: |
|---|---|---|---|

Sacramento, CA 95812-2952

| Amount | claimed: | $4585.81 | | |
| Priority | claimed: | $4281.39 | | |
| Unsecured | claimed: | $304.42 | | |

*History:*

| Details | | 4-1 | 09/05/2008 | Claim #4 filed by Franchise Tax Board, Amount claimed: $4585.81 (Kent, Susan ) |

*Description:*

*Remarks:* Chapter 7 Admin Claim $4,281.39 and priority general unsecured in the amount of $304.42

---

*Creditor:*    (20778101)
AJ Robbins, PC
216 16th St.
Suite 600
Denver, Co. 80202

*Claim No: 5*
*Original Filed Date:* 09/15/2008
*Original Entered Date:* 09/17/2008

*Status:* Disallow 211
*Filed by:* CR
*Entered by:* Susan Kent
*Modified:*

| Amount | claimed: | $52560.22 | | |
| Unsecured | claimed: | $52560.22 | | |

*History:*

| Details | 5-1 | 09/15/2008 | Claim #5 filed by AJ Robbins, PC, Amount claimed: $52560.22 (Kent, Susan ) |
| | 171 | 01/16/2015 | Motion to Disallow Claims |
| | | | *Notice of Motion and Chapter 7 Trustees Motion for Order Disallowing Claim 5 Filed by AJ Robbins, PC (Not Entitled to Interest); Memorandum of Points and Authorities and Declaration of John M. Wolfe in Support (with proof o...* Filed by Trustee John M Wolfe (TR) (Bastian, James) |
| | 211 | 03/16/2015 | Order Disallowing In Part Claim Number 5 Filed By AJ Robbins, PC (BNC-PDF) (Related Doc # 171) 5 Signed on 3/16/2015. (Reid, Rick) Status: Disallow |

*Description:*

*Remarks:* Allowed general unsecured claim in the amount of $51,419.32 per Court Order 3/16/15

---

*Creditor:*    (20780700)
CCIF CPA Limited
10/F Sunning Plaza
10 Hysan Avenue
Causeway Bay, Hong Kong

| Amount | claimed: | $10762.00 | | |
| Unsecured | claimed: | $10762.00 | | |

*History:*

| Details | 6-1 | 09/16/2008 | Claim #6 filed by CCIF CPA Limited, Amount claimed: $10762.00 (Kent, Susan ) |
| | 173 | 01/16/2015 | Motion to Disallow Claims |
| | | | *Notice of Motion and Chapter 7 Trustees Motion for Order Disallowing the Following Claims (Not Obligations of Debtor): Claim 1 and Claim 48 Filed by LexisNexis, Claim 6 filed by CCIF CPA Limited, Claim 8 filed by Harry G. G...* Filed by Trustee John M Wolfe (TR) (Bastian, James) |
| | 218 | 03/23/2015 | Order Disallowing the Following Claims: (BNC-PDF) (Related Doc # 173) 1,6,8,11,13,18,21,37,42,43,44,48,53 Signed on 3/23/2015. (Reid, Rick) Status: Disallow |

*Description:*

*Remarks:* Claim disallowed per Court Order 3/23/15

---

*Creditor:*    (20781071)
Constantinos Zavos
P O Box 51337
3504 Limassol, Cyprus

*Claim No: 7*
*Original Filed Date:* 09
*Original Entered Date*

*No amounts claimed*

*History:*

| Details | 7-1 | 09/16/2008 | Claim #7 filed by Constantinos Zavos, Amount claimed: (Kent, Susan ) |
| | 186 | 01/16/2015 | Motion to Disallow Claims |
| | | | *Notice of Motion and Chapter 7 Trustees Motion for Order Disallowing the Following Claims (Equity): Claim 7 Filed by Constantinos Zavos, Claim 12 Filed by Harold P. Threlkeld, Claim 16 filed by WD Partners I, LP, Claim 69 F...* Filed by Trustee John M Wolfe (TR) (Bastian, James) |
| | 212 | 03/16/2015 | Order Granting Motion To Disallow The Following Claims (Equity) (BNC-PDF) (Related Doc # 186) (7,12,16,69,70,71,72,73,74,75,76,77) Signed on 3/16/2015. (Reid, Rick) Status: Disallow |

*Description:* (7-1) 5,000 Shares

*Remarks:* Claim disallowed per Court Order 3/16/15

| Creditor: | (20806149) |
|---|---|

Harry G G Naismith
34 Buchanan Gardens, St Andrews,
Fife, Scotland, U.K.

| Amount | claimed: | $80160.00 | |||
|---|---|---|---|
| Unsecured | claimed: | $80160.00 | |||

*History:*

| Details | 8-1 | 09/19/2008 | Claim #8 filed by Harry G G Naismith, Amount claimed: $80160.00 (Reid, Rick ) |
|---|---|---|---|
| | 173 | 01/16/2015 | Motion to Disallow Claims *Notice of Motion and Chapter 7 Trustees Motion for Order Disallowing the Following Claims (Not Obligations of Debtor): Claim 1 and Claim 48 Filed by LexisNexis, Claim 6 Filed by CCIF CPA Limited, Claim 8 filed by Harry G. G Filed by Trustee John M Wolfe (TR) (Bastian, James)* |
| | 218 | 03/23/2015 | Order Disallowing the Following Claims: (BNC-PDF) (Related Doc # 173) 1,6,8,11,13,18,21,37,42,43,44,48,53 Signed on 3/23/2015. (Reid, Rick) Status: Disallow |

*Description:*

*Remarks:* Claim disallowed per Court Order 3/23/15

---

| Creditor: | (20836574) | Claim No: 9 | Status: Withdraw 115 |
|---|---|---|---|
| AICCO Inc | | Original Filed Date: 09/18/2008 | Filed by: CR |
| Imperial AI Credit Companies Inc | | Original Entered Date: 09/30/2008 | Entered by: Glenda Deramus |
| 101 Hudson St 34th Fl | | | Modified: |
| Jersey City New Jersey 07302 | | | |

| Amount | claimed: | $725.16 | |||
|---|---|---|---|
| Unsecured | claimed: | $725.16 | |||

*History:*

| Details | 9-1 | 09/18/2008 | Claim #9 filed by AICCO Inc, Amount claimed: $725.16 (Deramus, Glenda ) |
|---|---|---|---|
| | 115 | 04/23/2009 | Withdrawal of Claim(s): 9 in the amount of $725.16 - Filed by AICCO Inc (Arellano, Arturo) Status: Withdraw |

*Description:*

*Remarks:* Claim withdrawn

---

| Creditor: | (20845030) | Claim No: 10 | Status: |
|---|---|---|---|
| Broadridge Financial Solutions | | Original Filed Date: 09/26/2008 | Filed by: CR |
| 51 Mercedes Way | | Original Entered Date: 10/02/2008 | Entered by: Sally Daniels |
| Edgewood, NY 11717 | | | Modified: |

| Amount | claimed: | $11696.26 | |||
|---|---|---|---|
| Secured | claimed: | $11696.26 | |||

*History:*

| Details | 10-1 | 09/26/2008 | Claim #10 filed by Broadridge Financial Solutions, Amount claimed: $11696.26 (Daniels, Sally ) |
|---|---|---|---|

*Description:*

*Remarks:* Allowed general unsecured claim

---

| Creditor: | (20647059)    History |
|---|---|

William Henry (Bill) Wyllie
41 Warren Drive, Wallasey, Wirral,
CH45 0JW, UK

| Amount | claimed: | $62404.68 | |||
|---|---|---|---|
| Unsecured | claimed: | $62404.68 | |||

*History:*

| Details | 11-1 | 09/25/2008 | Claim #11 filed by William Henry (Bill) Wyllie, Amount claimed: $62404.68 (Allen, Gloria ) |
|---|---|---|---|
| | 173 | 01/16/2015 | Motion to Disallow Claims *Notice of Motion and Chapter 7 Trustees Motion for Order Disallowing the Following Claims (Not Obligations of Debtor): Claim 1 and Claim 48 Filed by LexisNexis, Claim 6 Filed by CCIF CPA Limited, Claim 8 filed by Harry G. G Filed by Trustee John M Wolfe (TR) (Bastian, James)* |
| | 218 | 03/23/2015 | Order Disallowing the Following Claims: (BNC-PDF) (Related Doc # 173) 1,6,8,11,13,18,21,37,42,43,44,48,53 Signed on 3/23/2015. (Reid, Rick) Status: Disallow |

*Description:*

Claim disallowed per Court Order 3/23/15

Remarks:

| Creditor: | (21090433) | | | | | Claim |
|---|---|---|---|---|---|---|
| Harold P Threlkeld | | | | | | Origin |
| P O Box 1385 | | | | | | Origin |
| Anderson, SC 29622-1385 | | | | | | |

| Amount | claimed: | $25000.00 | |
|---|---|---|---|
| Unsecured | claimed: | $25000.00 | |

| History: | | | |
|---|---|---|---|
| Details | 12-1 | 10/02/2008 | Claim #12 filed by Harold P Threlkeld, Amount claimed: $25000.00 (Kent, Susan ) |
| | 186 | 01/16/2015 | Motion to Disallow Claims *Notice of Motion and Chapter 7 Trustees Motion for Order Disallowing the Following Claims (Equity): Claim 7 Filed by Constantinos Zavos, Claim 12 Filed by Harold P. Threlkeld, Claim 16 Filed by WD Partners I, LP, Claim 69 F Filed by Trustee John M Wolfe (TR) (Bastian, James)* |
| | 212 | 03/16/2015 | Order Granting Motion To Disallow The Following Claims (Equity) (BNC-PDF) (Related Doc # 186) (7,12,16,69,70,71,72,73,74,75,76,77) Signed on 3/16/2015. (Reid, Rick) Status: Disallow |

Description:

Remarks: Claim disallowed per Court Order 3/16/15

| Creditor: | (21366059) |
|---|---|
| Intelesis Technologies Corporation | |
| 9666 Business Park Ave #110 | |
| San Diego, CA 92131 | |

| Amount | claimed: | $327936.19 | |
|---|---|---|---|
| Unsecured | claimed: | $327936.19 | |

| History: | | | |
|---|---|---|---|
| Details | 13-1 | 10/03/2008 | Claim #13 filed by Intelesis Technologies Corporation, Amount claimed: $327936.19 (Reid, Rick ) |
| | 173 | 01/16/2015 | Motion to Disallow Claims *Notice of Motion and Chapter 7 Trustees Motion for Order Disallowing the Following Claims (Not Obligations of Debtor): Claim 1 and Claim 48 Filed by LexisNexis, Claim 6 Filed by CCIF CPA Limited, Claim 8 filed by Harry G. G Filed by Trustee John M Wolfe (TR) (Bastian, James)* |
| | 218 | 03/23/2015 | Order Disallowing the Following Claims: (BNC-PDF) (Related Doc # 173) 1,6,8,11,13,18,21,37,42,43,44,48,53 Signed on 3/23/2015. (Reid, Rick) Status: Disallow |

Description:

Remarks: Claim disallowed per Court Order 3/23/15

| Creditor: | (20393523) | | Claim No: 14 | | Status: | |
|---|---|---|---|---|---|---|
| Kevin Westcott | | | Original Filed Date: 10/07/2008 | | Filed by: CR | |
| 234 Via Graziana | | | Original Entered Date: 10/10/2008 | | Entered by: Glenda Deramus | |
| Newport Beach, CA 92663 | | | | | Modified: | |

| Amount | claimed: | $62263.05 | |
|---|---|---|---|
| Unsecured | claimed: | $62263.05 | |

| History: | | | |
|---|---|---|---|
| Details | 14-1 | 10/07/2008 | Claim #14 filed by Kevin Westcott, Amount claimed: $62263.05 (Deramus, Glenda ) |

Description:

Remarks: Allowed general unsecured claim

| Creditor: | (21789638) | Claim No: 15 |
|---|---|---|
| Gerald Russell Cummings | | Original Filed Date: 10/09/2008 |
| PO Box 9229 | | Original Entered Date: 10/16/2008 |
| Apt - B-305 | | |
| Dubai, United Arab Emirates | | |

| Amount | claimed: | $132941.00 | |
|---|---|---|---|
| Unsecured | claimed: | $132941.00 | |

| History: | | | |
|---|---|---|---|
| Details | 15-1 | 10/09/2008 | Claim #15 filed by Gerald Russell Cummings, Amount claimed: $132941.00 (Allen, Gloria ) |

| | | 155 | 07/16/2014 | Motion to Disallow Claims |
| | | | | *Notice of Motion and Chapter 7 Trustees Motion for Order Disallowing the Following Claims: Claim 19 Filed by David Hopps, Claim 15 and 34 filed by Gerald Russell Cummings, Claims 46, 47, 54, and 55 Filed By Philip E. Cook Filed by Trustee John M Wolfe (TR) (Lowe, Melissa)* |
| | | 163 | 09/05/2014 | Order Disallowing the Following Claims: Claim #19 - David Hopps; Claim #15 and #34 - Gerald Russell Cummings; Claim #46, #47, #54, #55 - Philip E Cook (BNC-PDF) (Related Doc # 155) 15,19,34,46,47,54,55 Signed on 9/5/2 |

