JOHN M. WOLFE
5450 TRABUCO ROAD
IRVINE, CA  92620
Ph: (949) 476-2696
Fax: (949) 476-0106
john.wolfe@txitrustee.com

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## CA - CENTRAL

| | | |
|---|---|---|
| In re:    UNIVERSAL GUARDIAN HOLDINGS, INC. | § | Case No. 8:08-BK-13532 ES |
| | § | |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that JOHN M. WOLFE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

U S Bankruptcy Court
Ronald Reagan Federal Building & U S Courthouse
411 West Fourth Street, Suite 2030
Santa Ana, CA  92701-4593

A hearing on the Trustee's Final Report and Applications for Compensation will be held at 10:30 a.m. on 10/15/2015 in Courtroom 5A, United States Federal Courthouse, located at 411 West 4th Street, Santa Ana, California 92701. Any person wishing to object to any fee application that has not already been approved, or to the Trustee's Final Report, must file a written opposition thereto pursuant to Local Bankruptcy Rule 9013-1(f) not later than 14 days before the date designated for hearing and serve a copy of the opposition upon the trustee, any party whose application is being challenged and the United States Trustee.  Untimely objections may be deemed waived.  In the absence of a timely objection by the United States Trustee or other party in interest, the Court may discharge the Chapter 7 Trustee and close the case without reviewing the Final Report and Account or determining the merits of the Chapter 7 Trustee's certification that the estate has been fully administered.  See Federal Rule of Bankruptcy Procedure 5009.


Date Mailed:  08/27/2015            By:    /s/ JOHN M. WOLFE
                                                    Trustee

JOHN M. WOLFE
5450 TRABUCO ROAD
IRVINE, CA  92620
(949) 476-2696
john.wolfe@txitrustee.com


 **UST Form 101-7-NFR (10/1/2010)**

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
CA - CENTRAL

In re:    UNIVERSAL GUARDIAN HOLDINGS, INC.    § Case No. 8:08-BK-13532 ES
§
§
Debtor(s)    §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATION FOR COMPENSATION

|  |  |
|---|---:|
| The Final Report shows receipts of | $ 683,527.55 |
| and approved disbursements of | $ 539,680.29 |
| leaving a balance on hand of [1] | $ 143,847.26 |
| **Balance on hand:** | $ 143,847.26 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|---:|
| 0 | Roswell Capital Partners, LLC | 187,500.00 | 187,500.00 | 187,500.00 | 0.00 |
| 2 | Eckert's Van & Storage | 1,752.50 | 0.00 | 0.00 | 0.00 |
| 17 | Paul M. Cooney | 30,000.00 | 1,915.65 | 0.00 | 1,915.65 |
| 20 | Carol Grossman | 7,500.00 | 478.91 | 0.00 | 478.91 |
| 22 | John M Krieger | 7,500.00 | 478.91 | 0.00 | 478.91 |
| 23 | Roger Neal Keesee, Jr | 15,000.00 | 957.82 | 0.00 | 957.82 |
| 24 | Hirsch J. Ziegler | 15,000.00 | 957.82 | 0.00 | 957.82 |
| 25 | Keith C. Ferrell | 7,500.00 | 478.91 | 0.00 | 478.91 |
| 26 | BridgePointe Master Fund Ltd | 77,006.00 | 4,917.21 | 0.00 | 4,917.21 |
| 27 | George T. Schirripa | 30,000.00 | 1,915.65 | 0.00 | 1,915.65 |
| 28 | Andrew P. Geiss | 15,000.00 | 957.82 | 0.00 | 957.82 |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|---:|
| 29 | Mark Gorelik Trust UAD 04/22/96 | 15,000.00 | 957.82 | 0.00 | 957.82 |
| 31 | Brent Benkovic | 15,000.00 | 957.82 | 0.00 | 957.82 |
| 32 | John Eberhardt | 3,750.00 | 239.46 | 0.00 | 239.46 |
| 33 | Robert Rosenberg | 3,750.00 | 239.46 | 0.00 | 239.46 |
| 35 | William D Bonham | 7,500.00 | 478.91 | 0.00 | 478.91 |
| 36 | Robert Easton PSP | 7,500.00 | 478.91 | 0.00 | 478.91 |
| 38 | Charles Brusco | 15,000.00 | 957.82 | 0.00 | 957.82 |
| 39 | Richard Adler | 30,000.00 | 1,915.65 | 0.00 | 1,915.65 |
| 40 | George Karfunkel | 15,000.00 | 957.82 | 0.00 | 957.82 |
| 41 | Harborview Master Fund | 24,000.00 | 1,532.52 | 0.00 | 1,532.52 |
| 49 | Harvey Sandler Revocable Trust | 7,500.00 | 478.91 | 0.00 | 478.91 |
| 50 | Ribo CV | 75,000.00 | 4,789.12 | 0.00 | 4,789.12 |
| 51 | Douglas & Michele Schimmel | 15,000.00 | 957.82 | 0.00 | 957.82 |
| 52 | SERF Investment Holdings, LLC | 3,750.00 | 239.46 | 0.00 | 239.46 |
| 56 | Chaya Siegfried | 1,500.00 | 95.78 | 0.00 | 95.78 |
| 57 | Gary A Gelbfish | 22,500.00 | 1,436.74 | 0.00 | 1,436.74 |
| 58 | Michael & Karen Mitri | 7,500.00 | 478.91 | 0.00 | 478.91 |
| 59 | Mark Leider | 7,500.00 | 478.91 | 0.00 | 478.91 |
| 61 | Louis J Perona | 7,500.00 | 478.91 | 0.00 | 478.91 |
| 63 | Michael Levine | 7,500.00 | 478.91 | 0.00 | 478.91 |
| 64 | Jeffrey Scott | 3,750.00 | 239.46 | 0.00 | 239.46 |
| 65 | Bristol Investment Fund Ltd | 30,000.00 | 1,915.65 | 0.00 | 1,915.65 |
| 67 | Maria de los Angeles Mas de Garcia Barella | 75,000.00 | 4,789.12 | 0.00 | 4,789.12 |
| 68 | Allan B Bakalian | 15,000.00 | 957.82 | 0.00 | 957.82 |
| 79 | D Chadwick Calvert | 30,000.00 | 1,915.65 | 0.00 | 1,915.65 |
| 80 | Robert Carr | 7,500.00 | 478.91 | 0.00 | 478.91 |
| Notfiled | John M. Eberhardt | 3,750.00 | 239.46 | 0.00 | 239.46 |
| 62 | Mark V. Asdourian, PLC | 32,500.00 | 32,500.00 | 32,500.00 | 0.00 |
| Notfiled | CG Trust | 11,250.00 | 718.37 | 0.00 | 718.37 |

