B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

Central District of California

In re  Universal Guardian Holdings, Inc.      ,          Case No.  8:08-bk-13532-ES

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Dilks & Knopik, LLC | Harborview Master Fund, L.P. |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
 35308 SE Center Street
 Snoqualmie, WA 98065

Court Claim # (if known):     41
Amount of Claim:    $214,866.85
Date Claim Filed:    11/21/2008

Phone:  425-836-5728
Last Four Digits of Acct #: _____

Phone:  201-618-1241
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone:
Last Four Digits of Acct #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Brian J Dilks - President                Date:  08/05/2016
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.