United States Bankruptcy Court
Central District of California

In re:                                                                    Case No. 08-13532-ES
Universal Guardian Holdings, Inc.                                         Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-8          User: rreidC              Page 1 of 1              Date Rcvd: Sep 21, 2016
                              Form ID: pdf042           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 23, 2016.
db             +Universal Guardian Holdings, Inc.,   4695 MacArthur Court,   #300,
                 Newport Beach, CA 92660-8858

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 23, 2016                                      Signature:  /s/Joseph Speetjens

___

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 21, 2016 at the address(es) listed below:
              James C Bastian, Jr    on behalf of Trustee John M Wolfe (TR) jbastian@shbllp.com
              James C Bastian, Jr    on behalf of Plaintiff John M Wolfe jbastian@shbllp.com
              James C Bastian, Jr    on behalf of Attorney    Shulman Hodges & Bastian LLP jbastian@shbllp.com
              John M Wolfe    on behalf of Trustee John M Wolfe (TR) john.wolfe1@earthlink.net, C157@ecfcbis.com
              John M Wolfe (TR)    wolfetrustee@gmail.com, C157@ecfcbis.com
              Joseph T Moldovan    on behalf of Interested Party    BridgePointe Master Fund Ltd.
               bankruptcy@morrisoncohen.com
              Marc J Winthrop    on behalf of Debtor    Universal Guardian Holdings, Inc.
               mwinthrop@winthropcouchot.com, pj@winthropcouchot.com;vcorbin@winthropcouchot.com
              Melissa Davis Lowe    on behalf of Plaintiff John M Wolfe mdavis@shbllp.com,   sswartzell@shbllp.com
              Melissa Davis Lowe    on behalf of Trustee John M Wolfe (TR) mdavis@shbllp.com,
               sswartzell@shbllp.com
              Robert P Goe    on behalf of Creditor    Roswell Capital Partners, LLC kmurphy@goeforlaw.com,
               rgoe@goeforlaw.com;goeforecf@gmail.com
              United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
                                                                                             TOTAL: 11

UNITED STATES BANKRUPTCY COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA



| | |
|---|---|
| In re<br>Universal Guardian Holdings, Inc.<br><br>Debtor (s) | Case No: SA08-13532-ES<br><br>ORDER TO PAY UNCLAIMED FUNDS<br>(28 U.S.C. Section 2042; LBR 3011-1) |

It appears that two checks made payable to Harborview Master Fund totaling $3,083.99, were not presented and paid within the ninety days provided for in Bankruptcy Code §347. An unclaimed funds report was filed by the trustee on July 7, 2016 to close the account and transfer the monies to the Clerk, United States Bankruptcy Court, for deposit with the United States Treasury.

It further appears that Dilks & Knopik, LLC, assignee to Harborview Master Fund, now claims the above monies in a motion filed with this court.

IT IS ORDERED that the Clerk of the Bankruptcy Court pay the sum of $3,083.99 to Dilks & Knopik, LLC, 35308 SE Center Street, Snoqualmie, WA 98065.

_____    9/20/16
Honorable Erithe Smith    Date