Description: (15-1) 7088

Remarks:

---

| Creditor: (22332670) | Claim #: 16 |
| WD Partners I LP | Original Filed Dat |
| 6800 Jericho Turnpike STe 216W | Original Entered L |
| Syosset NY 11791-4488 | |

| Amount | claimed: | $200000.00 | | | |
| Unsecured | claimed: | $200000.00 | | | |

History:

| Details | 16- 1 | 10/14/2008 | Claim #16 filed by WD Partners I LP, Amount claimed: $200000.00 (Deramus, Glenda ) |
| | 186 | 01/16/2015 | Motion to Disallow Claims |
| | | | *Notice of Motion and Chapter 7 Trustees Motion for Order Disallowing the Following Claims (Equity): Claim 7 Filed by Constantinos Zavos, Claim 12 Filed by Harold P. Threlkeld, Claim 16 Filed by WD Partners I, LP, Claim 69 F Filed by Trustee John M Wolfe (TR) (Bastian, James)* |
| | 212 | 03/16/2015 | Order Granting Motion To Disallow The Following Claims (Equity) (BNC-PDF) (Related Doc # 186) (7,12,16,69,70,71,72,73,74,75,76,77) Signed on 3/16/2015. (Reid, Rick) Status: Disallow |

Description:

Remarks: Claim disallowed per Court Order 3/16/15

---

| Creditor: (20393535) | Claim No: 17 | Status: |
| Paul M. Cooney | Original Filed Date: 10/24/2008 | Filed by: CR |
| 3124 Shore Road | Original Entered Date: 10/29/2008 | Entered by: Susan Kent |
| Bellmore, NY 11710 | | Modified: |

| Amount | claimed: | $237500.00 | | | |
| Secured | claimed: | $237500.00 | | | |

History:

| Details | 17-1 | 10/24/2008 | Claim #17 filed by Paul M. Cooney, Amount claimed: $237500.00 (Kent, Susan ) |

Description: Allowed Secured Claim $30,000.00 and General Unsecured Claim $207,500.00

Remarks: Order Approving Settlement Agreement Resolving Disputes with Roswell Capital Partners, LLC and Bridgepointe Master Fund, Ltd, a Cayman Islands
Exempted Company and all other Holders of the 2006 Debentures and the March 2008 Debentures Per Court Order 10/1/2010

---

| Creditor: (22364047) | Claim No: 18 |
| Stephen Acornley | Original Filed Date: 1( |
| 6 Fox Knowe Place Eliburn | Original Entered Date |
| Livingston EH 546TX | |
| United Kingdom | |

| Amount | claimed: | $10451.83 | | | |
| Unsecured | claimed: | $10451.83 | | | |

History:

| Details | 18- 1 | 10/20/2008 | Claim #18 filed by Stephen Acornley, Amount claimed: $10451.83 (Deramus, Glenda ) |
| | 173 | 01/16/2015 | Motion to Disallow Claims |
| | | | *Notice of Motion and Chapter 7 Trustees Motion for Order Disallowing the Following Claims (Not Obligations of Debtor): Claim 1 and Claim 48 Filed by LexisNexis, Claim 6 Filed by CCIF CPA Limited, Claim 8 filed by Harry G. G Filed by Trustee John M Wolfe (TR) (Bastian, James)* |
| | 218 | 03/23/2015 | Order Disallowing the Following Claims: (BNC-PDF) (Related Doc # 173) 1,6,8,11,13,18,21,37,42,43,44,48,53 Signed on 3/23/2015. (Reid, Rick) Status: Disallow |

Description:

Remarks: Claim disallowed per Court Order 3/23/15

---

| Creditor: (20600625) | Claim No: 19 |
| David Hopps | Original Filed Date: 10/20/2008 |
| Four Pillars Security LTD | Original Entered Date: 10/29/2008 |
| Hadleigh Bee Farm | |
| Pond Hall Rd, Hadleigh, | |

Ipswich, Suffolk, England IP7 5PT

| Amount | claimed: | $48482.50 | | | |
| Unsecured | claimed: | $48482.50 | | | |

History:

| Details | 19-1 | 10/20/2008 | Claim #19 filed by David Hopps, Amount claimed: $48482.50 (Deramus, Glenda ) |
| | 155 | 07/16/2014 | Motion to Disallow Claims |
| | | | *Notice of Motion and Chapter 7 Trustees Motion for Order Disallowing the Following Claims: Claim 19 Filed by David Hopps, Claim 15 and 34 filed by Gerald Russell Cummings, Claims 46, 47, 54, and 55 Filed By Philip E. Cook* Filed by Trustee John M Wolfe (TR) (Lowe, Melissa) |
| | 163 | 09/05/2014 | Order Disallowing the Following Claims: Claim #19 - David Hopps; Claim #15 and #34 - Gerald Russell Cummings; Claim #46, #47, #54, #55 - Philip E Cook (BNC-PDF) (Related Doc # 155) 15,19,34,46,47,54,55 Signed on 9/5/2 |

Description:

Remarks: Claim disallowed per Court Order 9/5/14

| Creditor: | (20393490) | Claim No: 20 | Status: |
| Carol Grossman | | *Original Filed Date:* 10/27/2008 | *Filed by:* CR |
| 6 Lynridge Lane | | *Original Entered Date:* 10/30/2008 | *Entered by:* Glenda Deramus |
| Huntington, NY 11743 | | | *Modified:* |

| Amount | claimed: | $59375.00 | | | |
| Unsecured | claimed: | $59375.00 | | | |

History:

| Details | | 20-1 | 10/27/2008 | Claim #20 filed by Carol Grossman, Amount claimed: $59375.00 (Deramus, Glenda ) |

Description: Allowed Secured Claim $7,500.00 and General Unsecured Claim $51,875.00.

Remarks: Order Approving Settlement Agreement Resolving Disputes with Roswell Capital Partners, LLC and Bridgepointe Master Fund, Ltd, a Cayman Islands Exempted Company and all other Holders of the 2006 Debentures and the March 2008 Debentures Per Court Order 10/1/2010

| Creditor: | (22381238) |
| Rick Blakey-Scholes | |
| 56 Taylor Rd | |
| Forrestdale Perth Western Australia 6112 | |

| Amount | claimed: | $24873.00 | | | |
| Unsecured | claimed: | $24873.00 | | | |

History:

| Details | 21-1 | 10/28/2008 | Claim #21 filed by Rick Blakey-Scholes, Amount claimed: $24873.00 (Deramus, Glenda ) |
| | 173 | 01/16/2015 | Motion to Disallow Claims |
| | | | *Notice of Motion and Chapter 7 Trustees Motion for Order Disallowing the Following Claims (Not Obligations of Debtor): Claim 1 and Claim 48 Filed by LexisNexis, Claim 6 Filed by CCIF CPA Limited, Claim 8 filed by Harry G. G* Filed by Trustee John M Wolfe (TR) (Bastian, James) |
| | 218 | 03/23/2015 | Order Disallowing the Following Claims: (BNC-PDF) (Related Doc # 173) 1,6,8,11,13,18,21,37,42,43,44,48,53 Signed on 3/23/2015. (Reid, Rick) Status: Disallow |

Description:

Remarks: Claim disallowed per Court Order 3/23/15

| Creditor: | (22383520) | Claim No: 22 | Status: |
| John M Krieger | | *Original Filed Date:* 10/29/2008 | *Filed by:* CR |
| c/o MIS Environmental Services | | *Original Entered Date:* 10/31/2008 | *Entered by:* Sally Daniels |
| 3515 Janes Ave Ste 1 | | | *Modified:* |
| Saginaw, MI 48601-6369 | | | |

| Amount | claimed: | $59375.00 | | | |
| Secured | claimed: | $59375.00 | | | |

History:

| Details | | 22-1 | 10/29/2008 | Claim #22 filed by John M Krieger, Amount claimed: $59375.00 (Daniels, Sally ) |

Description: Allowed Secured Claim $7,500.00 and General Unsecured Claim $51,875.00.

Remarks: Order Approving Settlement Agreement Resolving Disputes with Roswell Capital Partners, LLC and Bridgepointe Master Fund, Ltd, a Cayman Islands Exempted Company and all other Holders of the 2006 Debentures and the March 2008 Debentures Per Court Order 10/1/2010

| Creditor: | (22383776) | Claim No: 23 | Status: |
| Roger Neal Keesee, Jr | | *Original Filed Date:* 10/29/2008 | *Filed by:* CR |

10 S Jefferson St Ste 1400
Roanoke, VA 24011

| Amount | claimed: | $118750.00 | |||
|---|---|---|---|
| Secured | claimed: | $118750.00 | |||

*History:*

| Details | | 23-1 | 10/29/2008 | Claim #23 filed by Roger Neal Keesee, Jr, Amount claimed: $118750.00 (Daniels, Sally ) |
|---|---|---|---|---|

*Description:* Allowed Secured Claim $15,000.00 and General Unsecured Claim $103,750.00

*Remarks:* Order Approving Settlement Agreement Resolving Disputes with Roswell Capital Partners, LLC and Bridgepointe Master Fund, Ltd, a Cayman Islands
Exempted Company and all other Holders of the 2006 Debentures and the March 2008 Debentures Per Court Order 10/1/2010

---

| Creditor:   (20393512) | Claim No: 24 | Status: |
|---|---|---|
| Hirsch J. Ziegler | Original Filed Date: 10/31/2008 | Filed by: CR |
| 50 E. Concord Dr. | Original Entered Date: 11/04/2008 | Entered by: Sally Daniels |
| Monsey, NY 10952 | | Modified: |

| Amount | claimed: | $18750.00 | |||
|---|---|---|---|
| Secured | claimed: | $18750.00 | |||

*History:*

| Details | | 24-1 | 10/31/2008 | Claim #24 filed by Hirsch J. Ziegler, Amount claimed: $18750.00 (Daniels, Sally ) |
|---|---|---|---|---|

*Description:* Allowed Secured Claim $15,000.00 and General Unsecured Claim $103,750.00

*Remarks:* Order Approving Settlement Agreement Resolving Disputes with Roswell Capital Partners, LLC and Bridgepointe Master Fund, Ltd, a Cayman Islands
Exempted Company and all other Holders of the 2006 Debentures and the March 2008 Debentures Per Court Order 10/1/2010

---

| Creditor:   (20393520) | Claim No: 25 | Status: |
|---|---|---|
| Keith C. Ferrell | Original Filed Date: 11/03/2008 | Filed by: CR |
| 8610 FM 725 | Original Entered Date: 11/04/2008 | Entered by: Rick Reid |
| McQueeney, TX 78123 | | Modified: |

| Amount | claimed: | $59375.00 | |||
|---|---|---|---|
| Secured | claimed: | $59375.00 | |||

*History:*

| Details | | 25-1 | 11/03/2008 | Claim #25 filed by Keith C. Ferrell, Amount claimed: $59375.00 (Reid, Rick ) |
|---|---|---|---|---|

*Description:* Allowed Secured Claim $7,500.00 and General Unsecured Claim $51,875.00

*Remarks:* Order Approving Settlement Agreement Resolving Disputes with Roswell Capital Partners, LLC and Bridgepointe Master Fund, Ltd, a Cayman Islands
Exempted Company and all other Holders of the 2006 Debentures and the March 2008 Debentures Per Court Order 10/1/2010

---

| Creditor:   (22543206) | Claim No: 26 | Status: |
|---|---|---|
| BridgePointe Master Fund Ltd | Original Filed Date: 11/04/2008 | Filed by: CR |
| c/o Morrison Cohen LLP | Original Entered Date: 11/10/2008 | Entered by: Sally Daniels |
| 909 Third Ave | | Modified: |
| New York, NY 10022 | | |

| Amount | claimed: | $1513680.70 | |||
|---|---|---|---|
| Secured | claimed: | $1513680.70 | |||

*History:*

| Details | | 26-1 | 11/04/2008 | Claim #26 filed by BridgePointe Master Fund Ltd, Amount claimed: $1513680.70 (Daniels, Sally ) |
|---|---|---|---|---|

*Description:* Allowed Secured Claim $77,006.00 and General Unsecured Claim $1,379,174.70

*Remarks:* Order Approving Settlement Agreement Resolving Disputes with Roswell Capital Partners, LLC and Bridgepointe Master Fund, Ltd, a Cayman Islands
Exempted Company and all other Holders of the 2006 Debentures and the March 2008 Debentures Per Court Order 10/1/2010

---

| Creditor:   (20393509) | Claim No: 27 | Status: |
|---|---|---|
| George T. Schirripa | Original Filed Date: 11/05/2008 | Filed by: CR |
| 75 W. Hartsdale Ave., Unit 21 | Original Entered Date: 11/12/2008 | Entered by: Dorothy Hanavan |
| Hartsdale, NY 10530 | | Modified: |

| Amount | claimed: | $237500.00 | |||
|---|---|---|---|
| Secured | claimed: | $237500.00 | |||

*History:*

| Details | | 27-1 | 11/05/2008 | Claim #27 filed by George T. Schirripa, Amount claimed: $237500.00 (Hanavan, Dorothy ) |
|---|---|---|---|---|