**UST Form 101-7-NFR (10/1/2010)**

|  | Total to be paid to secured creditors: | $ 42,942.80 |
|---|---|---|
|  | Remaining balance: | $ 100,904.46 |

Application for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - JOHN M. WOLFE | 37,426.38 | 0.00 | 37,426.38 [1] |
| Attorney for Trustee, Fees - SHULMAN HODGES & BASTIAN LLP | 246,625.50 | 246,625.50 | 0.00 |
| Attorney for Trustee, Expenses - SHULMAN HODGES & BASTIAN LLP | 18,927.53 | 18,927.53 | 0.00 |
| Charges, U.S. Bankruptcy Court | 250.00 | 0.00 | 250.00 |
| Other, Fees - LEGENDS MERCHANTS GROUP | 21,496.28 | 21,496.28 | 0.00 |
| Other, Expenses - ECKERT'S MOVING & STORAGE | 4,612.50 | 4,612.50 | 0.00 |
| Attorney for Trustee, Fees - STETINA BRUNDA GARRED & BRUCKER | 2,156.00 | 2,156.00 | 0.00 |
| Attorney for Trustee, Expenses - STETINA BRUNDA GARRED & BRUCKER | 3,500.00 | 3,500.00 | 0.00 |
| Other, Expenses - Franchise Tax Board | 8,750.30 | 0.00 | 8,750.30 |
| Other, Expenses - INTERNATIONAL SURETIES | 806.59 | 806.59 | 0.00 |
| Other, Expenses - KEVIN F. PICKARD, CPA | 847.00 | 847.00 | 0.00 |
| Other, Expenses - PUBLIC STORAGE | 4,177.10 | 4,177.10 | 0.00 |

|  | Total to be paid for chapter 7 administration expenses: | $ 46,426.68 |
|---|---|---|
|  | Remaining balance: | $ 54,477.78 |

Application for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| **NONE** | | | |

|  | Total to be paid for prior chapter administration expenses: | $ 0.00 |
|---|---|---|
|  | Remaining balance: | $ 54,477.78 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $6,140.26 must be paid in advance of any dividend to general (unsecured) creditors.