*Description:* Allowed Secured Claim $30,000.00 and General Unsecured Claim $207,500.00

*Remarks:* Order Approving Settlement Agreement Resolving Disputes with Roswell Capital Partners, LLC and Bridgepointe Master Fund, Ltd, a Cayman Islands
Exempted Company and all other Holders of the 2006 Debentures and the March 2008 Debentures Per Court Order 10/1/2010

| Creditor: (20393481)<br>Andrew P. Geiss<br>35 Pinyon Pine Rd.<br>Littleton, CO 80127 | Claim No: 28<br>Original Filed Date: 11/06/2008<br>Original Entered Date: 11/12/2008 | Status:<br>Filed by: CR<br>Entered by: Sally Daniels<br>Modified: |
|---|---|---|

| Amount | claimed: | $118750.00 | |
|---|---|---|---|
| Secured | claimed: | $118750.00 | |

History:

| Details | 28-1 | 11/06/2008 | Claim #28 filed by Andrew P. Geiss, Amount claimed: $118750.00 (Daniels, Sally ) |
|---|---|---|---|

Description: Allowed Secured Claim $15,000.00 and General Unsecured Claim $103,750.00

Remarks: Order Approving Settlement Agreement Resolving Disputes with Roswell Capital Partners, LLC and Bridgepointe Master Fund, Ltd, a Cayman Islands Exempted Company and all other Holders of the 2006 Debentures and the March 2008 Debentures Per Court Order 10/1/2010

| Creditor: (20393527)<br>Mark Gorelik Trust UAD 04/22/96<br>Attn: Authorized Agent<br>1240 Crofton Ave.<br>North Highland Park, IL 60035 | Claim No: 29<br>Original Filed Date: 11/06/2008<br>Original Entered Date: 11/13/2008 | Status:<br>Filed by: CR<br>Entered by: Dorothy Hanavan<br>Modified: |
|---|---|---|

| Amount | claimed: | $118750.00 | |
|---|---|---|---|
| Secured | claimed: | $118750.00 | |

History:

| Details | 29-1 | 11/06/2008 | Claim #29 filed by Mark Gorelik Trust UAD 04/22/96, Amount claimed: $118750.00 (Hanavan, Dorothy ) |
|---|---|---|---|

Description: Allowed Secured Claim $15,000.00 and General Unsecured Claim $103,750.00

Remarks: Order Approving Settlement Agreement Resolving Disputes with Roswell Capital Partners, LLC and Bridgepointe Master Fund, Ltd, a Cayman Islands Exempted Company and all other Holders of the 2006 Debentures and the March 2008 Debentures Per Court Order 10/1/2010

| Creditor: (22600218)<br>ADAIR OFFICE FURNITURE<br>by American InfoSource LP as its agent<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118 | Claim No: 30<br>Original Filed Date: 11/21/2008<br>Original Entered Date: 11/21/2008 | Status:<br>Filed by: CR<br>Entered by: Blake Hogan<br>Modified: |
|---|---|---|

| Amount | claimed: | $2878.00 | |
|---|---|---|---|
| Unsecured | claimed: | $2878.00 | |

History:

| Details | 30-1 | 11/21/2008 | Claim #30 filed by ADAIR OFFICE FURNITURE, Amount claimed: $2878.00 (Hogan, Blake ) |
|---|---|---|---|

Description:

Remarks: Allowed general unsecured claim

| Creditor: (20393486)<br>Brent Benkovic<br>1735 York Ave., #23G<br>New York, NY 10128 | Claim No: 31<br>Original Filed Date: 11/07/2008<br>Original Entered Date: 11/21/2008 | Status:<br>Filed by: CR<br>Entered by: Gloria Allen<br>Modified: |
|---|---|---|

| Amount | claimed: | $118750.00 | |
|---|---|---|---|
| Secured | claimed: | $118750.00 | |

History:

| Details | 31-1 | 11/07/2008 | Claim #31 filed by Brent Benkovic, Amount claimed: $118750.00 (Allen, Gloria ) |
|---|---|---|---|

Description: Allowed Secured Claim $15,000.00 and General Unsecured Claim $103,750.00

Remarks: Order Approving Settlement Agreement Resolving Disputes with Roswell Capital Partners, LLC and Bridgepointe Master Fund, Ltd, a Cayman Islands Exempted Company and all other Holders of the 2006 Debentures and the March 2008 Debentures Per Court Order 10/1/2010

| Creditor: (22603603)<br>John Eberhardt<br>C/O Jebcco Marketing Inc<br>5900 Concord Ave<br>Crestwood, KY 40014-7581 | Claim No: 32<br>Original Filed Date: 11/07/2008<br>Original Entered Date: 11/21/2008 | Status:<br>Filed by: CR<br>Entered by: Gloria Allen<br>Modified: |
|---|---|---|

| Amount | claimed: | $29687.50 | |
|---|---|---|---|
| Secured | claimed: | $29687.50 | |

**History:**

| Details | | 32-1 | 11/07/2008 | Claim #32 filed by John Eberhardt, Amount claimed: $29687.50 (Allen, Gloria ) |

**Description:** Allowed Secured Claim $3,750.00 and General Unsecured Claim $25,937.50

**Remarks:** Order Approving Settlement Agreement Resolving Disputes with Roswell Capital Partners, LLC and Bridgepointe Master Fund, Ltd, a Cayman Islands
Exempted Company and all other Holders of the 2006 Debentures and the March 2008 Debentures Per Court Order 10/1/2010

---

| Creditor:     (20393546) | **Claim No: 33** | Status: |
| Robert Rosenberg | Original Filed Date: 11/10/2008 | Filed by: CR |
| 19 Bretton Rd. | Original Entered Date: 11/25/2008 | Entered by: Rick Reid |
| Scarsdale, NY 10583-2730 | | Modified: |

*No amounts claimed*

| | Allowed Secured Claim $3,750.00 and General Unsecured Claim $25,000.00 |

**History:**

| Details | | 33-1 | 11/10/2008 | Claim #33 filed by Robert Rosenberg, Amount claimed: (Reid, Rick ) |

**Description:** Order Approving Settlement Agreement Resolving Disputes with Roswell Capital Partners, LLC and Bridgepointe Master Fund, Ltd, a Cayman Islands

**Remarks:** (33-1) No amount listed on face   Exempted Company and all other Holders of the 2006 Debentures and the March 2008 Debentures Per Court Order 10/1/2010

---

| Creditor:     (21789638) | **Claim No: 34** |
| Gerald Russell Cummings | Original Filed Date: 11/10/2008 |
| PO Box 9229 | Original Entered Date: 11/25/2008 |
| Apt - B-305 | |
| Dubai, United Arab Emirates | |

| Amount | claimed: | $132941.00 |
| Unsecured | claimed: | $132941.00 |

**History:**

| Details | 34-1 | 11/10/2008 | Claim #34 filed by Gerald Russell Cummings, Amount claimed: $132941.00 (Reid, Rick ) |
| | 155 | 07/16/2014 | Motion to Disallow Claims |
| | | | Notice of Motion and Chapter 7 Trustees Motion for Order Disallowing the Following Claims: Claim 19 Filed by David Hopps, Claim 15 and 34 filed by Gerald Russell Cummings, Claims 46, 47, 54, and 55 Filed By Philip E. Cook Filed by Trustee John M Wolfe (TR) (Lowe, Melissa) |
| | 163 | 09/05/2014 | Order Disallowing the Following Claims: Claim #19 - David Hopps; Claim #15 and #34 - Gerald Russell Cummings; Claim #46; #47, #54, #55 - Philip E Cook (BNC-PDF) (Related Doc # 155) 15,19,34,46,47,54,55 Signed on 9/5/2 |

**Description:**

**Remarks:** Claim disallowed per Court Order 9/5/14

---

| Creditor:     (22616432) | **Claim No: 35** | Status: |
| William D Bonham | Original Filed Date: 11/10/2008 | Filed by: CR |
| 4801 Woodway | Original Entered Date: 11/25/2008 | Entered by: Rick Reid |
| Ste 300 E | | Modified: |
| Houston, TX 77056 | | |

| Amount | claimed: | $59375.00 |
| Secured | claimed: | $59375.00 |

**History:**

| Details | | 35-1 | 11/10/2008 | Claim #35 filed by William D Bonham, Amount claimed: $59375.00 (Reid, Rick ) |

**Description:** Allowed Secured Claim $7,500.00 and General Unsecured Claim $51,875.00.

**Remarks:** Order Approving Settlement Agreement Resolving Disputes with Roswell Capital Partners, LLC and Bridgepointe Master Fund, Ltd, a Cayman Islands
Exempted Company and all other Holders of the 2006 Debentures and the March 2008 Debentures Per Court Order 10/1/2010

---

| Creditor:     (20393544) | **Claim No: 36** | Status: |
| Robert Easton PSP | Original Filed Date: 11/10/2008 | Filed by: CR |
| 21530 Lupine Ct, | Original Entered Date: 11/25/2008 | Entered by: Rick Reid |
| West Linn, OR 97068 | | Modified: |

| Amount | claimed: | $59375.00 |
| Secured | claimed: | $59375.00 |

**History:**

| Details | | 36-1 | 11/10/2008 | Claim #36 filed by Robert Easton PSP, Amount claimed: $59375.00 (Reid, Rick ) |

**Description:** Allowed Secured Claim $7,500.00 and General Unsecured Claim $51,875.00.

**Remarks:** Order Approving Settlement Agreement Resolving Disputes with Roswell Capital Partners, LLC and Bridgepointe Master Fund, Ltd, a Cayman Islands
Exempted Company and all other Holders of the 2006 Debentures and the March 2008 Debentures Per Court Order 10/1/2010

| Creditor: | (20620395) |
|---|---|

Allan John Beynon
3 Hall Gardens
East Haddon, Northamptonshire,
NN6 8BL UK

| Amount | claimed: | $309634.36 | | | | |
|---|---|---|---|---|---|---|
| Unsecured | claimed: | $309634.36 | | | | |

*History:*

| Details | 37- 1 | 11/10/2008 | Claim #37 filed by Allan John Beynon, Amount claimed: $309634.36 (Reid, Rick ) |
|---|---|---|---|
| | 173 | 01/16/2015 | Motion to Disallow Claims |
| | | | *Notice of Motion and Chapter 7 Trustees Motion for Order Disallowing the Following Claims (Not Obligations of Debtor): Claim 1 and Claim 48 Filed by LexisNexis, Claim 6 Filed by CCIF CPA Limited, Claim 8 filed by Harry G. G* |
| | | | *Filed by Trustee John M Wolfe (TR) (Bastian, James)* |
| | 218 | 03/23/2015 | Order Disallowing the Following Claims: (BNC-PDF) (Related Doc # 173) 1,6,8,11,13,18,21,37,42,43,44,48,53 Signed on 3/23/2015. (Reid, Rick) Status: Disallow |

*Description:*

*Remarks:*

---

| Creditor: | (22629477) | Claim No: 38 | Status: |
|---|---|---|---|
| Charles Brusco | | Original Filed Date: 11/20/2008 | Filed by: CR |
| 405 Green Island Rd | | Original Entered Date: 11/26/2008 | Entered by: Rick Reid |
| American Canyon, CA 94503-9649 | | | Modified: |

| Amount | claimed: | $118750.00 | | | | |
|---|---|---|---|---|---|---|
| Secured | claimed: | $118750.00 | | | | |

*History:*

| Details | | 38-1 | 11/20/2008 | Claim #38 filed by Charles Brusco, Amount claimed: $118750.00 (Reid, Rick ) |
|---|---|---|---|---|

| *Description:* | Allowed Secured Claim $15,000.00 and General Unsecured Claim $103,750.00 |
|---|---|

| *Remarks:* | Order Approving Settlement Agreement Resolving Disputes with Roswell Capital Partners, LLC and Bridgepointe Master Fund, Ltd, a Cayman Islands |
|---|---|
| | Exempted Company and all other Holders of the 2006 Debentures and the March 2008 Debentures Per Court Order 10/1/2010 |

---

| Creditor: | (20393541) | Claim No: 39 | Status: |
|---|---|---|---|
| Richard Adler | | Original Filed Date: 11/21/2008 | Filed by: CR |
| 41 Shore Dr. | | Original Entered Date: 11/26/2008 | Entered by: Rick Reid |
| South Hampton, NY 11968 | | | Modified: |

| Amount | claimed: | $237500.00 | | | | |
|---|---|---|---|---|---|---|
| Secured | claimed: | $237500.00 | | | | |

*History:*

| Details | | 39-1 | 11/21/2008 | Claim #39 filed by Richard Adler, Amount claimed: $237500.00 (Reid, Rick ) |
|---|---|---|---|---|

| *Description:* | Allowed Secured Claim $30,000 and General Unsecured Claim $207,500.00 |
|---|---|

| *Remarks:* | Order Approving Settlement Agreement Resolving Disputes with Roswell Capital Partners, LLC and Bridgepointe Master Fund, Ltd, a Cayman Islands |
|---|---|
| | Exempted Company and all other Holders of the 2006 Debentures and the March 2008 Debentures Per Court Order 10/1/2010 |