**UST Form 101-7-NFR (10/1/2010)**

---

[1] The sale orders related to both the sale of UGSG stock and the Cobra Stunlight (Asset Nos. 3 and 6) state that "[p]ursuant to Section 506(c), the Trustee is authorized to surcharge the alleged collateral of Roswell Capital Partner, LLC in an amount equal to the allowed amount of fees and reimbursement of expenses awarded to the Trustee and his professionals in this case" related to the sale of UGSG and the sale of the Cobra Stunlight ("Carve Outs"). As such, the amount of the carve out for the Trustee's statutory fee has been prorated based on the percentage of monies collected from the sale of UGSG stock and the Cobra Stunlight versus the total value of assets liquidated in the case. Based on total monies received in the case of $683,527.55 and $616,372.42 of that corresponding to the sale of UGSG stock and the Cobra Stunlight. 90.18% of the Trustee's statutory fee will be deducted from the funds to pay Roswell on account of secured claims. The remainder of the statutory fee or 9.82% will be deducted from the funds available for all other claims.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 3 | Franchise Tax Board | 0.00 | 0.00 | 0.00 |
| 4 | Franchise Tax Board | 4,281.39 | 0.00 | 4,281.39 |
| 82 | Orange County Treasurer-Tax Collector | 1,858.87 | 0.00 | 1,858.87 |

Total to be paid for priority claims:   $   6,140.26
Remaining balance:   $   48,337.52