---

| Creditor: | (22629717) | Claim No: 40 | Status: |
|---|---|---|---|
| George Karfunkel | | Original Filed Date: 11/21/2008 | Filed by: CR |
| c/o American Stock Transfer | | Original Entered Date: 11/26/2008 | Entered by: Rick Reid |
| 6201 15 Avenue | | | Modified: |
| Brooklyn, NY 11219 | | | |

| Amount | claimed: | $126394.00 | | | | |
|---|---|---|---|---|---|---|
| Unsecured | claimed: | $126394.00 | | | | |

*History:*

| Details | | 40-1 | 11/21/2008 | Claim #40 filed by George Karfunkel, Amount claimed: $126394.00 (Reid, Rick ) |
|---|---|---|---|---|

| *Description:* | Allowed Secured Claim $15,000.00 and General Unsecured Claim $111,394.00 |
|---|---|

| *Remarks:* | Order Approving Settlement Agreement Resolving Disputes with Roswell Capital Partners, LLC and Bridgepointe Master Fund, Ltd, a Cayman Islands |
|---|---|
| | Exempted Company and all other Holders of the 2006 Debentures and the March 2008 Debentures Per Court Order 10/1/2010 |

---

| Creditor: | (22630018) | Claim No: 41 | Status: |
|---|---|---|---|
| Harborview Master Fund | | Original Filed Date: 11/21/2008 | Filed by: CR |
| 850 Third Avenue | | Original Entered Date: 11/26/2008 | Entered by: Rick Reid |

Ste 1801
New York, NY 10022

| Amount | claimed: | $214866.85 | |
|---|---|---|---|
| Secured | claimed: | $214866.85 | |

*History:*

| Details | | 41-1 | 11/21/2008 | Claim #41 filed by Harborview Master Fund, Amount claimed: $214866.85 (Reid, Rick ) |
|---|---|---|---|---|

*Description:* Allowed Secured Claim $24,000 and General Unsecured Claim $190,866.85

*Remarks:* Order Approving Settlement Agreement Resolving Disputes with Roswell Capital Partners, LLC and Bridgepointe Master Fund, Ltd, a Cayman Islands Exempted Company and all other Holders of the 2006 Debentures and the March 2008 Debentures Per Court Order 10/1/2010

---

*Creditor:*    (22640351)
Kurt Schaerer
Ste 1601, Tower 2
China Hong Kong City
33 Canton Rd, Tsim Sha Tsui
Hong Kong

| Amount | claimed: | $225585.00 | |
|---|---|---|---|
| Unsecured | claimed: | $225585.00 | |

*History:*

| Details | 42-1 | 11/25/2008 | Claim #42 filed by Kurt Schaerer, Amount claimed: $225585.00 (Reid, Rick ) |
|---|---|---|---|
| | 173 | 01/16/2015 | Motion to Disallow Claims<br>*Notice of Motion and Chapter 7 Trustees Motion for Order Disallowing the Following Claims (Not Obligations of Debtor): Claim 1 and Claim 48 Filed by LexisNexis, Claim 6 Filed by CCIF CPA Limited, Claim 8 filed by Harry G. G Filed by Trustee John M Wolfe (TR) (Bastian, James)* |
| | 218 | 03/23/2015 | Order Disallowing the Following Claims: (BNC-PDF) (Related Doc # 173) 1,6,8,11,13,18,21,37,42,43,44,48,53 Signed on 3/23/2015. (Reid, Rick) Status: Disallow |

*Description:*

*Remarks:* Claim disallowed per Court Order 3/23/15

---

*Creditor:*    (22640353)
Dipro Asia Pacific Limited
Ste 1601, Tower 2
China Hong Kong City
33 Canton Rd, Tsim Sha Tsui
Hong Kong

| Amount | claimed: | $109109.00 | |
|---|---|---|---|
| Unsecured | claimed: | $109109.00 | |

*History:*

| Details | 43-1 | 11/25/2008 | Claim #43 filed by Dipro Asia Pacific Limited, Amount claimed: $109109.00 (Reid, Rick ) |
|---|---|---|---|
| | 173 | 01/16/2015 | Motion to Disallow Claims<br>*Notice of Motion and Chapter 7 Trustees Motion for Order Disallowing the Following Claims (Not Obligations of Debtor): Claim 1 and Claim 48 Filed by LexisNexis, Claim 6 Filed by CCIF CPA Limited, Claim 8 filed by Harry G. G Filed by Trustee John M Wolfe (TR) (Bastian, James)* |
| | 218 | 03/23/2015 | Order Disallowing the Following Claims: (BNC-PDF) (Related Doc # 173) 1,6,8,11,13,18,21,37,42,43,44,48,53 Signed on 3/23/2015. (Reid, Rick) Status: Disallow |

*Description:*

*Remarks:* Claim disallowed per Court Order 3/23/15

---

*Creditor:*    (22640382)
Protecta Technology Limited
Ste 1601, Tower 2
China Hong Kong City
33 Canton Rd, Tsim Sha Tsui
Hong Kong

| Amount | claimed: | $47140.00 | |
|---|---|---|---|
| Unsecured | claimed: | $47140.00 | |

*History:*

| Details | 44-1 | 11/25/2008 | Claim #44 filed by Protecta Technology Limited, Amount claimed: $47140.00 (Reid, Rick ) |
|---|---|---|---|

| 173 | 01/16/2015 | Motion to Disallow Claims |
| | | *Notice of Motion and Chapter 7 Trustees Motion for Order Disallowing the Following Claims (Not Obligations of Debtor): Claim 1 and Claim 48 Filed by LexisNexis, Claim 6 Filed by CCIF CPA Limited, Claim 8 filed by Harry G.* Filed by Trustee John M Wolfe (TR) (Bastian, James) |
| 218 | 03/23/2015 | Order Disallowing the Following Claims: (BNC-PDF) (Related Doc # 173) 1,6,8,11,13,18,21,37,42,43,44,48,53 Signed on 3/23/2015. (Reid, Rick) Status: Disallow |

Description:

Remarks: Claim disallowed per Court Order 3/23/15

---

| Creditor: (22684199) | Claim No: 45 | Status: |
| Cohen Mohr LLP | Original Filed Date: 12/01/2008 | Filed by: CR |
| Tenley A Carp | Original Entered Date: 12/09/2008 | Entered by: Sally Daniels |
| 1055 Thomas Jefferson St Ste 504 | | Modified: |
| Washington, DC 20007 | | |

| Amount | claimed: | $21797.27 |
| Unknown | claimed: | $21797.27 |

History:

| Details | 45-1 | 12/01/2008 | Claim #45 filed by Cohen Mohr LLP, Amount claimed: $21797.27 (Daniels, Sally ) |

Description:

Remarks: Allowed General Unsecured Claim

---

| Creditor: (22711897) | Claim No: 46 |
| Philip E. Cook | Original Filed Date: 12/04/2008 |
| 47 White Elm Rd | Original Entered Date: 12/15/2008 |
| Barrie Ontario | |
| Canada, L4N0E5 | |

| Amount | claimed: | $4068.48 |
| Unsecured | claimed: | $4068.48 |

History:

| Details | 46-1 | 12/04/2008 | Claim #46 filed by Philip E. Cook, Amount claimed: $4068.48 (Reid, Rick ) |
| | 155 | 07/16/2014 | Motion to Disallow Claims |
| | | | *Notice of Motion and Chapter 7 Trustees Motion for Order Disallowing the Following Claims: Claim 19 Filed by David Hopps, Claim 15 and 34 filed by Gerald Russell Cummings, Claims 46, 47, 54, and 55 Filed By Philip E. Cook* Filed by Trustee John M Wolfe (TR) (Lowe, Melissa) |
| | 163 | 09/05/2014 | Order Disallowing the Following Claims: Claim #19 - David Hopps; Claim #15 and #34 - Gerald Russell Cummings; Claim #46, #47, #54, #55 - Philip E Cook (BNC-PDF) (Related Doc # 155) 15,19,34,46,47,54,55 Signed on 9/5/2 |

Description:

Remarks: Claim disallowed per Court Order 9/5/14

---

| Creditor: (22711897) | Claim No: 47 |
| Philip E. Cook | Original Filed Date: 12/04/2008 |
| 47 White Elm Rd | Original Entered Date: 12/15/2008 |
| Barrie Ontario | |
| Canada, L4N0E5 | |

| Amount | claimed: | $73666.68 |
| Unsecured | claimed: | $73666.68 |

History:

| Details | 47-1 | 12/04/2008 | Claim #47 filed by Philip E. Cook, Amount claimed: $73666.68 (Reid, Rick ) |
| | 155 | 07/16/2014 | Motion to Disallow Claims |
| | | | *Notice of Motion and Chapter 7 Trustees Motion for Order Disallowing the Following Claims: Claim 19 Filed by David Hopps, Claim 15 and 34 filed by Gerald Russell Cummings, Claims 46, 47, 54, and 55 Filed By Philip E. Cook* Filed by Trustee John M Wolfe (TR) (Lowe, Melissa) |
| | 163 | 09/05/2014 | Order Disallowing the Following Claims: Claim #19 - David Hopps; Claim #15 and #34 - Gerald Russell Cummings; Claim #46, #47, #54, #55 - Philip E Cook (BNC-PDF) (Related Doc # 155) 15,19,34,46,47,54,55 Signed on 9/5/2 |

Description:

Remarks: Claim disallowed per Court Order 9/5/14

---

| Creditor: (22716924) | Claim N |
| LEXISNEXIS | Original |
| 9443 SPRINGBORO PIKE | Original |

MIAMISBURG, OH 45342
ATTN: BETH FARNHAM

| Amount | claimed: | $4150.00 | |||
|---|---|---|---|
| Unsecured | claimed: | $4150.00 | |||

*History:*

| Details | 48-1 | 12/08/2008 | Claim #48 filed by LEXISNEXIS, Amount claimed: $4150.00 (Vandensteen, Nancy ) |
|---|---|---|---|
| | 173 | 01/16/2015 | Motion to Disallow Claims |
| | | | *Notice of Motion and Chapter 7 Trustees Motion for Order Disallowing the Following Claims (Not Obligations of Debtor): Claim 1 and Claim 48 Filed by LexisNexis, Claim 6 Filed by CCIF CPA Limited, Claim 8 filed by Harry G.* Filed by Trustee John M Wolfe (TR) (Bastian, James) |
| | 218 | 03/23/2015 | Order Disallowing the Following Claims: (BNC-PDF) (Related Doc # 173) 1,6,8,11,13,18,21,37,42,43,44,48,53 Signed on 3/23/2015. (Reid, Rick) Status: Disallow |

*Description:*

*Remarks:*

---

| Creditor: (20393511) | Claim No: 49 | Status: |
|---|---|---|
| Harvey Sandler Revocable Trust | Original Filed Date: 11/12/2008 | Filed by: CR |
| c/o Harvey Sandler | Original Entered Date: 01/02/2009 | Entered by: Glenda Deramus |
| 17591 Lake Estate Dr. | | Modified: |
| Boca Raton, FL 33496 | | |

| Amount | claimed: | $59375.00 | |||
|---|---|---|---|
| Secured | claimed: | $59375.00 | |||

*History:*

| Details | 49-1 | 11/12/2008 | Claim #49 filed by Harvey Sandler Revocable Trust, Amount claimed: $59375.00 (Deramus, Glenda ) |
|---|---|---|---|

*Description:* Allowed Secured Claim $7,500.00 and General Unsecured Claim $51,875.00.

*Remarks:* Order Approving Settlement Agreement Resolving Disputes with Roswell Capital Partners, LLC and Bridgepointe Master Fund, Ltd, a Cayman Islands Exempted Company and all other Holders of the 2006 Debentures and the March 2008 Debentures Per Court Order 10/1/2010

---

| Creditor: (22789304) | Claim No: 50 | Status: |
|---|---|---|
| Ribo CV | Original Filed Date: 11/13/2008 | Filed by: CR |
| AV San Pedro #801 Norte | Original Entered Date: 01/02/2009 | Entered by: Glenda Deramus |
| Ed Plaza Rio Ste B-17 | | Modified: |
| Garza Garcia NL Mexico 66220 | | |

| Amount | claimed: | $593750.00 | |||
|---|---|---|---|
| Secured | claimed: | $593750.00 | |||

*History:*

| Details | 50-1 | 11/13/2008 | Claim #50 filed by Ribo CV, Amount claimed: $593750.00 (Deramus, Glenda ) |
|---|---|---|---|

*Description:* Allowed Secured Claim $75,000.00 and General Unsecured Claim $518,750.00.

*Remarks:* Order Approving Settlement Agreement Resolving Disputes with Roswell Capital Partners, LLC and Bridgepointe Master Fund, Ltd, a Cayman Islands Exempted Company and all other Holders of the 2006 Debentures and the March 2008 Debentures Per Court Order 10/1/2010

---

| Creditor: (22789327) | Claim No: 51 | Status: |
|---|---|---|
| Douglas & Michele Schimmel | Original Filed Date: 11/13/2008 | Filed by: CR |
| 711 5th Ave | Original Entered Date: 01/02/2009 | Entered by: Glenda Deramus |
| New York NY 10022 | | Modified: |

| Amount | claimed: | $118750.00 | |||
|---|---|---|---|
| Secured | claimed: | $118750.00 | |||

*History:*

| Details | 51-1 | 11/13/2008 | Claim #51 filed by Douglas & Michele Schimmel, Amount claimed: $118750.00 (Deramus, Glenda ) |
|---|---|---|---|

*Description:* Allowed Secured Claim $15,000.00 and General Unsecured Claim $103,750.00.