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $5,998,101.96 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.8 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 1 | LexisNexis | 0.00 | 0.00 | 0.00 |
| 4 | Franchise Tax Board | 304.42 | 0.00 | 2.47 |
| 5 | AJ Robbins, PC | 51,419.32 | 0.00 | 0.00 |
| 5 | AJ Robbins, PC | 51,419.32 | 0.00 | 417.96 |
| 6 | CCIF CPA Limited | 0.00 | 0.00 | 0.00 |
| 7 | Constantinos Zavos | 0.00 | 0.00 | 0.00 |
| 8 | Harry G G Naismith | 0.00 | 0.00 | 0.00 |
| 9 | AICCO Inc | 0.00 | 0.00 | 0.00 |
| 10 | Broadridge Financial Solutions | 11,696.26 | 0.00 | 95.07 |
| 11 | William Henry (Bill) Wyllie | 0.00 | 0.00 | 0.00 |
| 12 | Harold P Threlkeld | 0.00 | 0.00 | 0.00 |
| 13 | Intelesis Technologies Corporation | 0.00 | 0.00 | 0.00 |
| 14 | Kevin Westcott | 62,263.05 | 0.00 | 506.11 |
| 15 | Gerald Russell Cummings | 0.00 | 0.00 | 0.00 |
| 16 | WD Partners I LP | 0.00 | 0.00 | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 17 | Paul M. Cooney | 207,500.00 | 0.00 | 1,686.66 |
| 18 | Stephen Acornley | 0.00 | 0.00 | 0.00 |
| 19 | David Hopps   Four Pillars Security LTD | 0.00 | 0.00 | 0.00 |
| 20 | Carol Grossman | 51,875.00 | 0.00 | 421.67 |
| 21 | Rick Blakey-Scholes | 0.00 | 0.00 | 0.00 |
| 22 | John M Krieger | 51,875.00 | 0.00 | 421.67 |
| 23 | Roger Neal Keesee, Jr | 103,750.00 | 0.00 | 843.34 |
| 24 | Hirsch J. Ziegler | 103,750.00 | 0.00 | 843.34 |
| 25 | Keith C. Ferrell | 51,875.00 | 0.00 | 421.67 |
| 26 | BridgePointe Master Fund Ltd | 1,379,174.70 | 0.00 | 11,210.45 |
| 27 | George T. Schirripa | 207,500.00 | 0.00 | 1,686.66 |
| 28 | Andrew P. Geiss | 103,750.00 | 0.00 | 843.34 |
| 29 | Mark Gorelik Trust UAD 04/22/96 | 103,750.00 | 0.00 | 843.34 |
| 30 | ADAIR OFFICE FURNITURE | 2,878.00 | 0.00 | 23.39 |
| 31 | Brent Benkovic | 103,750.00 | 0.00 | 843.34 |
| 32 | John Eberhardt | 25,937.50 | 0.00 | 210.83 |
| 33 | Robert Rosenberg | 25,000.00 | 0.00 | 203.21 |
| 34 | Gerald Russell Cummings | 0.00 | 0.00 | 0.00 |
| 35 | William D Bonham | 51,875.00 | 0.00 | 421.67 |
| 36 | Robert Easton PSP | 51,875.00 | 0.00 | 421.67 |
| 37 | Allan John Beynon | 0.00 | 0.00 | 0.00 |
| 38 | Charles Brusco | 103,750.00 | 0.00 | 843.34 |
| 39 | Richard Adler | 207,500.00 | 0.00 | 1,686.67 |
| 40 | George Karfunkel | 111,394.00 | 0.00 | 905.47 |
| 41 | Harborview Master Fund | 190,866.85 | 0.00 | 1,551.47 |
| 42 | Kurt Schaerer | 0.00 | 0.00 | 0.00 |
| 43 | Dipro Asia Pacific Limited | 0.00 | 0.00 | 0.00 |
| 44 | Protecta Technology Limited | 0.00 | 0.00 | 0.00 |
| 45 | Cohen Mohr LLP | 21,797.27 | 0.00 | 177.18 |
| 46 | Philip E. Cook | 0.00 | 0.00 | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 47 | Philip E. Cook | 0.00 | 0.00 | 0.00 |
| 48 | LEXISNEXIS | 0.00 | 0.00 | 0.00 |
| 49 | Harvey Sandler Revocable Trust | 51,875.00 | 0.00 | 421.67 |
| 50 | Ribo CV | 518,750.00 | 0.00 | 4,216.66 |
| 51 | Douglas & Michele Schimmel | 103,750.00 | 0.00 | 843.34 |
| 52 | SERF Investment Holdings, LLC | 25,937.50 | 0.00 | 210.83 |
| 53 | CMB Enterprises Limited | 0.00 | 0.00 | 0.00 |
| 54 | Philip E Cook | 0.00 | 0.00 | 0.00 |
| 55 | Philip E Cook | 0.00 | 0.00 | 0.00 |
| 56 | Chaya Siegfried | 10,375.00 | 0.00 | 84.33 |
| 57 | Gary A Gelbfish | 155,625.00 | 0.00 | 1,265.00 |
| 58 | Michael & Karen Mitri | 51,875.00 | 0.00 | 421.67 |
| 59 | Mark Leider | 51,875.00 | 0.00 | 421.67 |
| 61 | Louis J Perona | 51,875.00 | 0.00 | 421.67 |
| 62 | Mark V. Asdourian, PLC | 77,500.00 | 0.00 | 629.96 |
| 63 | Michael Levine | 51,875.00 | 0.00 | 421.67 |
| 64 | Jeffrey Scott | 25,937.50 | 0.00 | 210.83 |
| 65 | Bristol Investment Fund Ltd | 202,737.87 | 0.00 | 1,647.95 |
| 66 | Rockmore Inv Master Fund Ltd | 217,358.90 | 0.00 | 1,766.80 |
| 67 | Maria de los Angeles Mas de Garcia Barella | 518,687.50 | 0.00 | 4,216.15 |
| 68 | Allan B Bakalian | 103,750.00 | 0.00 | 843.34 |
| 69 | Lindsay M Durand | 0.00 | 0.00 | 0.00 |
| 70 | Douglas Durand Jr | 0.00 | 0.00 | 0.00 |
| 71 | John J Petrera Jr | 0.00 | 0.00 | 0.00 |
| 72 | PJ Co Company | 0.00 | 0.00 | 0.00 |
| 73 | Anthony Porcelli | 0.00 | 0.00 | 0.00 |
| 74 | John Zambrano | 0.00 | 0.00 | 0.00 |
| 75 | Frank Zambrano | 0.00 | 0.00 | 0.00 |
| 76 | Michael Zambrano | 0.00 | 0.00 | 0.00 |
| 77 | Matthew Zambrano | 0.00 | 0.00 | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 78 | Robert & Judith Carr | 25,000.00 | 0.00 | 203.21 |
| 79 | D Chadwick Calvert | 207,500.00 | 0.00 | 1,686.66 |
| 80 | Robert Carr | 26,875.00 | 0.00 | 218.45 |
| 81 | Kevin Pickard | 76,667.00 | 0.00 | 623.19 |
| Notfiled | John M. Eberhardt | 937.50 | 0.00 | 7.62 |
| Notfiled | CG Trust | 2,812.50 | 0.00 | 22.86 |

Total to be paid for timely general unsecured claims:  $    48,337.52
Remaining balance:  $    0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claims dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| **NONE** | | | | |

Total to be paid for tardy general unsecured claims:  $    0.00
Remaining balance:  $    0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| **NONE** | | | | |

Total to be paid for subordinated claims:  $    0.00
Remaining balance:  $    0.00

**UST Form 101-7-NFR (10/1/2010)**

Prepared By: /s/ JOHN M. WOLFE
                                                                                           Trustee

JOHN M. WOLFE
5450 TRABUCO ROAD
IRVINE, CA 92620
(949) 476-2696
john.wolfe@txitrustee.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**