*Remarks:* Order Approving Settlement Agreement Resolving Disputes with Roswell Capital Partners, LLC and Bridgepointe Master Fund, Ltd, a Cayman Islands Exempted Company and all other Holders of the 2006 Debentures and the March 2008 Debentures Per Court Order 10/1/2010

---

| Creditor: (20393549) | Claim No: 52 | Status: |
|---|---|---|
| SERF Investment Holdings, LLC | Original Filed Date: 11/13/2008 | Filed by: CR |
| c/o Douglas Schimmel | Original Entered Date: 01/02/2009 | Entered by: Glenda Deramus |
| 711 5th Ave, | | Modified: |
| New York, NY 10022 | | |

| Amount | claimed: | $29687.50 | |||
|---|---|---|---|

| Secured | claimed: | $29687.50 | | | |

| History: | | | | |
|---|---|---|---|---|
| Details | 52-1 | 11/13/2008 | Claim #52 filed by SERF Investment Holdings, LLC, Amount claimed: $29687.50 (Deramus, Glenda ) | |
| Description: | Allowed Secured Claim $3,750.00 and General Unsecured Claim $25,937.50 | | | |
| Remarks: | Order Approving Settlement Agreement Resolving Disputes with Roswell Capital Partners, LLC and Bridgepointe Master Fund, Ltd, a Cayman Islands Exempted Company and all other Holders of the 2006 Debentures and the March 2008 Debentures Per Court Order 10/1/2010 | | | |

| Creditor: | (20594736) |
|---|---|
| CMB Enterprises Limited | |
| Binneford House, Coppice Lane, Sandford, | |
| Devon EX17 4EG | |
| England, United Kingdom | |

| Amount | claimed: | $11236.04 | | | |
| Unsecured | claimed: | $11236.04 | | | |

| History: | | | | |
|---|---|---|---|---|
| Details | 53-1 | 11/13/2008 | Claim #53 filed by CMB Enterprises Limited, Amount claimed: $11236,04 (Deramus, Glenda ) | |
| | 173 | 01/16/2015 | Motion to Disallow Claims | |
| | | | *Notice of Motion and Chapter 7 Trustees Motion for Order Disallowing the Following Claims (Not Obligations of Debtor): Claim 1 and Claim 48 Filed by LexisNexis, Claim 6 Filed by CCIF CPA Limited, Claim 8 filed by Harry G. G* Filed by Trustee John M Wolfe (TR) (Bastian, James) | |
| | 218 | 03/23/2015 | Order Disallowing the Following Claims: (BNC-PDF) (Related Doc # 173) 1,6,8,11,13,18,21,37,42,43,44,48,53 Signed on 3/23/2015, (Reid, Rick) Status: Disallow | |
| Description: | | | | |
| Remarks: | Claim disallowed per Court Order 3/23/15 | | | |

| Creditor: | (22789508)  History | Claim No: 54 |
|---|---|---|
| Philip E Cook | | Original Filed Date: 11/14/2008 |
| 47 White Elm Rd | | Original Entered Date: 01/02/2009 |
| Barrie Ontario L4N0E5 | | |

| Amount | claimed: | $73666,68 | | | |
| Unsecured | claimed: | $73666.68 | | | |

| History: | | | | |
|---|---|---|---|---|
| Details | 54-1 | 11/14/2008 | Claim #54 filed by Philip E Cook, Amount claimed: $73666.68 (Deramus, Glenda ) | |
| | 155 | 07/16/2014 | Motion to Disallow Claims | |
| | | | *Notice of Motion and Chapter 7 Trustees Motion for Order Disallowing the Following Claims: Claim 19 Filed by David Hopps, Claim 15 and 34 filed by Gerald Russell Cummings, Claims 46, 47, 54, and 55 Filed By Philip E. Cook* Filed by Trustee John M Wolfe (TR) (Lowe, Melissa) | |
| | 163 | 09/05/2014 | Order Disallowing the Following Claims: Claim #19 - David Hopps; Claim #15 and #34 - Gerald Russell Cummings; Claim #46, #47, #54, #55 - Philip E Cook (BNC-PDF) (Related Doc # 155) 15,19,34,46,47,54,55 Signed on 9/5/2 | |
| Description: | | | | |
| Remarks: | Claim disallowed per Court Order 3/23/15 | | | |

| Creditor: | (22789508)  History | Claim No: 55 |
|---|---|---|
| Philip E Cook | | Original Filed Date: 11/14/2008 |
| 47 White Elm Rd | | Original Entered Date: 01/02/2009 |
| Barrie Ontario L4N0E5 | | |

| Amount | claimed: | $4068.48 | | | |
| Unsecured | claimed: | $4068.48 | | | |

| History: | | | | |
|---|---|---|---|---|
| Details | 55-1 | 11/14/2008 | Claim #55 filed by Philip E Cook, Amount claimed: $4068.48 (Deramus, Glenda ) | |
| | 155 | 07/16/2014 | Motion to Disallow Claims | |
| | | | *Notice of Motion and Chapter 7 Trustees Motion for Order Disallowing the Following Claims: Claim 19 Filed by David Hopps, Claim 15 and 34 filed by Gerald Russell Cummings, Claims 46, 47, 54, and 55 Filed By Philip E. Cook* Filed by Trustee John M Wolfe (TR) (Lowe, Melissa) | |
| | 163 | 09/05/2014 | Order Disallowing the Following Claims: Claim #19 - David Hopps; Claim #15 and #34 - Gerald Russell Cummings; Claim #46, #47, #54, #55 - Philip E Cook (BNC-PDF) (Related Doc # 155) 15,19,34,46,47,54,55 Signed on 9/5/2 | |
| Description: | | | | |
| Remarks: | (55-1) THIS IS THE ORIGINAL CLAIM TO #46   -Claim disallowed per Court Order 9/5/14 | | | |

| Creditor: (22789731)<br>Chaya Siegfried<br>883 E 26th St<br>Brooklyn NY 11210 | Claim No: 56<br>Original Filed Date: 11/17/2008<br>Original Entered Date: 01/02/2009 | Status:<br>Filed by: CR<br>Entered by: Glenda Deramus<br>Modified: |

| Amount | claimed: | $11875.00 | |
| Secured | claimed: | $11875.00 | |

History:

| Details | | 56-1 | 11/17/2008 | Claim #56 filed by Chaya Siegfried, Amount claimed: $11875.00 (Deramus, Glenda ) |

Description: Allowed Secured Claim $1,500.00 and General Unsecured Claim $10,375.00

Remarks: Order Approving Settlement Agreement Resolving Disputes with Roswell Capital Partners, LLC and Bridgepointe Master Fund, Ltd, a Cayman Islands Exempted Company and all other Holders of the 2006 Debentures and the March 2008 Debentures Per Court Order 10/1/2010

---

| Creditor: (22789736)<br>Gary A Gelbfish<br>2502 Ave I<br>Brooklyn NY 11210 | **Claim No: 57**<br>Original Filed Date: 11/17/2008<br>Original Entered Date: 01/02/2009 | Status:<br>Filed by: CR<br>Entered by: Glenda Deramus<br>Modified: |

| Amount | claimed: | $178125.00 | |
| Secured | claimed: | $178125.00 | |

History:

| Details | | 57-1 | 11/17/2008 | Claim #57 filed by Gary A Gelbfish, Amount claimed: $178125.00 (Deramus, Glenda ) |

Description: Allowed Secured Claim $22,500.00 and General Unsecured Claim $155,625.00

Remarks: Order Approving Settlement Agreement Resolving Disputes with Roswell Capital Partners, LLC and Bridgepointe Master Fund, Ltd, a Cayman Islands Exempted Company and all other Holders of the 2006 Debentures and the March 2008 Debentures Per Court Order 10/1/2010

---

| Creditor: (22789966)<br>Michael & Karen Mitri<br>783 Galloping Hill Rd<br>Fairfield CT 06824 | **Claim No: 58**<br>Original Filed Date: 11/18/2008<br>Original Entered Date: 01/02/2009 | Status:<br>Filed by: CR<br>Entered by: Glenda Deramus<br>Modified: |

| Amount | claimed: | $59375.00 | |
| Secured | claimed: | $59375.00 | |

History:

| Details | | 58-1 | 11/18/2008 | Claim #58 filed by Michael & Karen Mitri, Amount claimed: $59375.00 (Deramus, Glenda ) |

Description: Allowed Secured Claim $7,500.00 and General Unsecured Claim $51,875.00.

Remarks: Order Approving Settlement Agreement Resolving Disputes with Roswell Capital Partners, LLC and Bridgepointe Master Fund, Ltd, a Cayman Islands Exempted Company and all other Holders of the 2006 Debentures and the March 2008 Debentures Per Court Order 10/1/2010

---

| Creditor: (20393528)<br>Mark Leider<br>950 Wheeler Ct.<br>Libertyville, IL 60048 | **Claim No: 59**<br>Original Filed Date: 11/18/2008<br>Original Entered Date: 01/02/2009 | Status:<br>Filed by: CR<br>Entered by: Glenda Deramus<br>Modified: |

| Amount | claimed: | $59375.00 | |
| Secured | claimed: | $59375.00 | |

History:

| Details | | 59-1 | 11/18/2008 | Claim #59 filed by Mark Leider, Amount claimed: $59375.00 (Deramus, Glenda ) |

Description: Allowed Secured Claim $7,500.00 and General Unsecured Claim $51,875.00.

Remarks: Order Approving Settlement Agreement Resolving Disputes with Roswell Capital Partners, LLC and Bridgepointe Master Fund, Ltd, a Cayman Islands Exempted Company and all other Holders of the 2006 Debentures and the March 2008 Debentures Per Court Order 10/1/2010

---

| Creditor: (22789983)<br>Louis J Perona<br>515 W Minnesota St<br>Spring Valley IL 61362 | **Claim No: 61**<br>Original Filed Date: 11/18/2008<br>Original Entered Date: 01/02/2009 | Status:<br>Filed by: CR<br>Entered by: Glenda Deramus<br>Modified: |

| Amount | claimed: | $59375.00 | |
| Secured | claimed: | $59375.00 | |

History:

| Details | | 61-1 | 11/18/2008 | Claim #61 filed by Louis J Perona, Amount claimed: $59375.00 (Deramus, Glenda ) |

Description: Allowed Secured Claim $7,500.00 and General Unsecured Claim $51,875.00.

Remarks: Order Approving Settlement Agreement Resolving Disputes with Roswell Capital Partners, LLC and Bridgepointe Master Fund, Ltd, a Cayman Islands
Exempted Company and all other Holders of the 2006 Debentures and the March 2008 Debentures Per Court Order 10/1/2010

| Creditor: (22790058) | Claim No: 62 | Status: |
|---|---|---|
| Mark V Asdourian<br>Attorney & Counsellor at Law A Professio<br>450 Newport Center Dr Ste 200<br>Newport Beach CA 92660 | Original Filed Date: 11/18/2008<br>Original Entered Date: 01/02/2009 | Filed by: CR<br>Entered by: Glenda Deramus<br>Modified: |

| Amount | claimed: | $110000.00 | |
|---|---|---|---|
| Secured | claimed: | $80000.00 | |
| Unsecured | claimed: | $30000.00 | |

History:

| Details | | 62-1 | 11/18/2008 | Claim #62 filed by Mark V Asdourian, Amount claimed: $110000.00 (Deramus, Glenda ) |

Description: Interim distribution in the amount of $32,500.00. Balance is general unsecured claim in the amount of $77,500.

Remarks: Order Approving (1) Settlement Agreement Resolving Disputes with Kevin Pickard, an Individual and Pickard and Green, CPAs; and (2) Settlement Agreement Resolving Disputes with Mark V Asdourian, an Individual and Mark V Asdourian, a Professional Law Corporation
Per Court Order 10/01/2010

| Creditor: (22790411) | Claim No: 63 | Status: |
|---|---|---|
| Michael Levine<br>5900 SW 73rd St Ste 300<br>South Miami FL 33143 | Original Filed Date: 11/19/2008<br>Original Entered Date: 01/02/2009 | Filed by: CR<br>Entered by: Glenda Deramus<br>Modified: |

| Amount | claimed: | $59375.00 | |
|---|---|---|---|
| Unsecured | claimed: | $59375.00 | |

History:

| Details | | 63-1 | 11/19/2008 | Claim #63 filed by Michael Levine, Amount claimed: $59375.00 (Deramus, Glenda ) |

Description: Allowed Secured Claim $7,500.00 and General Unsecured Claim $51,875.00.

Remarks: Order Approving Settlement Agreement Resolving Disputes with Roswell Capital Partners, LLC and Bridgepointe Master Fund, Ltd, a Cayman Islands
Exempted Company and all other Holders of the 2006 Debentures and the March 2008 Debentures Per Court Order 10/1/2010

| Creditor: (22790413) | Claim No: 64 | Status: |
|---|---|---|
| Jeffrey Scott<br>27 Jayne Ave<br>Melville NY 11747 | Original Filed Date: 11/19/2008<br>Original Entered Date: 01/02/2009 | Filed by: CR<br>Entered by: Glenda Deramus<br>Modified: |

| Amount | claimed: | $29687.50 | |
|---|---|---|---|
| Secured | claimed: | $29687.50 | |

History:

| Details | | 64-1 | 11/19/2008 | Claim #64 filed by Jeffrey Scott, Amount claimed: $29687.50 (Deramus, Glenda ) |

Description: Allowed Secured Claim $3,750 and General Unsecured Claim $25,937.50

Remarks: Order Approving Settlement Agreement Resolving Disputes with Roswell Capital Partners, LLC and Bridgepointe Master Fund, Ltd, a Cayman Islands
Exempted Company and all other Holders of the 2006 Debentures and the March 2008 Debentures Per Court Order 10/1/2010

| Creditor: (22790679) | Claim No: 65 | Status: |
|---|---|---|
| Bristol Investment Fund Ltd<br>c/o Bristol Capital Advisors LLC<br>10990 Wilshire Blvd Ste 1410<br>Los Angeles Ca 90024 | Original Filed Date: 11/20/2008<br>Original Entered Date: 01/02/2009 | Filed by: CR<br>Entered by: Glenda Deramus<br>Modified: |

| Amount | claimed: | $232737.87 | |
|---|---|---|---|
| Secured | claimed: | $232737.87 | |

History:

| Details | | 65-1 | 11/20/2008 | Claim #65 filed by Bristol Investment Fund Ltd, Amount claimed: $232737.87 (Deramus, Glenda ) |

Description: Allowed Secured Claim $30,000 and General Unsecured Claim $202,737.87

Remarks: Order Approving Settlement Agreement Resolving Disputes with Roswell Capital Partners, LLC and Bridgepointe Master Fund, Ltd, a Cayman Islands
Exempted Company and all other Holders of the 2006 Debentures and the March 2008 Debentures Per Court Order 10/1/2010

| Creditor: (22790701) | Claim No: 66 | Status: |
|---|---|---|
| Rockmore Inv Master Fund Ltd<br>c/o Bruce Bernstein<br>150 E 58th St 26th Fl<br>New York New York 10155-3599 | Original Filed Date: 11/20/2008<br>Original Entered Date: 01/02/2009 | Filed by: CR<br>Entered by: Glenda Deramus<br>Modified: |

| Amount | claimed: | $217358.90 | | |
| Unsecured | claimed: | $217358.90 | | |

*History:*

| Details | | 66-1 | | 11/20/2008 | Claim #66 filed by Rockmore Inv Master Fund Ltd, Amount claimed: $217358.90 (Deramus, Glenda ) |

*Description:*

*Remarks:*    Claim allowed as a general unsecured claim

---

| *Creditor:*    (22789299)<br>Maria de los Angeles Mas de Garcia Barella<br>Priv Suchiate #306<br>Garza Garcia Nuevo Leon Mexico 66220 | *Claim No:* 67<br>*Original Filed Date:* 11/13/2008<br>*Original Entered Date:* 01/05/2009 | *Status:* CR<br>*Filed by:* CR<br>*Entered by:* Glenda Deramus<br>*Modified:* |

| Amount | claimed: | $593687.50 | | |
| Secured | claimed: | $593687.50 | | |

*History:*

| Details | | 67-1 | | 11/13/2008 | Claim #67 filed by Maria de los Angeles Mas de Garcia Barella, Amount claimed: $593687.50 (Deramus, Glenda ) |

*Description:*  Allowed Secured Claim $93,750.00 and General Unsecured Claim $518,687.50.

*Remarks:*  Order Approving Settlement Agreement Resolving Disputes with Roswell Capital Partners, LLC and Bridgepointe Master Fund, Ltd, a Cayman Islands
Exempted Company and all other Holders of the 2006 Debentures and the March 2008 Debentures Per Court Order 10/1/2010

---

| *Creditor:*    (22793602)<br>Allan B Bakalian<br>16911 236th Ave NE<br>Woodinville WA 98077 | *Claim No:* 68<br>*Original Filed Date:* 11/21/2008<br>*Original Entered Date:* 01/05/2009 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Glenda Deramus<br>*Modified:* |

| Amount | claimed: | $118750.00 | | |
| Secured | claimed: | $118750.00 | | |

*History:*

| Details | | 68-1 | | 11/21/2008 | Claim #68 filed by Allan B Bakalian, Amount claimed: $118750.00 (Deramus, Glenda ) |

*Description:*  Allowed Secured Claim $1,500.00 and General Unsecured Claim $103,750.00

*Remarks:*  Order Approving Settlement Agreement Resolving Disputes with Roswell Capital Partners, LLC and Bridgepointe Master Fund, Ltd, a Cayman Islands
Exempted Company and all other Holders of the 2006 Debentures and the March 2008 Debentures Per Court Order 10/1/2010

---

| *Creditor:*    (22793707)<br>Lindsay M Durand<br>215 Berkshire Ln<br>Alpharetta GA 30004 | | *Claim No:* 69<br>*Original Filed Date:* 11/21/2008<br>*Original Entered Date:* 01/05/2009 |

| Amount | claimed: | $1500.00 | | |
| Unsecured | claimed: | $1500.00 | | |

*History:*

| Details | 69-<br>1 | 11/21/2008 | Claim #69 filed by Lindsay M Durand, Amount claimed: $1500.00 (Deramus, Glenda ) |
| | 186 | 01/16/2015 | Motion to Disallow Claims<br>*Notice of Motion and Chapter 7 Trustees Motion for Order Disallowing the Following Claims (Equity): Claim 7 Filed by Constantinos Zavos, Claim 12 Filed by Harold P. Threlkeld, Claim 16 Filed by WD Partners I, LP, Claim 69 F*<br>Filed by Trustee John M Wolfe (TR) (Bastian, James) |
| | 212 | 03/16/2015 | Order Granting Motion To Disallow The Following Claims (Equity) (BNC-PDF) (Related Doc # 186) (7,12,16,69,70,71,72,73,74,75,76,77) Signed on 3/16/2015. (Reid, Rick) Status: Disallow |

*Description:*

*Remarks:*   Claim disallowed per Court Order 3/16/15

---

| *Creditor:*    (22794003)<br>Douglas Durand Jr<br>215 Berkshire Ln<br>Alpharetta GA 30004 | | *Claim No:* 70<br>*Original Filed Date:* 11/21/2008<br>*Original Entered Date:* 01/05/2009 |

| Amount | claimed: | $3000.00 | | |
| Unsecured | claimed: | $3000.00 | | |

*History:*

| Details | 70- | 11/21/2008 | Claim #70 filed by Douglas Durand Jr, Amount claimed: $3000.00 (Deramus, Glenda ) |

| | 186 | 01/16/2015 | Motion to Disallow Claims |
| | | | *Notice of Motion and Chapter 7 Trustees Motion for Order Disallowing the Following Claims (Equity): Claim 7 Filed by Constantinos Zavos, Claim 12 Filed by Harold P. Threlkeld, Claim 16 Filed by WD Partners I, LP, Claim 69 F Filed by Trustee John M Wolfe (TR) (Bastian, James)* |
| | 212 | 03/16/2015 | Order Granting Motion To Disallow The Following Claims (Equity) (BNC-PDF) (Related Doc # 186) (7,12,16,69,70,71,72,73,74,75,76,77) Signed on 3/16/2015. (Reid, Rick) Status: Disallow |

*Description:*
*Remarks:*   Claim disallowed per Court Order 3/16/15

---

| Creditor:    (22794236) | Claim No: 71 |
| John J Petrera Jr | Original Filed Date: 11/21/2008 |
| 5435 Blue Oak Ranch Rd | Original Entered Date: 01/05/2009 |
| Auburn CA 95602 | |

| Amount | claimed: | $35000.00 | |
| Unsecured | claimed: | $35000.00 | |

*History:*

| Details | 71-1 | 11/21/2008 | Claim #71 filed by John J Petrera Jr, Amount claimed: $35000.00 (Deramus, Glenda ) |
| | 186 | 01/16/2015 | Motion to Disallow Claims |
| | | | *Notice of Motion and Chapter 7 Trustees Motion for Order Disallowing the Following Claims (Equity): Claim 7 Filed by Constantinos Zavos, Claim 12 Filed by Harold P. Threlkeld, Claim 16 Filed by WD Partners I, LP, Claim 69 F Filed by Trustee John M Wolfe (TR) (Bastian, James)* |
| | 212 | 03/16/2015 | Order Granting Motion To Disallow The Following Claims (Equity) (BNC-PDF) (Related Doc # 186) (7,12,16,69,70,71,72,73,74,75,76,77) Signed on 3/16/2015. (Reid, Rick) Status: Disallow |

*Description:*
*Remarks:*   Claim disallowed per Court Order 3/16/15

---

| Creditor:    (22794251) | Claim No: 72 |
| PJ Co Company | Original Filed Date: 11/21/2008 |
| John Petrera | Original Entered Date: 01/05/2009 |
| 5435 Blue Oak Ranch Rd | |
| Auburn CA 95602 | |

| Amount | claimed: | $50000.00 | |
| Unsecured | claimed: | $50000.00 | |

*History:*

| Details | 72-1 | 11/21/2008 | Claim #72 filed by PJ Co Company, Amount claimed: $50000.00 (Deramus, Glenda ) |
| | 186 | 01/16/2015 | Motion to Disallow Claims |
| | | | *Notice of Motion and Chapter 7 Trustees Motion for Order Disallowing the Following Claims (Equity): Claim 7 Filed by Constantinos Zavos, Claim 12 Filed by Harold P. Threlkeld, Claim 16 Filed by WD Partners I, LP, Claim 69 F Filed by Trustee John M Wolfe (TR) (Bastian, James)* |
| | 212 | 03/16/2015 | Order Granting Motion To Disallow The Following Claims (Equity) (BNC-PDF) (Related Doc # 186) (7,12,16,69,70,71,72,73,74,75,76,77) Signed on 3/16/2015. (Reid, Rick) Status: Disallow |

*Description:*
*Remarks:*   Claim disallowed per Court Order 3/16/15

---

| Creditor:    (22796958) | Claim No: 73 |
| Anthony Porcelli | Original Filed Date: 11/24/2008 |
| 27 Emmett Pl | Original Entered Date: 01/06/2009 |
| Yonkers NY 10703 | |

| Amount | claimed: | $1500.00 | |
| Unsecured | claimed: | $1500.00 | |

*History:*

| Details | 73-1 | 11/24/2008 | Claim #73 filed by Anthony Porcelli, Amount claimed: $1500.00 (Deramus, Glenda ) |
| | 186 | 01/16/2015 | Motion to Disallow Claims |
| | | | *Notice of Motion and Chapter 7 Trustees Motion for Order Disallowing the Following Claims (Equity): Claim 7 Filed by Constantinos Zavos, Claim 12 Filed by Harold P. Threlkeld, Claim 16 Filed by WD Partners I, LP, Claim 69 F Filed by Trustee John M Wolfe (TR) (Bastian, James)* |
| | 212 | 03/16/2015 | Order Granting Motion To Disallow The Following Claims (Equity) (BNC-PDF) (Related Doc # 186) (7,12,16,69,70,71,72,73,74,75,76,77) Signed on 3/16/2015. (Reid, Rick) Status: Disallow |

*Description:*
*Remarks:*   Claim disallowed per Court Order 3/16/15

| Creditor:    (22797112)<br>John Zambrano<br>19 N Fairview Ave<br>Nanuet NY 10954 | Claim No: 74<br>Original Filed Date: 11/24/2008<br>Original Entered Date: 01/06/2009 |

| Amount | claimed: | $1500.00 | |
|---|---|---|---|
| Unsecured | claimed: | $1500.00 | |

History:

| Details | 74-1 | 11/24/2008 | Claim #74 filed by John Zambrano, Amount claimed: $1500.00 (Deramus, Glenda ) |
|---|---|---|---|
| | 186 | 01/16/2015 | Motion to Disallow Claims<br>*Notice of Motion and Chapter 7 Trustees Motion for Order Disallowing the Following Claims (Equity): Claim 7 Filed by Constantinos Zavos, Claim 12 Filed by Harold P. Threlkeld, Claim 16 Filed by WD Partners I, LP, Claim 69 F Filed by Trustee John M Wolfe (TR) (Bastian, James)* |
| | 212 | 03/16/2015 | Order Granting Motion To Disallow The Following Claims (Equity) (BNC-PDF) (Related Doc # 186) (7,12,16,69,70,71,72,73,74,75,76,77) Signed on 3/16/2015. (Reid, Rick) Status: Disallow |

Description:

Remarks:    Claim disallowed per Court Order 3/16/15

---

| Creditor:    (22797139)<br>Frank Zambrano<br>19 N Fairview Ave<br>Nanuet NY 10954 | Claim No: 75<br>Original Filed Date: 11/24/2008<br>Original Entered Date: 01/06/2009 |

| Amount | claimed: | $1500.00 | |
|---|---|---|---|
| Unsecured | claimed: | $1500.00 | |

History:

| Details | 75-1 | 11/24/2008 | Claim #75 filed by Frank Zambrano, Amount claimed: $1500.00 (Deramus, Glenda ) |
|---|---|---|---|
| | 186 | 01/16/2015 | Motion to Disallow Claims<br>*Notice of Motion and Chapter 7 Trustees Motion for Order Disallowing the Following Claims (Equity): Claim 7 Filed by Constantinos Zavos, Claim 12 Filed by Harold P. Threlkeld, Claim 16 Filed by WD Partners I, LP, Claim 69 F Filed by Trustee John M Wolfe (TR) (Bastian, James)* |
| | 212 | 03/16/2015 | Order Granting Motion To Disallow The Following Claims (Equity) (BNC-PDF) (Related Doc # 186) (7,12,16,69,70,71,72,73,74,75,76,77) Signed on 3/16/2015. (Reid, Rick) Status: Disallow |

Description:

Remarks: (75-1) 500 Shares    Claim disallowed per Court Order 3/16/15

---

| Creditor:    (22797170)<br>Michael Zambrano<br>19 N Fairview Ave<br>Nanuet NY 10954 | Claim No: 76<br>Original Filed Date: 11/24/2008<br>Original Entered Date: 01/06/2009 |

| Amount | claimed: | $3000.00 | |
|---|---|---|---|
| Unsecured | claimed: | $3000.00 | |

History:

| Details | 76-1 | 11/24/2008 | Claim #76 filed by Michael Zambrano, Amount claimed: $3000.00 (Deramus, Glenda ) |
|---|---|---|---|
| | 186 | 01/16/2015 | Motion to Disallow Claims<br>*Notice of Motion and Chapter 7 Trustees Motion for Order Disallowing the Following Claims (Equity): Claim 7 Filed by Constantinos Zavos, Claim 12 Filed by Harold P. Threlkeld, Claim 16 Filed by WD Partners I, LP, Claim 69 F Filed by Trustee John M Wolfe (TR) (Bastian, James)* |
| | 212 | 03/16/2015 | Order Granting Motion To Disallow The Following Claims (Equity) (BNC-PDF) (Related Doc # 186) (7,12,16,69,70,71,72,73,74,75,76,77) Signed on 3/16/2015. (Reid, Rick) Status: Disallow |

Description:

Remarks: (76-1) 1000 Shares    Claim disallowed per Court Order 3/16/15

---

| Creditor:    (22797190)<br>Matthew Zambrano<br>19 N Fairview Ave<br>Nanuet NY 10954 | Claim No: 77<br>Original Filed Date: 11/24/2008<br>Original Entered Date: 01/06/2009 |

| Amount | claimed: | $1500.00 | |
|---|---|---|---|
| Unsecured | claimed: | $1500.00 | |

**History:**

| Details | 77-1 | 11/24/2008 | Claim #77 filed by Matthew Zambrano, Amount claimed: $1500.00 (Deramus, Glenda ) |
| | 186 | 01/16/2015 | Motion to Disallow Claims |
| | | | *Notice of Motion and Chapter 7 Trustees Motion for Order Disallowing the Following Claims (Equity): Claim 7 Filed by Constantinos Zavos, Claim 12 Filed by Harold P. Threlkeld, Claim 16 Filed by WD Partners I, LP, Claim 69 F... Filed by Trustee John M Wolfe (TR) (Bastian, James)* |
| | 212 | 03/16/2015 | Order Granting Motion To Disallow The Following Claims (Equity) (BNC-PDF) (Related Doc # 186) (7,12,16,69,70,71,72,73,74,75,76,77) Signed on 3/16/2015. (Reid, Rick) Status: Disallow |

**Description:**

**Remarks:** (77-1) 500 Shares Claim disallowed per Court Order 3/16/15

---

| Creditor: (22797192) | Claim No: 78 | Status: |
|---|---|---|
| Robert & Judith Carr | Original Filed Date: 11/24/2008 | Filed by: CR |
| c/o Jebeco Marketing | Original Entered Date: 01/06/2009 | Entered by: Glenda Deramus |
| 2533 Cherokee Pkwy | | Modified: |
| Louisville KY 40204-2217 | | |

| Amount | claimed: | $25000.00 |
| Secured | claimed: | $25000.00 |

**History:**

| Details | 78-1 | 11/24/2008 | Claim #78 filed by Robert & Judith Carr, Amount claimed: $25000.00 (Deramus, Glenda ) |

**Description:** Allowed Secured Claim $.00 and General Unsecured Claim $25,000.00

**Remarks:** Order Approving Settlement Agreement Resolving Disputes with Roswell Capital Partners, LLC and Bridgepointe Master Fund, Ltd, a Cayman Islands Exempted Company and all other Holders of the 2006 Debentures and the March 2008 Debentures Per Court Order 10/1/2010

---

| Creditor: (22803230) | Claim No: 79 | Status: |
|---|---|---|
| D Chadwick Calvert | Original Filed Date: 11/24/2008 | Filed by: CR |
| 7354 S Alton Way #203 | Original Entered Date: 01/07/2009 | Entered by: Glenda Deramus |
| Centinnial CO 80112 | | Modified: |

| Amount | claimed: | $237500.00 |
| Secured | claimed: | $237500.00 |

**History:**

| Details | 79-1 | 11/24/2008 | Claim #79 filed by D Chadwick Calvert, Amount claimed: $237500.00 (Deramus, Glenda ) |

**Description:** Allowed Secured Claim $30,000.00 and General Unsecured Claim $207,500.00

**Remarks:** Order Approving Settlement Agreement Resolving Disputes with Roswell Capital Partners, LLC and Bridgepointe Master Fund, Ltd, a Cayman Islands Exempted Company and all other Holders of the 2006 Debentures and the March 2008 Debentures Per Court Order 10/1/2010

---

| Creditor: (22803262) | Claim No: 80 | Status: |
|---|---|---|
| Robert Carr | Original Filed Date: 11/24/2008 | Filed by: CR |
| c/o Jebeco Marketing | Original Entered Date: 01/07/2009 | Entered by: Glenda Deramus |
| 2533 Cherokee Pkwy | | Modified: |
| Louisville KY 40204-2217 | | |

| Amount | claimed: | $34375.00 |
| Secured | claimed: | $34375.00 |

**History:**

| Details | 80-1 | 11/24/2008 | Claim #80 filed by Robert Carr, Amount claimed: $34375.00 (Deramus, Glenda ) |

**Description:** Allowed Secured Claim $7,500.00 and General Unsecured Claim $26,875.00

**Remarks:** Order Approving Settlement Agreement Resolving Disputes with Roswell Capital Partners, LLC and Bridgepointe Master Fund, Ltd, a Cayman Islands Exempted Company and all other Holders of the 2006 Debentures and the March 2008 Debentures Per Court Order 10/1/2010

---

| Creditor: (20393522) | Claim No: 81 | Status: |
|---|---|---|
| Kevin Pickard | Original Filed Date: 11/26/2008 | Filed by: CR |
| 28382 Constellation Rd. | Original Entered Date: 01/08/2009 | Entered by: Glenda Deramus |
| Valencia, CA 91355 | | Modified: |

| Amount | claimed: | $76667.00 |
| Secured | claimed: | $50000.00 |
| Unsecured | claimed: | $26667.00 |

**History:**

| Details | 81-1 | 11/26/2008 | Claim #81 filed by Kevin Pickard, Amount claimed: $76667.00 (Deramus, Glenda ) |

Description:Order Approving (1) Settlement Agreement Resolving Disputes with Kevin Pickard, an In... ..., CPAs... ... ...ment Resolving Disputes with Mark V Asdourian, an Individual and Mark V Asdourian, a Professional Law

Remarks: Corporation Per Court Order 10/01/2010

| Creditor: (23699159) Orange County Treasurer-Tax Collector P.O.Box 1438 Santa Ana, Ca 92702 Attn: Bankruptcy Unit | Claim No: 82 Original Filed Date: 05/01/2009 Original Entered Date: 05/01/2009 | Status: Filed by: CR Entered by: R Neil Rodgers Modified: |
|---|---|---|

| Amount | claimed: | $1858.87 | | | |
|---|---|---|---|---|---|
| Priority | claimed: | $1858.87 | | | |

History:

| Details | | 82-1 | 05/01/2009 | Claim #82 filed by Orange County Treasurer-Tax Collector, Amount claimed: 1858.87 (Rodgers, R ) |
|---|---|---|---|---|

Description: (82-1) 2008 Pre-Petition Priority Business & Leased Assessment

Remarks: (82-1) Bk 0900278    Claim allowed a priority unsecured.

| Creditor: (20752927) Franchise Tax Board Special Procedures Section P O Box 2952 Sacramento, CA 95812-2952 | Claim No: 83 Original Filed Date: 07/13/2009 Original Entered Date: 07/13/2009 Last Amendment Filed: 06/05/2015 Last Amendment Entered: 06/05/2015 | Status: Filed by: CR Entered by: Rebecca Estonilo Modified: |
|---|---|---|

| Amount | claimed: | $8750.30 | | | |
|---|---|---|---|---|---|
| Priority | claimed: | $8750.30 | | | |

History:

| Details | | 83-1 | 07/13/2009 | Claim #83 filed by Franchise Tax Board, Amount claimed: $8409.85 (Reid, Rick ) |
|---|---|---|---|---|
| Details | | 83-2 | 10/19/2010 | Amended Claim #83 filed by Franchise Tax Board, Amount claimed: $11738.46 (Cammiso, Roseann ) |
| Details | | 83-3 | 05/31/2012 | Amended Claim #83 filed by Franchise Tax Board, Amount claimed: $25466.95 (Rogers, Genevieve ) |
| Details | | 83-4 | 04/16/2013 | Amended Claim #83 filed by Franchise Tax Board, Amount claimed: $31035.86 (Rogers, Genevieve ) |
| Details | | 83-5 | 03/19/2014 | Amended Claim #83 filed by Franchise Tax Board, Amount claimed: $36905.41 (Ho, Vivian ) |
| Details | | 83-6 | 04/02/2015 | Amended Claim #83 filed by Franchise Tax Board, Amount claimed: $43057.98 (Ho, Vivian ) |
| Details | | 83-7 | 06/05/2015 | Amended Claim #83 filed by Franchise Tax Board, Amount claimed: $8750.30 (Estonilo, Rebecca ) |

Description: (83-3) Claim Filed
(83-4) Claim Filed
(83-5) Claim Filed
(83-6) Claim Filed
(83-7) Claim Filed

Remarks: (83-2) ADMINISTRATIVE EXPENSE    Claim allowed as amended 6/5/15

### Claims Register Summary

**Case Name:** Universal Guardian Holdings, Inc.
**Case Number:** 8:08-bk-13532-ES
**Chapter:** 7
**Date Filed:** 06/23/2008
**Total Number Of Claims:** 82

| Total Amount Claimed* | $8607145.23 |
|---|---|
| Total Amount Allowed* | |

*Includes general unsecured claims

**The values are reflective of the data entered. Always refer to claim documents for actual amounts.**

| | Claimed | Allowed |
|---|---|---|
| Secured | $5903856.68 | |
| Priority | $19061.11 | |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 07/08/2015 12:05:57 | | | |
| **PACER Login:** | jw0070:2577545:0 | **Client Code:** | |
| **Description:** | Claims Register | **Search Criteria:** | 8:08-bk-13532-ES Filed or Entered From: 6/18/2000 Filed or Entered To: 12/31/2015 |
| **Billable Pages:** | 7 | **Cost:** | 0.70 |

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.:      8:08-BK-13532-ES

Case Name:    UNIVERSAL GUARDIAN HOLDINGS, INC.

Trustee Name:   JOHN M. WOLFE

**Balance on hand:**                                    $    143,847.26

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 0 | Roswell Capital Partners, LLC | 187,500.00 | 187,500.00 | 187,500.00 | 0.00 |
| 2 | Eckert's Van & Storage | 1,752.50 | 0.00 | 0.00 | 0.00 |
| 17 | Paul M. Cooney | 30,000.00 | 1,915.65 | 0.00 | 1,915.65 |
| 20 | Carol Grossman | 7,500.00 | 478.91 | 0.00 | 478.91 |
| 22 | John M Krieger | 7,500.00 | 478.91 | 0.00 | 478.91 |
| 23 | Roger Neal Keesee, Jr | 15,000.00 | 957.82 | 0.00 | 957.82 |
| 24 | Hirsch J. Ziegler | 15,000.00 | 957.82 | 0.00 | 957.82 |
| 25 | Keith C. Ferrell | 7,500.00 | 478.91 | 0.00 | 478.91 |
| 26 | BridgePointe Master Fund Ltd | 77,006.00 | 4,917.21 | 0.00 | 4,917.21 |
| 27 | George T. Schirripa | 30,000.00 | 1,915.65 | 0.00 | 1,915.65 |
| 28 | Andrew P. Geiss | 15,000.00 | 957.82 | 0.00 | 957.82 |
| 29 | Mark Gorelik Trust UAD 04/22/96 | 15,000.00 | 957.82 | 0.00 | 957.82 |
| 31 | Brent Benkovic | 15,000.00 | 957.82 | 0.00 | 957.82 |
| 32 | John Eberhardt | 3,750.00 | 239.46 | 0.00 | 239.46 |
| 33 | Robert Rosenberg | 3,750.00 | 239.46 | 0.00 | 239.46 |
| 35 | William D Bonham | 7,500.00 | 478.91 | 0.00 | 478.91 |
| 36 | Robert Easton PSP | 7,500.00 | 478.91 | 0.00 | 478.91 |
| 38 | Charles Brusco | 15,000.00 | 957.82 | 0.00 | 957.82 |
| 39 | Richard Adler | 30,000.00 | 1,915.65 | 0.00 | 1,915.65 |
| 40 | George Karfunkel | 15,000.00 | 957.82 | 0.00 | 957.82 |
| 41 | Harborview Master Fund | 24,000.00 | 1,532.52 | 0.00 | 1,532.52 |
| 49 | Harvey Sandler Revocable Trust | 7,500.00 | 478.91 | 0.00 | 478.91 |
| 50 | Ribo CV | 75,000.00 | 4,789.12 | 0.00 | 4,789.12 |
| 51 | Douglas & Michele Schimmel | 15,000.00 | 957.82 | 0.00 | 957.82 |
| 52 | SERF Investment Holdings, LLC | 3,750.00 | 239.46 | 0.00 | 239.46 |
| 56 | Chaya Siegfried | 1,500.00 | 95.78 | 0.00 | 95.78 |

**UST Form 101-7-TFR (05/1/2011)**

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 57 | Gary A Gelbfish | 22,500.00 | 1,436.74 | 0.00 | 1,436.74 |
| 58 | Michael & Karen Mitri | 7,500.00 | 478.91 | 0.00 | 478.91 |
| 59 | Mark Leider | 7,500.00 | 478.91 | 0.00 | 478.91 |
| 61 | Louis J Perona | 7,500.00 | 478.91 | 0.00 | 478.91 |
| 63 | Michael Levine | 7,500.00 | 478.91 | 0.00 | 478.91 |
| 64 | Jeffrey Scott | 3,750.00 | 239.46 | 0.00 | 239.46 |
| 65 | Bristol Investment Fund Ltd | 30,000.00 | 1,915.65 | 0.00 | 1,915.65 |
| 67 | Maria de los Angeles Mas de Garcia Barella | 75,000.00 | 4,789.12 | 0.00 | 4,789.12 |
| 68 | Allan B Bakalian | 15,000.00 | 957.82 | 0.00 | 957.82 |
| 79 | D Chadwick Calvert | 30,000.00 | 1,915.65 | 0.00 | 1,915.65 |
| 80 | Robert Carr | 7,500.00 | 478.91 | 0.00 | 478.91 |
| Notfiled | John M. Eberhardt | 3,750.00 | 239.46 | 0.00 | 239.46 |
| 62 | Mark V. Asdourian, PLC | 32,500.00 | 32,500.00 | 32,500.00 | 0.00 |
| Notfiled | CG Trust | 11,250.00 | 718.37 | 0.00 | 718.37 |

Total to be paid to secured creditors: $ 42,942.80
Remaining balance: $ 100,904.46

Application for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - JOHN M. WOLFE | 37,426.38 | 0.00 | 37,426.38 |
| Attorney for Trustee, Fees - SHULMAN HODGES & BASTIAN LLP | 246,625.50 | 246,625.50 | 0.00 |
| Attorney for Trustee, Expenses - SHULMAN HODGES & BASTIAN LLP | 18,927.53 | 18,927.53 | 0.00 |
| Charges, U.S. Bankruptcy Court | 250.00 | 0.00 | 250.00 |
| Other, Fees - LEGENDS MERCHANTS GROUP | 21,496.28 | 21,496.28 | 0.00 |
| Other, Expenses - ECKERT'S MOVING & STORAGE | 4,612.50 | 4,612.50 | 0.00 |
| Attorney for Trustee, Fees - STETINA BRUNDA GARRED & BRUCKER | 2,156.00 | 2,156.00 | 0.00 |
| Attorney for Trustee, Expenses - STETINA BRUNDA GARRED & BRUCKER | 3,500.00 | 3,500.00 | 0.00 |
| Other, Expenses - Franchise Tax Board | 8,750.30 | 0.00 | 8,750.30 |
| Other, Expenses - INTERNATIONAL SURETIES | 806.59 | 806.59 | 0.00 |
| Other, Expenses - KEVIN F. PICKARD, CPA | 847.00 | 847.00 | 0.00 |

Application for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Other, Expenses - PUBLIC STORAGE | 4,177.10 | 4,177.10 | 0.00 |

Total to be paid for chapter 7 administration expenses: $    46,426.68
Remaining balance: $    54,477.78

Application for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| NONE | | | |

Total to be paid for prior chapter administration expenses: $    0.00
Remaining balance: $    54,477.78

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $6,140.26 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 3 | Franchise Tax Board | 0.00 | 0.00 | 0.00 |
| 4 | Franchise Tax Board | 4,281.39 | 0.00 | 4,281.39 |
| 82 | Orange County Treasurer-Tax Collector | 1,858.87 | 0.00 | 1,858.87 |

Total to be paid for priority claims: $    6,140.26
Remaining balance: $    48,337.52

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $5,998,101.96 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.8 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | LexisNexis | 0.00 | 0.00 | 0.00 |
| 4 | Franchise Tax Board | 304.42 | 0.00 | 2.47 |

**UST Form 101-7-TFR (05/1/2011)**

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 5 | AJ Robbins, PC | 51,419.32 | 0.00 | 0.00 |
| 5 | AJ Robbins, PC | 51,419.32 | 0.00 | 417.96 |
| 6 | CCIF CPA Limited | 0.00 | 0.00 | 0.00 |
| 7 | Constantinos Zavos | 0.00 | 0.00 | 0.00 |
| 8 | Harry G G Naismith | 0.00 | 0.00 | 0.00 |
| 9 | AICCO Inc | 0.00 | 0.00 | 0.00 |
| 10 | Broadridge Financial Solutions | 11,696.26 | 0.00 | 95.07 |
| 11 | William Henry (Bill) Wyllie | 0.00 | 0.00 | 0.00 |
| 12 | Harold P Threlkeld | 0.00 | 0.00 | 0.00 |
| 13 | Intelesis Technologies Corporation | 0.00 | 0.00 | 0.00 |
| 14 | Kevin Westcott | 62,263.05 | 0.00 | 506.11 |
| 15 | Gerald Russell Cummings | 0.00 | 0.00 | 0.00 |
| 16 | WD Partners I LP | 0.00 | 0.00 | 0.00 |
| 17 | Paul M. Cooney | 207,500.00 | 0.00 | 1,686.66 |
| 18 | Stephen Acornley | 0.00 | 0.00 | 0.00 |
| 19 | David Hopps   Four Pillars Security LTD | 0.00 | 0.00 | 0.00 |
| 20 | Carol Grossman | 51,875.00 | 0.00 | 421.67 |
| 21 | Rick Blakey-Scholes | 0.00 | 0.00 | 0.00 |
| 22 | John M Krieger | 51,875.00 | 0.00 | 421.67 |
| 23 | Roger Neal Keesee, Jr | 103,750.00 | 0.00 | 843.34 |
| 24 | Hirsch J. Ziegler | 103,750.00 | 0.00 | 843.34 |
| 25 | Keith C. Ferrell | 51,875.00 | 0.00 | 421.67 |
| 26 | BridgePointe Master Fund Ltd | 1,379,174.70 | 0.00 | 11,210.45 |
| 27 | George T. Schirripa | 207,500.00 | 0.00 | 1,686.66 |
| 28 | Andrew P. Geiss | 103,750.00 | 0.00 | 843.34 |
| 29 | Mark Gorelik Trust UAD 04/22/96 | 103,750.00 | 0.00 | 843.34 |
| 30 | ADAIR OFFICE FURNITURE | 2,878.00 | 0.00 | 23.39 |
| 31 | Brent Benkovic | 103,750.00 | 0.00 | 843.34 |
| 32 | John Eberhardt | 25,937.50 | 0.00 | 210.83 |
| 33 | Robert Rosenberg | 25,000.00 | 0.00 | 203.21 |
| 34 | Gerald Russell Cummings | 0.00 | 0.00 | 0.00 |
| 35 | William D Bonham | 51,875.00 | 0.00 | 421.67 |

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 36 | Robert Easton PSP | 51,875.00 | 0.00 | 421.67 |
| 37 | Allan John Beynon | 0.00 | 0.00 | 0.00 |
| 38 | Charles Brusco | 103,750.00 | 0.00 | 843.34 |
| 39 | Richard Adler | 207,500.00 | 0.00 | 1,686.67 |
| 40 | George Karfunkel | 111,394.00 | 0.00 | 905.47 |
| 41 | Harborview Master Fund | 190,866.85 | 0.00 | 1,551.47 |
| 42 | Kurt Schaerer | 0.00 | 0.00 | 0.00 |
| 43 | Dipro Asia Pacific Limited | 0.00 | 0.00 | 0.00 |
| 44 | Protecta Technology Limited | 0.00 | 0.00 | 0.00 |
| 45 | Cohen Mohr LLP | 21,797.27 | 0.00 | 177.18 |
| 46 | Philip E. Cook | 0.00 | 0.00 | 0.00 |
| 47 | Philip E. Cook | 0.00 | 0.00 | 0.00 |
| 48 | LEXISNEXIS | 0.00 | 0.00 | 0.00 |
| 49 | Harvey Sandler Revocable Trust | 51,875.00 | 0.00 | 421.67 |
| 50 | Ribo CV | 518,750.00 | 0.00 | 4,216.66 |
| 51 | Douglas & Michele Schimmel | 103,750.00 | 0.00 | 843.34 |
| 52 | SERF Investment Holdings, LLC | 25,937.50 | 0.00 | 210.83 |
| 53 | CMB Enterprises Limited | 0.00 | 0.00 | 0.00 |
| 54 | Philip E Cook | 0.00 | 0.00 | 0.00 |
| 55 | Philip E Cook | 0.00 | 0.00 | 0.00 |
| 56 | Chaya Siegfried | 10,375.00 | 0.00 | 84.33 |
| 57 | Gary A Gelbfish | 155,625.00 | 0.00 | 1,265.00 |
| 58 | Michael & Karen Mitri | 51,875.00 | 0.00 | 421.67 |
| 59 | Mark Leider | 51,875.00 | 0.00 | 421.67 |
| 61 | Louis J Perona | 51,875.00 | 0.00 | 421.67 |
| 62 | Mark V. Asdourian, PLC | 77,500.00 | 0.00 | 629.96 |
| 63 | Michael Levine | 51,875.00 | 0.00 | 421.67 |
| 64 | Jeffrey Scott | 25,937.50 | 0.00 | 210.83 |
| 65 | Bristol Investment Fund Ltd | 202,737.87 | 0.00 | 1,647.95 |
| 66 | Rockmore Inv Master Fund Ltd | 217,358.90 | 0.00 | 1,766.80 |
| 67 | Maria de los Angeles Mas de Garcia Barella | 518,687.50 | 0.00 | 4,216.15 |
| 68 | Allan B Bakalian | 103,750.00 | 0.00 | 843.34 |

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 69 | Lindsay M Durand | 0.00 | 0.00 | 0.00 |
| 70 | Douglas Durand Jr | 0.00 | 0.00 | 0.00 |
| 71 | John J Petrera Jr | 0.00 | 0.00 | 0.00 |
| 72 | PJ Co Company | 0.00 | 0.00 | 0.00 |
| 73 | Anthony Porcelli | 0.00 | 0.00 | 0.00 |
| 74 | John Zambrano | 0.00 | 0.00 | 0.00 |
| 75 | Frank Zambrano | 0.00 | 0.00 | 0.00 |
| 76 | Michael Zambrano | 0.00 | 0.00 | 0.00 |
| 77 | Matthew Zambrano | 0.00 | 0.00 | 0.00 |
| 78 | Robert & Judith Carr | 25,000.00 | 0.00 | 203.21 |
| 79 | D Chadwick Calvert | 207,500.00 | 0.00 | 1,686.66 |
| 80 | Robert Carr | 26,875.00 | 0.00 | 218.45 |
| 81 | Kevin Pickard | 76,667.00 | 0.00 | 623.19 |
| Notfiled | John M. Eberhardt | 937.50 | 0.00 | 7.62 |
| Notfiled | CG Trust | 2,812.50 | 0.00 | 22.86 |

Total to be paid for timely general unsecured claims:     $       48,337.52

Remaining balance:     $       0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claims dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | **NONE** | | |

Total to be paid for tardy general unsecured claims:     $       0.00

Remaining balance:     $       0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| **NONE** | | | | |

Total to be paid for subordinated claims:       $_____ 0.00

Remaining balance:       $_____ 0.00

**UST Form 101-7-TFR (05/1/2011)**